# FEDERAL EXHIBIT G
## DMV - Communications

08 1049

**FILED**

JUN 1 8 2008

Clerk, U.S. District and
Bankruptcy Courts

## AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton. Troxelle
c/o P.O. Box 458
Elverson. {near 19520}
Pennsylvania, U.S.A

Cert. Mail #:7001 0360 0003 0697 3968

     To: Department of Motor Vehicles
P.O. Box 68611
Harrisburg. Pa. 17106-8611

Terms and conditions of Transaction
Effective Date of Transaction
All prices are undisclosed F.O.B. at the State upon registration
Standard Terms – 2% 10. Net 30 Days

    Unless specifically indicated on the transaction. the price does not include any taxes (including excise. privileges, occupation, use, sales, etc. – Federal. State or local).

Any payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection. or if collected by any legal proceedings, the State agrees to pay Owen Britton. Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State for the registered property described below on account of principal, interest or other charges.

The State. by the initial transaction in the registration of the below described property. does by these presents grant to Owen Britton, Troxelle and Owen Britton. Troxelle has and does hereby retain a security interest in all goods, inventory. equipment, fixtures, proceeds, general intangibles. account. contract rights. chattel papers or after the acquired property described in and being a part of the transaction accepted by the State pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described below with the State and all other charges due and owing to Owen Britton, Troxelle by the State under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to this State's Uniform Commercial Code. This instrument is a contract part of the transaction of the registration of the property described below and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia. a.k.a United States. United States of America and all of municipal corporations. Further. that all past and present contracts for registration of the property described below, implied by operation of law or otherwise in trust with the above municipal corporation(s) are hereby revoked dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio

NOTICE OF SEVERENCE and WAIVER. FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME BENEFITS is hereby given to the United States by and through it's agent , The Secretary of Transportation of the United States. that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia , and Owen Britton. Troxelle and juristic persons. OWEN B TROXELLE who declare their statuses as **strangers to the public trust** created under the 14th amendment to the Constitution for the United States of America. and who have voluntarily severed. waived. rejected, forfeited, and refused to accept any and all enfranchisement benefits

Furthermore Owen Britton. Troxelle and/or the juristic person OWEN B TROXELLE, pursuant to this States Uniform Commercial Code  UCC 1-207. Ab initio reserve their right not to be compelled to perform under any contracts and/or commercial agreements in which they did not enter knowingly, intentionally. and voluntarily. with full disclosure of all facts. and meeting of the minds. and by such "Reservation of

Right", Owen Britton, Troxelle and/or the juristic person OWEN B TROXELLE they do not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements, be they Admiralty or otherwise.

**This instrument is a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Transactions Involved:**

License Plate Number : PAA-494
Driver's License (Pennsylvania) : 22 310 095

**Warranties:**

The property described above and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle has no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequencial or otherwise, arising out of any defect or nonconformity of this property.

Sealed: _____

I hereby certify that on this 19th day of October 2001 A.D. a living, breathing, man known to me as Owen Britton, Troxelle presented himself before me to attest and affirm that he is the man executing the foregoing document.

_____
NOTARY PUBLIC

NOTARIAL SEAL
NANCY E. ELLIS, Notary Public
Emerson Chester County, PA
My Commission Expires 11-30-2002

## AFFIDAVIT OF COMMERCIAL NOTICE

Cert. Mail #:7001 0360 0003 0697 3968



by any lega...
and reasonable atto......
Britton, Troxelle by the State to..
or other charges.

The State, by the initial transaction in the registration of the ...........erty, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle ha.......s hereby retain a security interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described below with the State and all other charges due and owing to Owen Britton, Troxelle by the State under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to this State's Uniform Commercial Code. This instrument is a contract part of the transaction of the registration of the property described below and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of municipal corporations. Further, that all past and present contracts for registration of the property described below, implied by operation of law or otherwise in trust with the above municipal corporation(s) are hereby revoked dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF SEVERENCE and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME BENEFITS is hereby given to the United States by and through it's agent , The Secretary of Transportation of the United States, that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia , and Owen Britton, Troxelle and juristic persons, OWEN B TROXELLE who declare their statuses as **strangers to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who have voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits.

Furthermore Owen Britton, Troxelle and/or the juristic person OWEN B TROXELLE, pursuant to this States Uniform Commercial Code UCC 1-207, Ab initio reserve their right not to be compelled to perform under any contracts and/or commercial agreements in which they did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of

## AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, {near 19520}
Pennsylvania, U.S.A.

Cert. Mail #:7001 0360 0003 0697 3968

To: Department of Motor Vehicles
P.O. Box 68611
Harrisburg, Pa. 17106-8611

Terms and conditions of Transaction
Effective Date of Transaction
All prices are undisclosed F.O.B. at the State upon registration
Standard Terms – 2% 10, Net 30 Days

Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

Any payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State agrees to pay Owen Britton, Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State for the registered property described below on account of principal, interest or other charges.

The State, by the initial transaction in the registration of the below described property, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain a security interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described below with the State and all other charges due and owing to Owen Britton, Troxelle by the State under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to this State's Uniform Commercial Code. This instrument is a contract part of the transaction of the registration of the property described below and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of municipal corporations. Further, that all past and present contracts for registration of the property described below, implied by operation of law or otherwise in trust with the above municipal corporation(s) are hereby revoked dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF SEVERENCE and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME BENEFITS is hereby given to the United States by and through it's agent , The Secretary of Transportation of the United States, that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia , and Owen Britton, Troxelle and juristic persons, OWEN B TROXELLE who declare their statuses as **strangers to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who have voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits.

Furthermore Owen Britton, Troxelle and/or the juristic person OWEN B TROXELLE, pursuant to this States Uniform Commercial Code UCC 1-207, Ab initio reserve their right not to be compelled to perform under any contracts and/or commercial agreements in which they did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of

Right", Owen Britton, Troxelle and/or the juristic person OWEN B TROXELLE they do not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements, be they Admiralty or otherwise.

**This instrument is a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Transactions Involved:**

License Plate Number : PAA-494
Driver's License (Pennsylvania) : 22 310 095 ████████████
████████████████████████████████

**Warranties:**

The property described above and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle has no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequencial or otherwise, arising out of any defect or nonconformity of this property.

Sealed: _____

I hereby certify that on this 19th day of October 2001 A.D. a living, breathing, man known to me as Owen Britton, Troxelle presented himself before me to attest and affirm that he is the man executing the foregoing document.

_____
NOTARY PUBLIC

    NOTARIAL SEAL
    NANCY E. ELLIS, Notary Public
    Eiverson, Chester County, PA
    My Commission Expires 11-30-2002

# AFFIDAVIT OF COMMERCIAL NOTICE

Cert. Mail #.7001 0360 0003 0697 3968



by any leg...
and reasonable attorn...
Britton. Troxelle by the State to...
or other charges.

The State, by the initial transaction in the registration of the u... erty. does by these presents grant to Owen Britton. Troxelle and Owen Britton. Troxelle ha... s hereby retain a security interest in all goods, inventory, equipment, fixtures. proceeds, general intangibles. account. contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described below with the State and all other charges due and owing to Owen Britton, Troxelle by the State under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to this State's Uniform Commercial Code. This instrument is a contract part of the transaction of the registration of the property described below and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States. United States of America and all of municipal corporations. Further, that all past and present contracts for registration of the property described below, implied by operation of law or otherwise in trust with the above municipal corporation(s) are hereby revoked dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF SEVERENCE and WAIVER. FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME BENEFITS is hereby given to the United States by and through it's agent . The Secretary of Transportation of the United States, that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia . and Owen Britton. Troxelle and juristic persons. OWEN B TROXELLE who declare their statuses as **strangers to the public trust** created under the 14th amendment to the Constitution for the United States of America. and who have voluntarily severed. waived. rejected. forfeited. and refused to accept any and all enfranchisement benefits.

Furthermore Owen Britton. Troxelle and/or the juristic person OWEN B TROXELLE. pursuant to this States Uniform Commercial Code UCC 1-207. Ab initio reserve their right not to be compelled to perform under any contracts and/or commercial agreements in which they did not enter knowingly. intentionally. and voluntarily. with full disclosure of all facts. and meeting of the minds. and by such "Reservation of

Secured Party.
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Near [19520].
**Pennsylvania, U.S.A.**

**To:  Department of Motor Vehicles**
**P.O. Box 68611**
Harrisburg, PA 17106-8611

<div align="center">

**NOTICE OF DEFAULT**
</div>

You are hereby NOTICED that you are in DEFAULT on my presentment (Affidavit of Commercial Notice ans Notice of Account).

You have failed to issue an AFFIDAVIT / CERTIFICATE OF DISHONOR FOR CAUSE within said three (3) days, placing you in DEFAULT.

Your acceptance of my presentment is your Acceptance of the Liability of the Debt and DISCHARGE of the DEBT in accord with PaC.S.A. Title 13, UCC 3-601, through 3-604.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.

_____
Secured Party

On the 26th day of February 2003, a man by the name of Owen Britton , Troxelle testified to the truth of the facts contained herein and affirmed by placing his seal below

NOTARY: Nancy E. Ellis
2/26/03

**NOTARIAL SEAL**
NANCY E. ELLIS, Notary Public
Elverson, Chester County, PA
My Commission Expires 11-30-2006



I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

4a. Article Number

7002 0510 0003 1439 1800

4b. Service Type

☐ Registered
☐ Express Mail
☐ Return Receipt for Merchandise

7. Date of Delivery

FEB 27 2003

8. Addressee's Address (Only if requested and fee is paid)

■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

DMV
POE 68347
Harrisburg, PA 17106

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X  Valerie L. Jackson  JACKSON

PS Form 3811, December 1994          Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse?

Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

FEB 26 2003
ELVERSON PA 19520-9998
USPS

37
23¢

175

Total Postage & Fees  $ 442   Dec 11

DMV
POE 68347
Harrisburg PA 17106

Secured Party.
Owen Britton. Troxelle
c/o P.O. Box 458
Elverson. Near [19520].
**Pennsylvania, U.S.A.**


To: **Department of Motor Vehicles**
**P.O. Box 68611**
**Harrisburg, PA 17106-8611**

<div align="center">

**NOTICE OF DEFAULT**
</div>

You are hereby NOTICED that you are in DEFAULT on my presentment (Affidavit of Commercial Notice ans Notice of Account).

You have failed to issue an AFFIDAVIT / CERTIFICATE OF DISHONOR FOR CAUSE within said three (3) days, placing you in DEFAULT.

Your acceptance of my presentment is your Acceptance of the Liability of the Debt and DISCHARGE of the DEBT in accord with PaC.S.A. Title 13, UCC 3-601, through 3-604.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:


I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.


_____
Secured Party

On the 26'th day of February 2003, a man by the name of Owen Britton , Troxelle testified to the truth of the facts contained herein and affirmed by placing his seal below

NOTARY: *Nancy E. Ellis*
        2/26/03

```
┌─────────────────────────────────────┐
│        NOTARIAL SEAL                 │
│  NANCY E. ELLIS, Notary Public       │
│  Elverson, Chester County, PA        │
│  My Commission Expires 11-30-2006    │
└─────────────────────────────────────┘
```

I also wish to receive the
following services (for an
extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

**Is your RETURN ADDRESS completed on the reverse side?**

3. Article Addressed to:

DON
POE (ESQ)
Harrisburg, PA 17101

4a. Article Number

7002 0510 0003 1439 1800

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

FEB 27 2003

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)

X  VALERIE  JACKSON

8. Addressee's Address (Only if requested
and fee is paid)

PS Form 3811, December 1994          Domestic Return Receipt

102595-97-B-0179

Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only; No Insurance Coverage Provided

FEB 26 2003
ELVERSON PA
USPS 19520-9998

3.7
23¢
.75

Total Postage & Fees    $4.42

DON
POE (ESQ)
Harrisburg, PA 17101

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $1.31 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.96 |

Postmark Here

PS Form 3800, August 2006   See Reverse for Instructions

9690 0410 4000 0220 2007

s:

have been contacted in relation to the accounts with or through their

Affidavit of Commercial Notice I do hereby terminate any assumed
accounts named or unnamed, known or unknown, registered with
my private property be returned.

: Social Security Departments, Pennsylvania Department of Motor
portation, U.S. Dept. of Commerce, Selective Services,
n, Pa. Governor, Pa. Dept of Revenue, Departments of Vital
enue, Post Office, Office of Elections, Governor of Pennsylvania,
al,

or superior claims were received. On this fact I hereby restate and
fully Revoke, ab initio, all "signatures" of any form or shape as well as any assumed or granted
powers of attorney.

You have until September 9, 2007 to fully return all property and interest, otherwise actions will
be taken as specified.
Failure to return stated property and eliminate liabilities caused by such registration will make you
subject to penalties, fines and suits.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania

Department of Motor Vehicles:

In the past, several offices have been contacted in relation to the accounts with or through their companies entities etc..

As per the attached Final Affidavit of Commercial Notice I do hereby terminate any assumed liability of myself towards any accounts named or unnaned, known or unknown, registered with your office and demand that my private property be returned.

Main notices were sent to: Social Security Departments, Pennsylvania Department of Motor Vehicles, U.S. Dept. of Transportation, U.S. Dept. of Commerce, Selective Services, Naturalization and Immigration, Pa. Governor, Pa. Dept of Revenue, Departments of Vital Statistics, Berks County Revenue, Post Office,  Office of Elections, Governor of Pennsylvania, Pennsylvania Attorney General,

No legal refusals or denials or superior claims were received. On this fact I  hereby restate and fully Revoke, ab initio, all "signatures" of any form or shape as well as any assumed or granted powers of attorney.

You have until September 9, 2007 to fully return all property and interest, otherwise actions will be taken as specified.

Failure to return stated property and eliminate liabilities caused by such registration will make you subject to penalties, fines and suits.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania

# FINAL AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton, Troxelle
23rd Judicial District
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania, United States of North America

To: PA DMV
**Individual Licensing Department**   **7007 0220 0004 2140 0698**
P.O. Box 68611
Harrisburg, Pa. 17106-8611

Terms and conditions of Transaction
Return of All Private Property or
Standard Terms – 18%, Per Annum
Effective Date of Transaction: February 7, 1971
Due Date: September 9, 2007

Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

All property must be returned / released otherwise all payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State / United States agrees to pay Owen Britton, Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State / United States for the registered property described on The Security Agreement, on account of principal, interest or other charges. Initial value is being billed as $500,000 and per violation. Interest accumulated 36 years at 18% per anum Total: $1,391,069,596.

The States, as well as the United States, by the initial transaction in the registration of any and all private property, without just compensation, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain a secured interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State / United States pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described on The Security Agreement, filed with the Secretary of State and all other charges due and owing to Owen Britton, Troxelle by the State and the United States under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to the Uniform Commercial Code. This instrument is a part of the transaction of the registration of any and all property and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of municipal corporations therefore associated. Further, that all past and present contracts for registration of the property described, implied by operation of law or otherwise in trust with the above municipal corporation(s), States, United States are hereby revoked, dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF TERMINATION and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME CONTRACTS is hereby given to the United States and the States by and through it's agents, The Secretary of Transportation of the United States, the United States Attorney General, the United States Treasury, United States Dept of Commerce and any or all appointees /

subsidiaries that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia, and Owen Britton, Troxelle, who declares his status as **stranger to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who has voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits / liabilities.

This termination of any personal liability applies to the Federal Reserve Account, TIN, EIN, IMF, BMF, Social Security, Birth Certificate or any accounts generated from these accounts.

Furthermore, Owen Britton, Troxelle, Ab initio, reserves the right not to be compelled to perform under any contracts and/or commercial agreements in which he did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of Rights", Owen Britton, Troxelle does not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements or any corporations or trusts, be they Admiralty or otherwise.

**This instrument is transmission of a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Notice to Principle is notice to agent**

**Transactions Involved:**
22-310-095
All contracts / properties registered as well as an liabilities induced by registration with the UNITED STATES, DISTRICT OF COLUMBIA, it's corporate agents, including, but not limited to, THE COMMONWEALTH OF PENNSYLVANIA and it's agents counties, townships, boroughs or any other subsidiaries.

**Warranties:**
The private properties / contracts described above and secured under the UCC with The Secretary of State and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle have no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequential or otherwise, arising out of any defect or nonconformity of this property.

Hand Seal: _____

**23rd Judicial District**                    **Great Seal:**
**county: Berks**
**country: Pennsylvania**
**Nation: United state of North America**

...ructive Notice of Suit

...ponse to notice filed March 18, 2007, second notice filed April 23, 2007,
...General, as Alien Property Custodian, to which no response was
...Office.
...was received from The U.S. Dept. of Justice, with no filing number and
...er. This response was received 60 day late. Since then I have made
...OJ with no response. In all legal matters this was not a valid or legal

...hese falsified records and must pursue a suit in nature of 50 USC
...ny longer delay will most certainly bring about further damage and
...hese falsified records.

...eneral's Office are the following:
...y General in concert with US Attorney General's Office 950
...on, D.C. 20530-0001
...easury in concert with US Attorney General's Office 1500 Pennsylvania

...Commonwealth of Pennsylvania **Pennsylvania Attorney General** Thomas Corbett for liability of the
Commonwealth's actions 16th Floor, Strawberry Square Harrisburg, Pa. 17120,
**4. Commonwealth of Pa. Deputy Attorney General's Office (2)** for liability of the Commonwealth's actions
Eastern Regional Office Lawrence Barth 21 South 12th Street, 3rd Floor Phila. Pa. 19107
**5. PA DMV** - For keeping falsified records and falsified liability P.O. Box 68611 Harrisburg, Pa. 17106-8611
**6. Social Security** - For keeping falsified records and falsified liability SSA Commissioner 6401 Security
Blvd. Baltimore, Md. 21235
**7. Dept. of Vital Statistics** - For keeping falsified records and falsified liability P.O. Box 90 - Health and
Welfare Harrisburg, Pa. 17108,
**8. Dept. of Vital Statistics** - For keeping falsified records and falsified liability 101 S. Mercer, P.O. Box
1528 Newcastle, Pa. 76104

   **These entities were added for further theft in the theft and unauthorized use of my private
property and for using me as collateral for this property. All were previously noticed of such
problems and have failed to provide a superior claim, have failed to return my private property and
private property rights as well as failing to give just compensation.**

   Please note that the above named people / departments have been noticed of theft of personal
property, theft property rights and or fraud. This property so held is registered with the Secretary of State, as
required by law and I am the rightful owner as well as the owner of all property rights.
   The above parties have failed to rebut my claim and failed to return my private property. They have also
failed to give just compensation for taking of private property and rights thereto. These entities / people, in
failure to return such property as well as keeping false records are now defaulted and are being billed for
such usage.
   Since they have failed to state a priority claim over such property and have refused to pay for such use I
have no other choice but a suit. Consider this as a legal notice of suit. See attached.
   **Also to be notified: PA Department of General Services** Bureau of Risk and Insurance Management
Room G-10  221 Forster St., P.O. Box 1365 Harrisburg, Pa. 17105

                                        Owen Britton, Troxelle

**Constructive Notice of Suit**

This Constructive Notice is in response to notice filed March 18, 2007, second notice filed April 23, 2007, by U.S. Mail, with the U.S. Attorney General, as Alien Property Custodian, to which no response was received by the Attorney General's Office.

Instead a card blanche response was received from The U.S. Dept. of Justice, with no filing number and no contact person as well as no signer. This response was received 60 day late. Since then I have made several attempts to recontact the DOJ with no response. In all legal matters this was not a valid or legal response

I have been severely injured by these falsified records and must pursue a suit in nature of 50 USC Appendix 9 and following sections. Any longer delay will most certainly bring about further damage and further imposed liability pursuant to these falsified records.

Enjoined with the U.S. Attorney General's Office are the following:
**1. Paul J. McNulty Deputy Attorney General** in concert with US Attorney General's Office 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001
**2. United States Department of Treasury** in concert with US Attorney General's Office 1500 Pennsylvania Ave, NW Wash., D.C. 20220
**3. Commonwealth of Pennsylvania Pennsylvania Attorney General** Thomas Corbett for liability of the Commonwealth's actions 16th Floor, Strawberry Square Harrisburg, Pa. 17120,
**4. Commonwealth of Pa. Deputy Attorney General's Office (2)** for liability of the Commonwealth's actions Eastern Regional Office Lawrence Barth 21 South 12th Street, 3rd Floor Phila. Pa. 19107
**5. PA DMV -** For keeping falsified records and falsified liability P.O. Box 68611 Harrisburg, Pa. 17106-8611
**6. Social Security -** For keeping falsified records and falsified liability SSA Commissioner 6401 Security Blvd. Baltimore, Md. 21235
**7. Dept. of Vital Statistics -** For keeping falsified records and falsified liability P.O. Box 90 - Health and Welfare Harrisburg, Pa. 17108,
**8. Dept. of Vital Statistics -** For keeping falsified records and falsified liability 101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104

**These entities were added for further theft in the theft and unauthorized use of my private property and for using me as collateral for this property. All were previously notified of such problems and have failed to provide a superior claim, have failed to return my private property and private property rights as well as failing to give just compensation.**

Please note that the above named people / departments have been noticed of theft of personal property, theft property rights and or fraud. This property so held is registered with the Secretary of State, as required by law and I am the rightful owner as well as the owner of all property rights.

The above parties have failed to rebut my claim and failed to return my private property. They have also failed to give just compensation for taking of private property and rights thereto. These entities / people, in failure to return such property as well as keeping false records are now defaulted and are being billed for such usage.

Since they have failed to state a priority claim over such property and have refused to pay for such use I have no other choice but a suit. Consider this as a legal notice of suit. See attached.

**Also to be notified: PA Department of General Services** Bureau of Risk and Insurance Management Room G-10  221 Forster St., P.O. Box 1365 Harrisburg, Pa. 17105

Owen Britton, Troxelle

**Notice of Possible Pending Suit and Pending Actions for Property and Property Rights Recovery**

Department of Motor Vehicles:                    Cert: 7007 0220 0004 2140 0553
P.O. Box 68611 Harrisburg, Pa. 17106-8611


   In August of this year you received notice pertaining to an account in your possession all Records pertaining to "driver license" file 22-310-095, with falsified information and or which is being leveraged on stolen property by and through the falsified records.

   As was stated, I have attempted to get these records corrected since at least 1996, to no avail and most of the time without direct response.


   You have failed to state a proper claim to maintain these falsified records, holding me liable and or retain the de jure private property and rights to that property. And now are in full default. It appears that I must take further actions and am required under law to give you final notice before proceeding with these actions.

   Consider the as your Legal Notice of Intent to Sue or Other Legal Actions as Seen Fit.


                                        Owen Britton, Troxelle

# Invoice

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account pertaining to Driver's License File and all related files. Your department has failed to issue a priority claim or release my private property / liability, and holdings and release my personal liability under such falsified account.

Principle estimated account value $500,000 opened on or about April 1987 at 18% interest compounded, with $1,500,000 in past dues for violations.

## *CORRECTED AMOUNT*   NOW DUE: $33,370,665

Please make immediate arrangements for payment.

Failure to immediately arrange payment schedule or provide a superior claim or correction of records - release of liability will result in liability under PaCSA 9114 as well as all other criminal references pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking  without just compensation.


Once again: **You are unlawfully holding private property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**
**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**


                              Owen Britton, Troxelle
                              c/o P.O. Box 458
                              Elverson, Pa. 19520-9999

PS Form 3817, January 2001

One piece of ordinary mail addressed to:
Beverly Jubelirer
Bur Vehicle Chief Counsel
River Front Office Center 3rd Fl
Front St. Harrisburg, Pa. 17104

Received From:
Owen Britton, Troxelle

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

$00.95
0001 5093-05

U.S. POSTAGE
PAID
LANSDALE, PA
19446
MAR 09, '07
AMOUNT

March 9, 2007 A.D.

...you are talking about.  I have no idea where you are getting this
...ng to drive a motor vehicle without a license. This is false.
...rted from your departments improper maintenance of records. Over
...was sent the former drivers license and registry and were told to
...g with the automobile were to be registered under another
...of you "maintenance of records" (1531)).

...dent and am not required to have a PA driver's license or PA motor
...son for returning licenses and demanding cancellation) By 75 PaCSA
...irement for non residents to register.

...dents have nothing to do with suspension, revocation etc.. In my
...lly under your Pa title 18 sect 4104 Falsifies records. As well as 4113
...erty and 4114 securing documents by deception.
...g through Pennsylvania, and gone through hell because your records
...nt.

...EN YEARS your records are incorrect and have thus far refused to
...t the records today, you are still liable for the damages your
...er the past ten years.

I can't think of any proper redress for your departments errors, ignorance and criminal acts.

Owen Britton, Troxelle
c/o  P.O. Box 458
Elverson, Pa. 19520-9999

Beverly J. Points;                                    March 9, 2007 A.D.


I have no idea what the heck you are talking about.  I have no idea where you are getting this misinformation about my wishing to drive a motor vehicle without a license. This is false.

The problem, once again, started from your departments improper maintenance of records. Over ten years ago your department was sent the former drivers license and registry and were told to CANCEL both. Because, I along with the automobile were to be registered under another jurisdiction. (This is a violation of you "maintenance of records" (1531)).

I am not a Pennsylvania resident and am not required to have a PA driver's license or PA motor vehicle registration. (i.e. the reason for returning licenses and demanding cancellation) By 75 PaCSA 1303, & 1502(3) there is no requirement for non residents to register.

My complaints and other incidents have nothing to do with suspension, revocation etc.. In my case, the UCC can apply, especially under your Pa title 18 sect 4104 Falsifies records. As well as 4113 misapplication of entrusted property and 4114 securing documents by deception.

I have been stopped, traveling through Pennsylvania, and gone through hell because your records are still listing me as a PA resident.

You have been told for over TEN YEARS your records are incorrect and have thus far refused to correct them.  Even if you correct the records today, you are still liable for the damages your incorrect records have caused over the past ten years.


I can't think of any proper  redress for your departments errors, ignorance and criminal acts.


                              Owen Britton, Troxelle
                              c/o  P.O. Box 458
                              Elverson, Pa. 19520-9999

Department of Motor Vehicles:

In the past, several offices have been contacted in relation to the accounts with or through their companies entities etc..

As per the attached Final Affidavit of Commercial Notice I do hereby terminate any assumed liability of myself towards any accounts named or unnamed, known or unknown, registered with your office and demand that my private property be returned.

Main notices were sent to: Social Security Departments, Pennsylvania Department of Motor Vehicles, U.S. Dept. of Transportation, U.S. Dept. of Commerce, Selective Services, Naturalization and Immigration, Pa. Governor, Pa. Dept of Revenue, Departments of Vital Statistics, Berks County Revenue, Post Office, Office of Elections, Governor of Pennsylvania, Pennsylvania Attorney General,

No legal refusals or denials or superior claims were received. On this fact I hereby restate and fully Revoke, ab initio, all "signatures" of any form or shape as well as any assumed or granted powers of attorney.

You have until September 9, 2007 to fully return all property and interest, otherwise actions will be taken as specified.
Failure to return stated property and eliminate liabilities caused by such registration will make you subject to penalties, fines and suits.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania

February 18, 2007 A.D.

On, 11-23-96, I returned the license and auto tags with the explicit order to terminate or cancel these, licenses, contracts. October 31, 2001, you were mailed, Commercial Notice, see enclosed copy. Unfortunately, your failure to terminate these records has caused me great problems.

Please note, the information you requested, including the fictitious title you address me by, is incorrect and false.

22 310 095 was the drivers number issued
Social Security / entity number 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, this number never applied to the man addressing this note to you.
Date of Birth:  is an approximation which I believe you used the estimated date of delivery: 2/7/71
Maiden / Previous Name: is non applicable
Prior Address: This is quite difficult to be sure since it has now been over ten years that I have been trying to get you to correct your false records: I believe the numbering assigned to the place of my dwelling was: Box 4490 Mohnton, Pa. 19540
Enclosures: See Attached Affidavit of Commercial Notice

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pennsylvania,
19520-9999

Department of Motor Vehicles                                    January 20, 2007




    You were previously notified of false records your department has been keeping pertaining to the driving records under the likeness of my name. I specifically requested information on procedures to get these records corrected. This letter was sent around November 26, 2006. You have failed to respond.

    I am not trying to be nasty but these false records have screwed up my life several times and need to be corrected. I expect a prompt response within the next ten days.

    Your central Department is already named on a lawsuit pertaining to these issues. Your department could be added as an accomplice.


Owen Britton, Troxelle

c/o P.O. Box 458
Elverson, Pa. 19520

**Notice of Possible Pending Suit and Pending Actions for Property and Property Rights Recovery**

Department of Motor Vehicles:
P.O. Box 68611 Harrisburg, Pa. 17106-8611

Cert: 7007 0220 0004 2140 0553

In August of this year you received notice pertaining to an account in your possession all Records pertaining to "driver license" file 22-310-095, with falsified information and or which is being leveraged on stolen property by and through the falsified records.

As was stated, I have attempted to get these records corrected since at least 1996, to no avail and most of the time without direct response.

You have failed to state a proper claim to maintain these falsified records, holding me liable and or retain the de jure private property and rights to that property. And now are in full default. It appears that I must take further actions and am required under law to give you final notice before proceeding with these actions.

Consider the as your Legal  Notice of Intent to Sue or Other Legal Actions as Seen Fit.

Owen Britton, Troxelle

# **Invoice**

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account pertaining to Driver's License File and all related files. Your department has failed to issue a priority claim or release my private property / liability, and holdings and release my personal liability under such falsified account.

Principle estimated account value $500,000 opened on or about April 1987 at 18% interest compounded, with $1,500,000 in past dues for violations.

## *CORRECTED AMOUNT*   NOW DUE: $33,370,665

Please make immediate arrangements for payment.

Failure to immediately arrange payment schedule or provide a superior claim or correction of records - release of liability will result in liability under PaCSA 9114 as well as all other criminal references  pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking  without just compensation.


Once again: **You are unlawfully holding private property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**
**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**


**Owen Britton, Troxelle**
**c/o P.O. Box 458**
**Elverson, Pa. 19520-9999**

General Counsel:

August 26, 2007 A.D.

Your presentment is being returned for fraud, third party interference and that of being void for vagueness.

**First** of all you are addressing me, Owen Britton, Troxelle, the Secured Party, as shown on the Security Agreement, but you are using the Debtors address.

**YOU ARE TO ADDRESS ME AT:** c/o P.O. Box 458, Elverson, Pa. 19520-9999.

**Second,** as with all "legal" notices, papers etc. unsigned or without an author identifying themselves, under your own UCC code, makes the document you presented null and void.

**Third,** this document was not addressed to you, but to the DMV. Unless you are also the DMV, this does not directly apply to you.

**Fourth,** you are simply a holder of reclaimed property listing, which is now infront of the U.S. Attorney General, Department of Justice.

**Fifth,** this complaint was filed in reference to improper records kept by the DMV as well as other branches for violations of 18 PaCSA 4119, falsified securities as well as numerous other violations including taking without just compensation. I am simply giving these entities a final option to correct their records.

If proceeding with some action against me, whether you are acting as an attorney for the DMV or not, I demand to know your name, so, if necessary, you can be added to the suit in Federal Court presently filed with the U.S. Dept. of Justice. It is also my right to know my accusers.

Unless you, personally or in corporate capacity, are supporting the false records of the DMV you have nothing to worry about.

Under your own 13 PaCSA 9312 (e) (1) & (2) That posted overrides that not posted, 9317 Priority first filed first priority. I am simply asking these parties to state a superior claim, since they apparently believe they have one. If they fail to produce such a superior claim, which they haven't for the past 11 years, I am the proper owner and thus have the right of licensure of the use of that property.

THE COMMONWEALTH's improper records are now interfering with my full transfer of citizenship and are continuing to cause me severe problems.

**Sixth,** As per your reference to the Governor.... The governors office has been addressed as to improper records being kept by his agents of THE COMMONWEALTH corporation for several years and has done nothing. If the DMV chooses not to correct their records I will have no choice but to bring his office in on this suit, by suit of THE COMMONWEALTH corporation.

Your closing paragraph sounds quite threatening and is in error. I did not send the original correspondence to you !!! You apparently were sent this information by the DMV. So don't give me any of your BS about not forwarding any further correspondence about this matter ! Are you trying to deny me of my first and fifth amendment rights, to correct the records, when communications and apparently your facts are wrong, or are you threatening me, hoping I'll go away ???

I would highly suggest that if you are you are going to press these issues that you have your lawyer / attorney or Board of Risk Management contact me at the below listed mailing location. I have full intention of taking this into court unless these records are immediately corrected and just compensation or settlement is offered for over 11 years of BS I've had to put up with from THE COMMONWEALTH OF PENNSYLVANIA corporation of which I am not a member or subject.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pennsylvania
19520-9999

## FINAL AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton, Troxelle
23rd Judicial District
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania, United States of North America

To: PA DMV
**Individual Licensing Department   7007 0220 0004 2140 0698**
P.O. Box 68611
Harrisburg, Pa. 17106-8611

Terms and conditions of Transaction
Return of All Private Property or
Standard Terms – 18%, Per Annum
Effective Date of Transaction: February 7, 1971
Due Date: September 9, 2007

Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

All property must be returned / released otherwise all payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State / United States agrees to pay Owen Britton, Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State / United States for the registered property described on The Security Agreement, on account of principal, interest or other charges. Initial value is being billed as $500,000 and per violation. Interest accumulated 36 years at 18% per anum Total: $1,391,069,596.

The States, as well as the United States, by the initial transaction in the registration of any and all private property, without just compensation, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain a secured interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State / United States pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described on The Security Agreement, filed with the Secretary of State and all other charges due and owing to Owen Britton, Troxelle by the State and the United States under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to the Uniform Commercial Code. This instrument is a part of the transaction of the registration of any and all property and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of municipal corporations therefore associated. Further, that all past and present contracts for registration of the property described, implied by operation of law or otherwise in trust with the above municipal corporation(s), States, United States are hereby revoked, dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF TERMINATION and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME CONTRACTS is hereby given to the United States and the States by and through it's agents, The Secretary of Transportation of the United States, the United States Attorney General, the United States Treasury, United States Dept of Commerce and any or all appointees /

subsidiaries that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia, and Owen Britton, Troxelle, who declares his status as **stranger to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who has voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits / liabilities.

This termination of any personal liability applies to the Federal Reserve Account, TIN, EIN, IMF, BMF, Social Security, Birth Certificate or any accounts generated from these accounts.

Furthermore, Owen Britton, Troxelle, Ab initio, reserves the right not to be compelled to perform under any contracts and/or commercial agreements in which he did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of Rights", Owen Britton, Troxelle does not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements or any corporations or trusts, be they Admiralty or otherwise.

**This instrument is transmission of a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Notice to Principle is notice to agent**

<u>**Transactions Involved:**</u>
22-310-095
All contracts / properties registered as well as an liabilities induced by registration with the UNITED STATES, DISTRICT OF COLUMBIA, it's corporate agents, including, but not limited to, THE COMMONWEALTH OF PENNSYLVANIA and it's agents counties, townships, boroughs or any other subsidiaries.

**Warranties:**
The private properties / contracts described above and secured under the UCC with The Secretary of State and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle have no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequential or otherwise, arising out of any defect or nonconformity of this property.

Hand Seal: _____

**23rd Judicial District**
**county: Berks**                    **Great Seal:**
**country: Pennsylvania**
**Nation: United state of North America**

Secured Party:
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Near [19520],
**Pennsylvania, U.S.A.**

## NOTICE OF FINAL DEFAULT

You are hereby NOTICED that you are in FULL DEFAULT on my presentment

You have failed to comply by correcting the record pertaining to myself, and confirming it.

Your DEFAULT is your agreement that your REFUSAL of my presentment is your REFUSAL to correct and eliminate the former account and or my liability.

You have been given more then ample time to correct this record and apparently have refused. Therefore, placing yourself in the position of direct liability for the damages done to myself by your false records.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in FULL DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Consider yourself notified of intent to sue and intent to attach.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in FULL DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.

_____
Secured Party

On the      day of               2007, a man by the name of Owen Britton , Troxelle testified to the truth of the facts contained herein and affirmed by placing his seal below.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

HARRISBURG PA 17106

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here

01/31/2008

Sent To  PA DMV

Street, Apt. No.; or PO Box No.  PO Box 68801

City, State, ZIP+4  Harrisburg PA 17106

PS Form 3800, August 2006                    See Reverse for Instructions

7007 2680 0000 7741 7769

# Invoice

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account number _____. Your department has failed to issue a priority claim or release my private property and holdings and release my personal liability under such falsified account.

You were noticed of my claim on _____ And were noticed again on _____

You are then complying with option three as previously stated

**OPTION 3:** ( As previously stated) Do nothing, keep all records falsified as well as others $412,002,296.

Principle estimated account value $500,000 opened on or about May 7, 1987 at 18% interest compounded.

## Total Now Due: $412,002,296

Please make arrangements for payment within the next 20 days after mailing date.

Failure to arrange payment schedule or provide a superior claim or correction of records will result in liability under PaCSA 9114 as well as all other criminal references pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking without just compensation.

Once again: **You are unlawfully holding property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**

**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Owen Britton, Troxelle**
**c/o P.O. Box 458**
**Elverson, Pa. 19520-9999**

November 21, 2006

Department of Transportation:

Thank you for the prompt response to the order for the three year driving record.

Unfortunately there are errors that need to be corrected.

To whom would I address these issues ??


Thank you,
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

# **FEDERAL EXHIBIT H**
## Vital Statistics - Communications

08 1049

# **FILED**

### JUN 1 8 2008

Clerk, U.S. District and
Bankruptcy Courts

## AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, {near 19520}
<u>Pennsylvania</u>, U.S.A.

Cert. Mail #: 7001 0360 0003 0697 4002

        To: Department of Helath
Bureau of Vital Statistics
P.O. Box 90  - Health and Welfare
Harrisburg, Pa. 17108

Terms and conditions of Transaction
Effective Date of Transaction
All prices are undisclosed F.O.B. at the State upon registration
Standard Terms – 2% 10,  Net 30 Days

    Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

Any payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State agrees to pay Owen Britton, Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State for the registered property described below on account of principal, interest or other charges.

The State, by the initial transaction in the registration of the below described property, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain a security interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described below with the State and all other charges due and owing to Owen Britton, Troxelle by the State under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to this State's Uniform Commercial Code. This instrument is a contract part of the transaction of the registration of the property described below and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of  municipal corporations. Further, that all past and present contracts for registration of the property described below, implied by operation of law or otherwise in trust with the above municipal corporation(s) are hereby revoked dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF SEVERENCE and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME BENEFITS is hereby given to the United States by and through it's agent , The Secretary of Transportation of the United States, that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia , and Owen Britton, Troxelle and juristic persons, OWEN B TROXELLE who declare their statuses as **strangers to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who have voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits.

Furthermore Owen Britton, Troxelle and/or the juristic person OWEN B TROXELLE, pursuant to this States Uniform Commercial Code  UCC 1-207, Ab initio reserve their right not to be compelled to perform

under any contracts and/or commercial agreements in which they did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of Right", Owen Britton, Troxelle and/or the juristic person OWEN B TROXELLE they do not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements, be they Admiralty or otherwise.

**This instrument is a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

### Transactions Involved:

Social Security Account and /or Treasury Number 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 and any accounts running by, under or through designated number. All documents created from the Certificate of Live Birth and or relating to filing through Berks County Bureau of Vital Statistics, place of birth -West Reading. Pa. File # 367 under D.O.B. 2-7-71

**Warranties:**

The property described above and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle has no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequencial or otherwise, arising out of any defect or nonconformity of this property.

Sealed: _____

I hereby certify that on this 1st day of November 2001 A.D. a living, breathing, man known to me as Owen Britton, Troxelle presented himself before me to attest and affirm that he is the man executing the foregoing document.

*Nancy E. Ellis*

NOTARY PUBLIC

NOTARIAL SEAL
NANCY E. ELLIS, Notary Public
Elverson, Chester County, PA
My Commission Expires 11-30-2002

11 0360 0003 0697 4002

All prices are undisclosed F.O.B. at the State upon registration

Standard Terms – 2% 10, Net 30 Days

Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

Any payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18%) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State agrees to pay Owen Britton, Troxelle the initial value plus 18% and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor, Britton, Troxelle by the State for the registered property described below on account of principal, interest or other charges.

The State, by the initial transaction in the registration of the below described property, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain and reserve interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted and/or the State pursuant to this agreement and described below and retained by Owen Britton, Troxelle is a security payment of the value and interest on the investment of the property described below with the State under the terms of this agreement then other charges due and owing to Owen Britton, Troxelle by the State under this State's Uniform security interest constitutes a "purchase money security interest" pursuant to this State's Uniform Commercial Code. This instrument is a contract part of the transaction of the registration of the property described below and is a contract, security agreement and financing statement between the parties hereto in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a municipal corporation of the municipal corporation of America and all of municipal corporations. Further, that all past and United States, United States of America and all of municipal corporations. Further, that all past and United States, United States described below, implied by operation of law or otherwise

...e been contacted in relation to the accounts with or through their

...avit of Commercial Notice I do hereby terminate any assumed
...ounts named or unnamed, known or unknown, registered with
...rivate property be returned.

...cial Security Departments, Pennsylvania Department of Motor
...tion, U.S. Dept. of Commerce, Selective Services,
... Governor, Pa. Dept of Revenue, Departments of Vital
...Post Office, Office of Elections, Governor of Pennsylvania,

...perior claims were received. On this fact I hereby restate and
...ms" of any form or shape as well as any assumed or granted
...powers of attorney.

You have until September 9, 2007 to fully return all property and interest, otherwise actions will
be taken as specified.
Failure to return stated property and eliminate liabilities caused by such registration will make you
subject to penalties, fines and suits.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania

Department of Vital Statistics:

In the past, several offices have been contacted in relation to the accounts with or through their companies entities etc..

As per the attached Final Affidavit of Commercial Notice I do hereby terminate any assumed liability of myself towards any accounts named or unnamed, known or unknown, registered with your office and demand that my private property be returned.

Main notices were sent to: Social Security Departments, Pennsylvania Department of Motor Vehicles, U.S. Dept. of Transportation, U.S. Dept. of Commerce, Selective Services, Naturalization and Immigration, Pa. Governor, Pa. Dept of Revenue, Departments of Vital Statistics, Berks County Revenue, Post Office, Office of Elections, Governor of Pennsylvania, Pennsylvania Attorney General,

No legal refusals or denials or superior claims were received. On this fact I hereby restate and fully Revoke, ab initio, all "signatures" of any form or shape as well as any assumed or granted powers of attorney.

You have until September 9, 2007 to fully return all property and interest, otherwise actions will be taken as specified.

Failure to return stated property and eliminate liabilities caused by such registration will make you subject to penalties, fines and suits.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania

## FINAL AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton, Troxelle
23rd Judicial District
c/o P.O. Box 458
Elverson, 19520-9999
Pennsylvania, United States of North America

To: Department of Vital Statistics
P.O. Box 90  - Health and Welfare Harrisburg, Pa. 17108  **7007 0220 0004 2140 0681**
101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104  **7007 0220 0004 2140 0704**

Terms and conditions of Transaction
Return of  All Private Property or
Standard Terms – 18%,  Per Annum
Effective Date of Transaction: February 7, 1971
Due Date: September 9, 2007

 Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

 All property must be returned / released otherwise all payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State / United States agrees to pay Owen Britton, Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State / United States for the registered property described on The Security Agreement, on account of principal, interest or other charges. Initial value is being billed as $500,000 and per violation. Interest accumulated 36 years at 18% per anum Total: $1,391,069,596.

 The States, as well as the United States, by the initial transaction in the registration of any and all private property, without just compensation, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain a secured interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State / United States pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described on The Security Agreement, filed with the Secretary of State and all other charges due and owing to Owen Britton, Troxelle by the State and the United States under the terms of this agreement. The security interest constitutes a "purchase money security interest" pursuant to the Uniform Commercial Code. This instrument is a part of the transaction of the registration of any and all property and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of municipal corporations therefore associated. Further, that all past and present contracts for registration of the property described, implied by operation of law or otherwise in trust with the above municipal corporation(s), States, United States are hereby revoked, dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF TERMINATION and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME CONTRACTS is hereby given to the United States and the States by and through it's agents, The Secretary of Transportation of the United States, the United States Attorney General, the United States Treasury, United States Dept of Commerce and any or all appointees /

subsidiaries that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia, and Owen Britton, Troxelle, who declares his status as **stranger to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who has voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits / liabilities.

This termination of any personal liability applies to the Federal Reserve Account, TIN, EIN, IMF, BMF, Social Security, Birth Certificate or any accounts generated from these accounts.

Furthermore, Owen Britton, Troxelle, Ab initio, reserves the right not to be compelled to perform under any contracts and/or commercial agreements in which he did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of Rights", Owen Britton, Troxelle does not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements or any corporations or trusts, be they Admiralty or otherwise.

**This instrument is transmission of a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Notice to Principle is notice to agent**

**Transactions Involved:**
Birth Certificate filed W. Reading File No.: 367 and all documents created from or relating to Certificate of Live Birth.
All contracts / properties registered as well as an liabilities induced by registration with the UNITED STATES, DISTRICT OF COLUMBIA, it's corporate agents, including, but not limited to, THE COMMONWEALTH OF PENNSYLVANIA and it's agents counties, townships, boroughs or any other subsidiaries.

**Warranties:**
The private properties / contracts described above and secured under the UCC with The Secretary of State and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle have no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequential or otherwise, arising out of any defect or nonconformity of this property.

Hand Seal: _____

23rd Judicial District                    Great Seal:
county: Berks
country: Pennsylvania
Nation: United state of North America

# Invoice

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account number _____. Your department has failed to issue a priority claim or release my private property and holdings and release my personal liability under such falsified account.
You were noticed of my claim on _____ And were noticed again on _____
You are then complying with option three as previously stated

**OPTION 3:** ( As previously stated) Do nothing, keep all records falsified as well as others $968,462,652.
Principle estimated account value $500,000 opened on or about February 7, 1971 at 18% interest compounded.

## Total Now Due: $968,462,652

Please make arrangements for payment within the next 20 days after mailing date.

Failure to arrange payment schedule or provide a superior claim or correction of records will result in liability under PaCSA 9114 as well as all other criminal references pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking without just compensation.

**Once again: You are unlawfully holding property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**
**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999



## NOTICE OF FINAL DEFAULT

You are in FULL DEFAULT on my presentment

correcting the record pertaining to myself, and confirming it.

     Your DEFAULT is your agreement that your REFUSAL of my presentment is your REFUSAL to correct and eliminate the former account and or my liability.

     You have been given more then ample time to correct this record and apparently have refused. Therefore, placing yourself in the position of direct liability for the damages done to myself by your false records.

     Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in FULL DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

     Consider yourself notified of intent to sue and intent to attach.

     Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in FULL DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:


     I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.


                                     _____
                                       Secured Party

On the      day of            2007, a man by the name of Owen Britton , Troxelle testified to the truth of the facts contained herein and affirmed by placing his seal below.



Secured Party:
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Near [19520],
**Pennsylvania, U.S.A.**

<center>**NOTICE OF FINAL DEFAULT**</center>

You are hereby NOTICED that you are in FULL DEFAULT on my presentment

You have failed to comply by correcting the record pertaining to myself, and confirming it.

Your DEFAULT is your agreement that your REFUSAL of my presentment is your REFUSAL to correct and eliminate the former account and or my liability.

You have been given more then ample time to correct this record and apparently have refused. Therefore, placing yourself in the position of direct liability for the damages done to myself by your false records.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in FULL DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Consider yourself notified of intent to sue and intent to attach.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in FULL DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.

_____
Secured Party

On the      day of              2007, a man by the name of Owen Britton , Troxelle testified to the truth of the facts contained herein and affirmed by placing his seal below.



...est in accord with the requirements of The Freedom of Information Act ...ds Laws Pa Stat. Ann 65 at 66.1 to 66.9

...d by these records.

...SEE ATTACHED), to the best of your knowledge were the records ...would another department have custody of these records ? If so who ?

...as per my understanding the ...est Reading branch was closed in the late '70's and the records were transferred to your department in Newcastle Pa..

Response is expected within the legal reasonable time of ten business days.

Thank you, once again,

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. -19520-

Mr. Frank Yeropoli;                          November 21, 2006 A.D.

The Enclosed are copies of the previous communications.

The main problem consists of the first communication. You power of Attorney, under a breach of fiduciary duties for holding my Certificate of Live Birth, which is my private property, has been revoked.

From my Security holding, filed with the Secretary of State, your department is illegally holding and counterfeiting my security.

I have been very patient as to this matter, and will soon be forced to take legal actions against your department.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

Cert#
Mr. Frank Yeropoli;

February 9, 2007 A.D.

# Final Default Notice

You power of Attorney, under a breach of fiduciary duties has been revoked.

From my Security holding, filed with the Secretary of State, your department is illegally holding and counterfeiting my security, my Certificate of Live Birth. You have failed to return my property. Unfortunately you misclassification along with improper files have cause me damage.

I have been very patient as to this matter, and will soon be forced to take legal actions against your department.  You have been given adequate time to respond, since my last communication and are hereby held in full default

Unfortunately I now have no other choice then to notify you that unless these records are immediately corrected your department will be sued. Please accept this notice as a notice of intent to sue.

You have failed to issue an AFFIDAVIT / CERTIFICATE OF DISHONOR FOR CAUSE within said three (3) days, placing you in full DEFAULT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

Dear Mr. Hardester;

Thank you once again for your response.
The original contact and box checked off was quite confusing.
One question still remains unanswered.... Since your department does not deal with citizenship , do you know if the Registration of my Certificate of Live Birth confers residency status within the United States ?

Thank you,

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520



7005 1820 0007 3331 4655

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage $ | $0.39
Certified Fee | $2.40
Return Receipt Fee (Endorsement Required) | $1.85
Restricted Delivery Fee (Endorsement Required) | $0.00
Total Postage & Fees | $ | $4.64

Sent To: Frank Bcpoli - b/a Ch---
Street, Apt. No.: 1015 Mercer St POB 1338
or PO Box No.
City, State, ZIP+4: New Castle, Pa. 16101

PS Form 3811, February 2004

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank Bcpoli
Depco F Htz POB. 1508
1015 Mercer St
New Castle, Pa. 16101

2. Article Number (Transfer from service label)
7005 1820 0007 3331 4655

A. Signature
X _____ ■ Agent / ■ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Anthony Magisano     2-15-07

D. Is delivery address different from item 1? ■ Yes
If YES, enter delivery address below: ■ No

3. Service Type
■ Certified Mail   ■ Express Mail
■ Registered       ■ Return Receipt for Merchandise
■ Insured Mail     ■ C.O.D.

4. Restricted Delivery? (Extra Fee) ■ Yes

Domestic Return Receipt     102595-02-M-1540

---

February 9, 2007 A.D.

...ult Notice

...retary of State, your department is illegally holding
...fiduciary duties has been revoked.
...' Live Birth. You have failed to return my property.
...Improper files have cause me damage.
...ll soon be forced to take legal actions against your
...respond, since my last communication and are

...tify you that unless these records are
...lease accept this notice as a notice of intent to

...'ATE OF DISHONOR FOR CAUSE within

...private property within ten (10)
...of the VIOLATION of INFRING...
...private property within te...
...f the VALUATION placed on the ...

...nt(s) and agreement to the use of the Law of the
...r your acceptance and agreement to the use of the Law of the

Your DEFAULT is your acceptance and release my private property within te...
Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the...
correct and not misleading.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

February 9, 2007 A.D.

# Final Default Notice

You power of Attorney, under a breach of fiduciary duties has been revoked.

From my Security holding, filed with the Secretary of State, your department is illegally holding and counterfeiting my security, my Certificate of Live Birth. You have failed to return my property. Unfortunately you misclassification along with improper files have cause me damage.

I have been very patient as to this matter, and will soon be forced to take legal actions against your department.  You have been given adequate time to respond, since my last communication and are hereby held in full default

Unfortunately I now have no other choice then to notify you that unless these records are immediately corrected your department will be sued. Please accept this notice as a notice of intent to sue.

You have failed to issue an AFFIDAVIT / CERTIFICATE OF DISHONOR FOR CAUSE within said three (3) days, placing you in full DEFAULT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

Mr. Hardester;

As per our past writings ;

   I will need to contact the Central Office for  Live Birth Records or the head of the Department of Health, pertaining to the theft of my Certificate of Live Birth along with the refusal of my personal and my nation's access of it.

     Please provide the addresses along with head officers to contact.

Thank you,
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

Mr. Frank Yeropoli;                                    February 9, 2007

### Notice of Full Default

November 21, 2006 I wrote a note in return to your inquiry pertaining to Mr. Hardester's dealings pertaining to the Certificate of Live Birth along with your department's fraudulent securities and theft of my property. I have given this Department more then enough time to address these matters.

As per your dealings with this matter, as well as the Department of Vital Statistics, your time is up. You as well as The Department of Vital Statistics are being held in Default and are hereby notified that unless immediate action is taken you will be sued.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

Bureau of Vital Statistics
P.O. Box 1528
Newcastle, Pa. 76104


Thank you for your response:

I am continuing to make this request in accord with the requirements of The Freedom of Information Act and the Pennsylvania Open Records Laws Pa Stat. Ann 65 at 66.1 to 66.9

I am inquiring as the party affected by these records.

As per your previous response (SEE ATTACHED), to the best of your knowledge were the records transferred to another branch ? Or would another department have custody of these records ? If so who ?

As per my understanding the West Reading branch was closed in the late '70's and the records were transferred to your department in Newcastle Pa..

Response is expected within the legal reasonable time of ten business days.

Thank you, once again,

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. -19520-

Mr. Charles Hardester:                          June 28, 2006 A.D.

Thank you once again for your response.

There are some problems remaining. Pennsylvania residence. ....I do not rent, lease or own land or property in PA, I do not pay PA State or local taxes, nor do I have personal property in PA... stocks, bonds etc.. nor do I own / rent / lease an automobile licensed in PA, nor do I have a PA Driver's license, nor am I registered to vote in PA.

In sight of the lack of these events, happenings etc.. nearly 6 years ago your department received a Affidavit Commercial Notice and your department is in default. (SEE ATTACHED)

I am a citizen of the Pembina Nation, a sovereign indigenous tribe and am requiring that my property (certificate of live birth) be returned immediately or that this record be voided and payment as specified be remitted.


Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. -19520-

Tribal number: 81434

You may wish to contact our Consulate Office
Pembina Nation Consulate
402 10th Street, P.O. Box 806
Walhalla, N.D. 58282

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

0107    08

10/15/2007

Postage    $    $0.41
Certified Fee    $2.65
Return Receipt Fee
(Endorsement Required)    $0.00
Restricted Delivery Fee
(Endorsement Required)    $0.00
Total Postage & Fees    $    $3.06

Sent To    PN Dept Vital Stats
Street, Apt No.;    PoB 90 Health Welfare
or PO Box No.
City, State, ZIP+4    Harrisburg, Pa. 17108

PS Form 3800, August 2006    See Reverse for Instruction

6520 0712 4000 0220 2007

... structive Notice of Suit

... sponse to notice filed March 18, 2007, second notice filed April 23, 2007, ... General, as Alien Property Custodian, to which no response was ... Office.

... was received from The U.S. Dept. of Justice, with no filing number and ... ner. This response was received 60 day late. Since then I have made ... OJ with no response. In all legal matters this was not a valid or legal

... these falsified records and must pursue a suit in nature of 50 USC ... Any longer delay will most certainly bring about further damage and ... these falsified records.

... General's Office are the following:
... ey General in concert with US Attorney General's Office 950
... ton, D.C. 20530-0001
... easury in concert with US Attorney General's Office 1500 Pennsylvania

... mia Pennsylvania Attorney General Thomas Corbett for liability of the Commonwealth's actions 16th Floor, Strawberry Square Harrisburg, Pa. 17120,
**4. Commonwealth of Pa. Deputy Attorney General's Office (2)** for liability of the Commonwealth's actions Eastern Regional Office Lawrence Barth 21 South 12th Street, 3rd Floor Phila. Pa. 19107
**5. PA DMV** - For keeping falsified records and falsified liability P.O. Box 68611 Harrisburg, Pa. 17106-8611
**6. Social Security** - For keeping falsified records and falsified liability SSA Commissioner 6401 Security Blvd. Baltimore, Md. 21235
**7. Dept. of Vital Statistics** - For keeping falsified records and falsified liability P.O. Box 90 - Health and Welfare Harrisburg, Pa. 17108,
**8. Dept. of Vital Statistics** - For keeping falsified records and falsified liability 101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104

**These entities were added for further theft in the theft and unauthorized use of my private property and for using me as collateral for this property. All were previously notified of such problems and have failed to provide a superior claim, have failed to return my private property and private property rights as well as failing to give just compensation.**

Please note that the above named people / departments have been noticed of theft of personal property, theft property rights and or fraud. This property so held is registered with the Secretary of State, as required by law and I am the rightful owner as well as the owner of all property rights.

The above parties have failed to rebut my claim and failed to return my private property. They have also failed to give just compensation for taking of private property and rights thereto. These entities / people, in failure to return such property as well as keeping false records are now defaulted and are being billed for such usage.

Since they have failed to state a priority claim over such property and have refused to pay for such use I have no other choice but a suit. Consider this as a legal notice of suit. See attached.

**Also to be notified: PA Department of General Services** Bureau of Risk and Insurance Management Room G-10 221 Forster St., P.O. Box 1365 Harrisburg, Pa. 17105

Owen Britton, Troxelle

**nstructive Notice of Suit**

esponse to notice filed March 18, 2007, second notice filed April 23, 2007,
ey General, as Alien Property Custodian, to which no response was
's Office.

ase was received from The U.S. Dept. of Justice, with no filing number and
igner. This response was received 60 day late. Since then I have made
DOJ with no response. In all legal matters this was not a valid or legal

y these falsified records and must pursue a suit in nature of 50 USC
. Any longer delay will most certainly bring about further damage and
o these falsified records.

General's Office are the following:
ey General in concert with US Attorney General's Office 950
gton, D.C. 20530-0001

reasury in concert with US Attorney General's Office 1500 Pennsylvania

...ia Pennsylvania Attorney General  Thomas Corbett for liability of the
Commonwealth's actions  16th Floor, Strawberry Square Harrisburg, Pa. 17120,
**4. Commonwealth of Pa. Deputy Attorney General's Office (2)** for liability of the Commonwealth's actions
Eastern Regional Office Lawrence Barth 21 South 12th Street, 3rd Floor Phila. Pa. 19107
**5. PA DMV** - For keeping falsified records and falsified liability P.O. Box 68611 Harrisburg, Pa. 17106-8611
**6. Social Security** - For keeping falsified records and falsified liability SSA Commissioner 6401 Security
Blvd. Baltimore, Md. 21235
**7. Dept. of Vital Statistics** - For keeping falsified records and falsified liability P.O. Box 90  - Health and
Welfare Harrisburg, Pa. 17108,
**8. Dept. of Vital Statistics** - For keeping falsified records and falsified liability 101 S. Mercer, P.O. Box
1528 Newcastle, Pa. 76104

**These entities were added for further theft in the theft and unauthorized use of my private property and for using me as collateral for this property. All were previously notified of such problems and have failed to provide a superior claim, have failed to return my private property and private property rights as well as failing to give just compensation.**

Please note that the above named people / departments have been noticed of theft of personal property, theft property rights and or fraud. This property so held is registered with the Secretary of State, as required by law and I am the rightful owner as well as the owner of all property rights.
The above parties have failed to rebut my claim and failed to give just compensation for taking of private property and rights thereto. These entities / people, in failure to return such property as well as keeping false records are now defaulted and are being billed for such usage.
Since they have failed to state a priority claim over such property and have refused to pay for such use I have no other choice but a suit. Consider this as a legal notice of suit. See attached.
**Also to be notified: PA Department of General Services** Bureau of Risk and Insurance Management Room G-10  221 Forster St., P.O. Box 1365 Harrisburg, Pa. 17105

Owen Britton, Troxelle

### Constructive Notice of Suit

This Constructive Notice is in response to notice filed March 18, 2007, second notice filed April 23, 2007, by U.S. Mail, with the U.S. Attorney General, as Alien Property Custodian, to which no response was received by the Attorney General's Office.

Instead a card blanche response was received from The U.S. Dept. of Justice, with no filing number and no contact person as well as no signer. This response was received 60 day late. Since then I have made several attempts to recontact the DOJ with no response. In all legal matters this was not a valid or legal response

I have been severely injured by these falsified records and must pursue a suit in nature of 50 USC Appendix 9 and following sections. Any longer delay will most certainly bring about further damage and further imposed liability pursuant to these falsified records.

Enjoined with the U.S. Attorney General's Office are the following:

**1. Paul J. McNulty Deputy Attorney General** in concert with US Attorney General's Office 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001

**2. United States Department of Treasury** in concert with US Attorney General's Office 1500 Pennsylvania Ave, NW Wash., D.C. 20220

**3. Commonwealth of Pennsylvania Pennsylvania Attorney General** Thomas Corbett for liability of the Commonwealth's actions 16th Floor, Strawberry Square Harrisburg, Pa. 17120,

**4. Commonwealth of Pa. Deputy Attorney General's Office (2)** for liability of the Commonwealth's actions Eastern Regional Office Lawrence Barth 21 South 12th Street, 3rd Floor Phila. Pa. 19107

**5. PA DMV** - For keeping falsified records and falsified liability P.O. Box 68611 Harrisburg, Pa. 17106-8611

**6. Social Security** - For keeping falsified records and falsified liability SSA Commissioner 6401 Security Blvd. Baltimore, Md. 21235

**7. Dept. of Vital Statistics** - For keeping falsified records and falsified liability P.O. Box 90  - Health and Welfare Harrisburg, Pa. 17108,

**8. Dept. of Vital Statistics** - For keeping falsified records and falsified liability 101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104


**These entities were added for further theft in the theft and unauthorized use of my private property and for using me as collateral for this property. All were previously notified of such problems and have failed to provide a superior claim, have failed to return my private property and private property rights as well as failing to give just compensation.**


Please note that the above named people / departments have been noticed of theft of personal property, theft property rights and or fraud. This property so held is registered with the Secretary of State, as required by law and I am the rightful owner as well as the owner of all property rights.

The above parties have failed to rebut my claim and failed to return my private property. They have also failed to give just compensation for taking of private property and rights thereto. These entities / people, in failure to return such property as well as keeping false records are now defaulted and are being billed for such usage.

Since they have failed to state a priority claim over such property and have refused to pay for such use I have no other choice but a suit. Consider this as a legal notice of suit. See attached.

**Also to be notified: PA Department of General Services** Bureau of Risk and Insurance Management Room G-10  221 Forster St., P.O. Box 1365 Harrisburg, Pa. 17105




Owen Britton, Troxelle

## Notice of Possible Pending Suit and Pending Actions for Property and Property Rights Recovery

**PA Departments of Vital Statistics** P.O. Box 90 - Health and Welfare Harrisburg, Pa. 17108
Cert: 7007 0220 0004 2140 0759
**PA Departments of Vital Statistics (2)** 101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104
Cert: 7007 0220 0004 2140 0780

   In August of this year you received notice pertaining to an account in your possession all Records
pertaining to Social Security file 171482203, under and through Certificate of Live Birth and all relating to
Berks County Bureau of Vital Statistics, File Number 367 West Reading. Under DOB 2-7-71, with falsified
information and or which is being leveraged on stolen property by and through the falsified records.
   As was stated, I have attempted to get these records corrected since at least 1996, to no avail and most of
the time without direct response.

   You have failed to state a proper claim to maintain these falsified records and apply them to me and or
retain the de jure private property and rights to that property. And now you are in full default. It appears
that I must take further actions and am required under law to give you final notice before proceeding with
these actions.
   Consider the as your Legal Notice of Intent to Sue or Other Legal Actions as Seen Fit.


                                                                    Owen Britton, Troxelle

# Invoice

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account pertaining to Certificate of Live Birth and all related files. Your department has failed to issue a priority claim or release my private property, and holdings and release my personal liability under such falsified account.

Principle estimated account value $500,000 opened on or about February 7, 1971 at 18% interest compounded.

## *Total Now Due: $968,462,652*

Please make immediate arrangements for payment.

Failure to immediately arrange payment schedule or provide a superior claim or correction of records - release of liability will result in liability under PaCSA 9114 as well as all other criminal references pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking without just compensation.

**Once again: You are unlawfully holding private property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**
**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999

Mr. Frank Yeropoli;                          February 9, 2007

### Notice of Full Default

    November 21, 2006 I wrote a note in return to your inquiry pertaining to Mr. Hardester's dealings pertaining to the Certificate of Live Birth along with your department's fraudulent securities and theft of my property. I have given this Department more then enough time to address these matters.

    As per your dealings with this matter, as well as the Department of Vital Statistics, your time is up. You as well as The Department of Vital Statistics are being held in Default and are hereby notified that unless immediate action is taken you will be sued.


Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

# <u>Invoice</u>

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account number _____ . Your department has failed to issue a priority claim or release my private property and holdings and release my personal liability under such falsified account.

You were noticed of my claim on _____ And were noticed again on _____

You are then complying with option three as previously stated

**OPTION 3:** ( As previously stated) Do nothing, keep all records falsified as well as others $968,462,652.

Principle estimated account value $500,000 opened on or about February 7, 1971 at 18% interest compounded.

## *Total Now Due: $968,462,652*

Please make arrangements for payment within the next 20 days after mailing date.

Failure to arrange payment schedule or provide a superior claim or correction of records will result in liability under PaCSA 9114 as well as all other criminal references  pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking  without just compensation.

**Once again: You are unlawfully holding property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**

**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999

Mr. Frank Yeropoli;                                November 21, 2006 A.D.

The Enclosed are copies of the previous communications.

The main problem consists of the first communication. You power of Attorney, under a breach of fiduciary duties for holding my Certificate of Live Birth, which is my private property, has been revoked.

From my Security holding, filed with the Secretary of State, your department is illegally holding and counterfeiting my security.

I have been very patient as to this matter, and will soon be forced to take legal actions against your department.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

Cert# 7005 1820 0007 3331 4655
Mr. Frank Yeropoli;                                    February 9, 2007 A.D.

## Final Default Notice

You power of Attorney, under a breach of fiduciary duties has been revoked.

From my Security holding, filed with the Secretary of State, your department is illegally holding and counterfeiting my security, my Certificate of Live Birth. You have failed to return my property. Unfortunately you misclassification along with improper files have cause me damage.

I have been very patient as to this matter, and will soon be forced to take legal actions against your department. You have been given adequate time to respond, since my last communication and are hereby held in full default

Unfortunately I now have no other choice then to notify you that unless these records are immediately corrected your department will be sued. Please accept this notice as a notice of intent to sue.

You have failed to issue an AFFIDAVIT / CERTIFICATE OF DISHONOR FOR CAUSE within said three (3) days, placing you in full DEFAULT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT is your agreement and acceptance of the VIOLATION of INFRINGEMENT.

Your failure to adjust the account(s) and release my private property within ten (10) days, to me while in DEFAULT shall be your acceptance of the VALUATION placed on the VIOLATION of INFRINGEMENT.

Your DEFAULT is your acceptance and agreement to the use of the Law of the Commercial Lien Process for the collection of said VALUATION:

I, Owen Britton, Troxelle, the Secured Party, certify that the facts contained herein are true, correct and not misleading.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520

# Invoice

As you were previously informed a priority claim has already been placed on an account tendered to your office under the account pertaining to Certificate of Live Birth and all related files. Your department has failed to issue a priority claim or release my private property, and holdings and release my personal liability under such falsified account.

Principle estimated account value $500,000 opened on or about February 7, 1971 at 18% interest compounded.

## Total Now Due: $968,462,652

Please make immediate arrangements for payment.

Failure to immediately arrange payment schedule or provide a superior claim or correction of records - release of liability will result in liability under PaCSA 9114 as well as all other criminal references pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking without just compensation.

Once again: **You are unlawfully holding private property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**
**It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999

### Notice of Possible Pending Suit and Pending Actions for Property and Property Rights Recovery

**PA Departments of Vital Statistics** P.O. Box 90 - Health and Welfare Harrisburg, Pa. 17108
Cert: 7007 0220 0004 2140 0759
**PA Departments of Vital Statistics (2)** 101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104
Cert: 7007 0220 0004 2140 0780

In August of this year you received notice pertaining to an account in your possession all Records pertaining to Social Security file 171482203, under and through Certificate of Live Birth and all relating to Berks County Bureau of Vital Statistics, File Number 367 West Reading. Under DOB 2-7-71, with falsified information and or which is being leveraged on stolen property by and through the falsified records.

As was stated, I have attempted to get these records corrected since at least 1996, to no avail and most of the time without direct response.

You have failed to state a proper claim to maintain these falsified records and apply them to me and or retain the de jure private property and rights to that property. And now you are in full default. It appears that I must take further actions and am required under law to give you final notice before proceeding with these actions.

Consider the as your Legal Notice of Intent to Sue or Other Legal Actions as Seen Fit.

Owen Britton, Troxelle

# Invoice

 As you were previously informed a priority claim has already been placed on an account tendered to your office under the account pertaining to Certificate of Live Birth and all related files. Your department has failed to issue a priority claim or release my private property, and holdings and release my personal liability under such falsified account.

 Principle estimated account value $500,000 opened on or about February 7, 1971 at 18% interest compounded.

## Total Now Due: $968,462,652

 Please make immediate arrangements for payment.

 Failure to immediately arrange payment schedule or provide a superior claim or correction of records - release of liability will result in liability under PaCSA 9114 as well as all other criminal references pertaining to intentionally kept falsified records, falsified securities as well as damages caused by these records and taking without just compensation.

 Once again: **You are unlawfully holding private property or a security against the claimant. This instrument is transmission of a notice of the above retained security interest, previously delivered to you by certified mail. You have failed to state a superior claim warranting your theft of my property and or theft involved with your improper records.**
 **It matters not whether you file this statement in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our web site at www.usps.com®

NEW CASTLE PA 16103

| | | |
|---|---|---|
| Postage | $ | 0220 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.06 | 01/31/2008 |

Sent To  PA Dept Vital Stats
Street, Apt. No.; or PO Box No.  101 S. Mercer POB 1528
City, State, ZIP+4  Newcastle Pa 2647 16103

PS Form 3800, August 2006              See Reverse for Instructions

7007 2680 0000 7741 7813


**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HARRISBURG PA 17108

| | | |
|---|---|---|
| Postage | $ $0.31 | 0320 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.00 | 01/31/2008 |

Sent To  Viol Vital State
Street, Apt. No.; or PO Box No.  POB 70
City, State, ZIP+4  Horrisbm Pa 17108

PS Form 3800, August 2006              See Reverse for Instructions

7007 2680 0000 7741 7820

# **FEDERAL EXHIBIT I**
## U.S. Attorney General et al. - Communications



March 2?, 2

Delivery Confirmation # 7005 1

Delivery Confirmation # 7005 1

en Property Custodian

l of the United Sates

General of the United States

**Notice and Affidavit of Probable Cau**

Affidavit "...being highest form of prima facie evid

U.S. v. Kis, 658 Fed. Rpt., 2d Series, 526, 52

I, Owen Britton, Troxelle, a live flesh and blood private man, he
sound mind and over the age of twenty-one, have first hand know
competent to make the following statements. The below stated
complete and not meant to be misleading and is admitted when not ....

This is a directive in pursuant to USC TITLE 50, APPENDIX - WAR AND NATIONAL
DEFENSE, TRADING WITH THE ENEMY ACT OF 1917, Sec. 9. "Claims to property
transferred to custodian; notice of claim; filing; return of property" under your duties as
specified in Title 50 USC 526

1. Affiant is a private man  conducting his affairs and business in his private capacity a
   neutral non combatant; and
2. As published in Title 50 USC Appendix. 9(a) Affiant declares he is not an enemy or
   resident alien or ally of any known enemy of the United States of America; and
3. Affiant's declare that he is not a Corporate franchise entity/person OWEN BRITTON
   TROXELLE and does not presume a fictional citizenship/residency of the United States
   or the Commonwealth of Pennsylvania; and
4. Affiant has never intended to formally request any privilege from any government; and
5. Affiant was born a private American national. My mother and father, along with myself,
   were deceived and lied to and were essentially falsely classified, as was all of our
   substantive private property; and
6. In addition, Affiant has national standing with an Indian Nation holding a Peace Treaty
   with the United States since at least 1863; and
7. Pursuant to section (j), under "return of property", Affiant has enclosed a copy of a
   Security Agreement filed with the Secretary of State and included herein as Exhibit "A"
   Apparently, by their lack of action, the agencies of State and the United States have failed
   to notify your office, presently placing your office as an innocent bystander and that
   Notice to principal is notice to agent; and



March 21, 2

Delivery Confirmation # 7005 18

Delivery Confirmation # 7005 18

Alien Property Custodian
General of the United Sates
torney General of the United States
Assigns

W
01

e and Affidavit of Probable Caus
...being highest form of prima facie evide
U.S. v. Kis, 658 Fed. Rpt., 2d Series, 526, 527

I, Owen Britton, Troxelle, a live flesh and blood private man, he
sound mind and over the age of twenty-one, have first hand know
competent to make the following statements. The below stated i
complete and not meant to be misleading and is admitted when not rebutted.

This is a directive in pursuant to USC TITLE 50, APPENDIX - WAR AND NATIONAL
DEFENSE, TRADING WITH THE ENEMY ACT OF 1917, Sec. 9. "Claims to property
transferred to custodian; notice of claim; filing; return of property" under your duties as
specified in Title 50 USC 526

1. Affiant is a private man conducting his affairs and business in his private capacity a
   neutral non combatant; and
2. As published in Title 50 USC Appendix. 9(a) Affiant declares he is not an enemy or
   resident alien or ally of any known enemy of the United States of America; and
3. Affiant's declare that he is not a Corporate franchise entity/person OWEN BRITTON
   TROXELLE and does not presume a fictional citizenship/residency of the United States
   or the Commonwealth of Pennsylvania; and
4. Affiant has never intended to formally request any privilege from any government; and
5. Affiant was born a private American national. My mother and father, along with myself,
   were deceived and lied to and were essentially falsely classified, as was all of our
   substantive private property; and
6. In addition, Affiant has national standing with an Indian Nation holding a Peace Treaty
   with the United States since at least 1863; and
7  Pursuant to section (j), under "return of property", Affiant has enclosed a copy of a
   Security Agreement filed with the Secretary of State and included herein as Exhibit "A"
   Apparently, by their lack of action, the agencies of State and the United States have failed
   to notify your office, presently placing your office as an innocent bystander and that
   Notice to principal is notice to agent; and

8.  The Security Agreement is a filed claim pursuant to the case named in section 55 of Appendix Sec. 9 <u>White v. Mechanics' Securities Corp.</u> To which the United States has posted no known claims and therefore has given consent for return or in failure to return, suit; and

9.  Appendix 9 section 67 case quoted <u>Ladue & Co. v. Brownell.</u> Affiant is hereby required to give your department notice and that this notice is being done to avoid further suit and costs, in a peaceable manner, holding your office not at fault. Appendix 9, Sect. 6 case <u>First Nat. Bank of Portland v. McGrath; and</u>

Affiant request that if a particular form or forms are needed to start or create an information for the Attorney General or appointed officer that they kindly provide the particular form or forms needed to complete this process;

Affiant expects a response from your department within 20 days. If more time is needed please notify Affiant, and an extension of time will be granted;

Affiant is submitting this notice of claim and claims, in good faith, that you will perform your duties pursuant to your oath of office.

Affiant is further submitting an additional complaint under Title 50 USC Sec. 513 (a);

Done this _____ of March, 2007 A.D.,

Affiant's declare under penalties of perjury of the Laws of the United States of America (**without** the "United States") Title 28 USC 1746 (1) the forgoing is true and correct, so help us.

Respectfully Submitted,
In my private capacity,
All rights reserved

_____
Owen Britton, Troxelle

I, the undersigned duly appointed Notary Public in good standing for the State of Pennsylvania, hereby do declare that the man verified to be Owen Britton, Troxelle came before me, signed and executed this **Notice and Affidavit of Probable Cause** on the _____ day of _____, 2007 A.D..

_____
Notary Public

My Commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Gregory J. Lewis, Notary Public
Cumru Twp., Berks County
My Commission Expires Apr. 30, 2010
Member, Pennsylvania Association of Notaries

## **Proposed Investigation**

To:     Alberto Gonzales. Attorney General of the United Sates
        Paul J McNulty Deputy Attorney General of the United States
        and All Future Successors or Assigns
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington. D.C. 20530-0001

Delivery Confirmation # 7005 1820 0005 3331 4723
Delivery Confirmation # 7005 1820 0005 3331 4716

This petition is for the Initiation of a Criminal Investigation For Promoting and Enforcing
Counterfeit Securities along with other trespasses in accord with USC Title 28 section 533(4).
A note of urgency is hereby made to you and or Attorney Elect, United States Attorney General,
to investigate the enclosed named Federal and State government officials, employees, agents and
public officers for creating, using and promoting fraudulent and counterfeit securities in a fraudulent
scheme in order to solicit myself, Owen Britton, Troxelle, a private natural man, by duress and
coercion into participating in a scheme to produce books and records from me in excess that those
authorized by law in violation of Pennsylvania Code, the U.S. Code, the Pennsylvania and Federal
Constitutions as well as National Peace Treaties. As well as to extort money from me under and
through false pretenses, false securities and to inhibit my freedoms.
It is your duty to prevent this form of corruption as well as to defend the status and morals of the
State and the United States against such perpetrators.
Further request of proof is made for the signed delegation of authority, if it exists, from the
appropriate State Official, which authorizes or sanctions the proceedings against me by the named
government officials, employees, agents and public officers. Please send me a copy of the signed
delegation of authority from you, the Attorney General of the United States, or of the Commonwealth
of Pennsylvania or your delegate directing that the actions against me to be commenced.
I am sure that if I were suspected of counterfeiting securities of the United States and or the
Commonwealth of Pennsylvania, or any other atrocities, a full battle dressed SWAT team would
invade my private dwelling, kidnap me into United States federal jurisdiction or corporate
Commonwealth of Pennsylvania jurisdiction, arrest me and prosecute me to the fullest extent of the
law.
I hereby require that you honor your oath of office to defend and support the Constitution for the
United States of America and exert your authority to keep your government branches as well as those
of the State in proper compliance.. In so doing, I implore that you investigate the illegal acts of the
named State officials, employees, agents and public officers and cause to issue indictments and
prosecute all suspected parties for the counterfeiting of the securities of the Commonwealth of
Pennsylvania, pursuant to State and Federal laws as cited herein above; and also investigate, indict
and prosecute all violations by the above named State of Pennsylvania officials. U.S. entities.
employees, agents and public officers for violation of the Pennsylvania Codes. Constitutions. U.S.
Codes. and Peace Treaties concerning their attempts to induce and coerce me into performing duties,
obligations under threat of incarceration. but not allowed by statute and regulation. This report is
being given in concern not only for myself, but also in concern for others who are being violated by
the State's officers neglect and abuse of their authority.
In the alternative. if you are unwilling to investigate, indict, or prosecute the named Federal and
State public servants. individuals. identify the lawful reasons why and relate said reasons to me in
writing within 20 days from receipt of this Notice. If you need longer than 20 days to respond. send

me a written request for an extension of time, within the 20 days, and it will be given to you.

Failure to respond to this request timely and upon the merits of this demand and inquiry will be prima facie evidence that the Commonwealth of Pennsylvania Government as well as the United States and its agents, employees, officials public servants are engaged in an ongoing constructive fraud against the Constitutions along with the people, to deprive them of inalienable substantive rights secured and protected by the Bill of Rights for the United States and Pennsylvania Constitutions as well as the peace treaties

"Ordinances...are laws passed by the governing body of a municipal corporation for the regulation of the corporation." (emphasis added) Bills v. City of Goshen, 20 N.E. 115, 117.

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the State; but the individuals' Right to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." Corn v. Fort, 95 S.W.2d 620 (1936)

WHEREFORE : The Plaintiff requests he be granted the above as well as such other relief as deemed proper.

Submitted and sworn Under Title 28, USC §1746(1) and executed "without the United States", I do hereby testify that the foregoing is true and accurate to the best of my knowledge and ability.

Date:                                        Autograph: _____

Owen Britton, Troxelle
To be called for at: c/o P.O. Box 458
Elverson, -19520-
Pennsylvania, United States of North America

mailing location:
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pennsylvania
19520-9999



March 21, 2007 A.D.
Delivery Confirmation # 7005 1820 0005 3331 4723
Delivery Confirmation # 7005 1820 0005 3331 4716

To:    **U.S. Attorney General, Alien Property Custodian**
    Alberto Gonzales, Attorney General of the United Sates
    Paul J. McNulty Deputy Attorney General of the United States
    and All Future Successors or Assigns
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, D.C. 20530-0001

### Notice and Affidavit of Probable Cause
Affidavit "...being highest form of prima facie evidence."
U.S. v. Kis, 658 Fed. Rpt., 2d Series, 526, 527

   I, Owen Britton, Troxelle, a live flesh and blood private man, herein after Affiant, being of sound mind and over the age of twenty-one, have first hand knowledge of the facts, and am competent to make the following statements. The below stated facts are true, correct and complete and not meant to be misleading and is admitted when not rebutted:

   This is a directive in pursuant to USC TITLE 50, APPENDIX - WAR AND NATIONAL DEFENSE, TRADING WITH THE ENEMY ACT OF 1917, Sec. 9. "Claims to property transferred to custodian; notice of claim; filing; return of property" under your duties as specified in Title 50 USC 526

1.  Affiant is a private man  conducting his affairs and business in his private capacity a neutral non combatant; and
2.  As published in Title 50 USC Appendix. 9(a) Affiant declares he is not an enemy or resident alien or ally of any known enemy of the United States of America; and
3.  Affiant's declare that he is not a Corporate franchise entity/person OWEN BRITTON TROXELLE and does not presume a fictional citizenship/residency of the United States or the Commonwealth of Pennsylvania; and
4.  Affiant has never intended to formally request any privilege from any government; and
5.  Affiant was born a private American national. My mother and father, along with myself, were deceived and lied to and were essentially falsely classified, as was all of our substantive private property; and
6.  In addition, Affiant has national standing with an Indian Nation holding a Peace Treaty with the United States since at least 1863; and
7.  Pursuant to section (j), under "return of property", Affiant has enclosed a copy of a Security Agreement filed with the Secretary of State and included herein as Exhibit "A". Apparently, by their lack of action, the agencies of State and the United States have failed to notify your office, presently placing your office as an innocent bystander and that Notice to principal is notice to agent; and

8. The Security Agreement is a filed claim pursuant to the case named in section 55 of Appendix Sec. 9 <u>White v. Mechanics' Securities Corp</u>. To which the United States has posted no known claims and therefore has given consent for return or in failure to return, suit; and

9. Appendix 9 section 67 case quoted <u>Ladue & Co. v. Brownell</u>  Affiant is hereby required to give your department notice and that this notice is being done to avoid further suit and costs, in a peaceable manner, holding your office not at fault. Appendix 9, Sect. 6 case <u>First Nat. Bank of Portland v. McGrath; and</u>

Affiant request that if a particular form or forms are needed to start or create an information for the Attorney General or appointed officer that they kindly provide the particular form or forms needed to complete this process;

Affiant expects a response from your department within 20 days. If more time is needed please notify Affiant, and an extension of time will be granted;

Affiant is submitting this notice of claim and claims, in good faith, that you will perform your duties pursuant to your oath of office.

Affiant is further submitting an additional complaint under Title 50 USC Sec. 513 (a);

Done this _____ of March, 2007 A.D.,

Affiant's declare under penalties of perjury of the Laws of the United States of America (**without** the "United States") Title 28 USC 1746 (1) the forgoing is true and correct, so help us.

Respectfully Submitted,
In my private capacity,
All rights reserved

_____
Owen Britton, Troxelle

I, the undersigned duly appointed Notary Public in good standing for the State of Pennsylvania, hereby do declare that the man verified to be Owen Britton, Troxelle came before me, signed and executed this **Notice and Affidavit of Probable Cause** on the _____ day of _____, 2007 A.D..

_____
Notary Public

My Commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Gregory J. Lewis, Notary Public
Cumru Twp., Berks County
My Commission Expires Apr. 30, 2010
Member, Pennsylvania Association of Notaries

mailing location:
Owen Britton, Troxelle
c/o P O. Box 458
Elverson, Pennsylvania
19520-9999



March 21, 2007 A.D.
Delivery Confirmation # 7005 1820 0005 3331 4723
Delivery Confirmation # 7005 1820 0005 3331 4716

To:    **U.S. Attorney General, Alien Property Custodian**
Alberto Gonzales, Attorney General of the United Sates
Paul J. McNulty Deputy Attorney General of the United States
and All Future Successors or Assigns
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

### Notice and Affidavit of Probable Cause
Affidavit "...being highest form of prima facie evidence."
<u>U.S. v. Kis</u>, 658 Fed. Rpt., 2d Series, 526, 527

I, Owen Britton, Troxelle, a live flesh and blood private man, herein after Affiant, being of sound mind and over the age of twenty-one, have first hand knowledge of the facts, and am competent to make the following statements. The below stated facts are true, correct and complete and not meant to be misleading and is admitted when not rebutted:

This is a directive in pursuant to USC TITLE 50, APPENDIX - WAR AND NATIONAL DEFENSE, TRADING WITH THE ENEMY ACT OF 1917, Sec. 9. "Claims to property transferred to custodian; notice of claim; filing; return of property" under your duties as specified in Title 50 USC 526

1.  Affiant is a private man conducting his affairs and business in his private capacity a neutral non combatant; and
2.  As published in Title 50 USC Appendix. 9(a) Affiant declares he is not an enemy or resident alien or ally of any known enemy of the United States of America; and
3.  Affiant's declare that he is not a Corporate franchise entity/person OWEN BRITTON TROXELLE and does not presume a fictional citizenship/residency of the United States or the Commonwealth of Pennsylvania; and
4.  Affiant has never intended to formally request any privilege from any government; and
5.  Affiant was born a private American national. My mother and father, along with myself, were deceived and lied to and were essentially falsely classified, as was all of our substantive private property; and
6.  In addition, Affiant has national standing with an Indian Nation holding a Peace Treaty with the United States since at least 1863; and
7.  Pursuant to section (j), under "return of property", Affiant has enclosed a copy of a Security Agreement filed with the Secretary of State and included herein as Exhibit "A". Apparently, by their lack of action, the agencies of State and the United States have failed to notify your office, presently placing your office as an innocent bystander and that Notice to principal is notice to agent; and

8. The Security Agreement is a filed claim pursuant to the case named in section 55 of Appendix Sec. 9 White v. Mechanics' Securities Corp. To which the United States has posted no known claims and therefore has given consent for return or in failure to return, suit; and

9. Appendix 9 section 67 case quoted Ladue & Co. v. Brownell. Affiant is hereby required to give your department notice and that this notice is being done to avoid further suit and costs, in a peaceable manner, holding your office not at fault. Appendix 9, Sect. 6 case First Nat. Bank of Portland v. McGrath; and

Affiant request that if a particular form or forms are needed to start or create an information for the Attorney General or appointed officer that they kindly provide the particular form or forms needed to complete this process;

Affiant expects a response from your department within 20 days. If more time is needed please notify Affiant, and an extension of time will be granted;

Affiant is submitting this notice of claim and claims, in good faith, that you will perform your duties pursuant to your oath of office.

Affiant is further submitting an additional complaint under Title 50 USC Sec. 513 (a);

Done this _____ of March, 2007 A.D.,

Affiant's declare under penalties of perjury of the Laws of the United States of America (**without** the "United States") Title 28 USC 1746 (1) the forgoing is true and correct, so help us.

Respectfully Submitted,
In my private capacity,
All rights reserved

Owen Britton, Troxelle

I, the undersigned duly appointed Notary Public in good standing for the State of Pennsylvania, hereby do declare that the man verified to be Owen Britton, Troxelle came before me, signed and executed this **Notice and Affidavit of Probable Cause** on the _____ day of _____, 2007 A.D..

Notary Public

My Commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Gregory J. Lewis, Notary Public
Cumru Twp., Berks County
My Commission Expires Apr. 30, 2010
Member Pennsylvania Association of Notaries

# **Proposed Investigation**

To:     Alberto Gonzales, Attorney General of the United Sates
        Paul J. McNulty Deputy Attorney General of the United States
        and All Future Successors or Assigns
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530-0001

Delivery Confirmation # 7005 1820 0005 3331 4723
Delivery Confirmation # 7005 1820 0005 3331 4716

    This petition is for the Initiation of a Criminal Investigation For Promoting and Enforcing Counterfeit Securities along with other trespasses in accord with USC Title 28 section 533(4).

    A note of urgency is hereby made to you and or Attorney Elect, United States Attorney General, to investigate the enclosed named Federal and State government officials, employees, agents and public officers for creating, using and promoting fraudulent and counterfeit securities in a fraudulent scheme in order to solicit myself, Owen Britton, Troxelle, a private natural man, by duress and coercion into participating in a scheme to produce books and records from me in excess that those authorized by law in violation of Pennsylvania Code, the U.S. Code, the Pennsylvania and Federal Constitutions as well as National Peace Treaties. As well as to extort money from me under and through false pretenses, false securities and to inhibit my freedoms.

    It is your duty to prevent this form of corruption as well as to defend the status and morals of the State and the United States against such perpetrators.

    Further request of proof is made for the signed delegation of authority, if it exists, from the appropriate State Official, which authorizes or sanctions the proceedings against me by the named government officials, employees, agents and public officers. Please send me a copy of the signed delegation of authority from you, the Attorney General of the United States, or of the Commonwealth of Pennsylvania or your delegate directing that the actions against me to be commenced.

    I am sure that if I were suspected of counterfeiting securities of the United States and or the Commonwealth of Pennsylvania, or any other atrocities, a full battle dressed SWAT team would invade my private dwelling, kidnap me into United States federal jurisdiction or corporate Commonwealth of Pennsylvania jurisdiction, arrest me and prosecute me to the fullest extent of the law.

    I hereby require that you honor your oath of office to defend and support the Constitution for the United States of America and exert your authority to keep your government branches as well as those of the State in proper compliance.. In so doing, I implore that you investigate the illegal acts of the named State officials, employees, agents and public officers and cause to issue indictments and prosecute all suspected parties for the counterfeiting of the securities of the Commonwealth of Pennsylvania, pursuant to State and Federal laws as cited herein above; and also investigate, indict and prosecute all violations by the above named State of Pennsylvania officials, U.S. entities, employees, agents and public officers for violation of the Pennsylvania Codes, Constitutions, U.S. Codes, and Peace Treaties concerning their attempts to induce and coerce me into performing duties, obligations under threat of incarceration, that not allowed by statute and regulation. This report is being given in concern not only for myself, but also in concern for others who are being violated by the State's officers neglect and abuse of their authority.

    In the alternative, if you are unwilling to investigate, indict, or prosecute the named Federal and State public servants, individuals, identify the lawful reasons why and relate said reasons to me in writing within 20 days from receipt of this Notice. If you need longer than 20 days to respond, send

me a written request for an extension of time, within the 20 days, and it will be given to you.

Failure to respond to this request timely and upon the merits of this demand and inquiry will be prima facie evidence that the Commonwealth of Pennsylvania Government as well as the United States and its agents, employees, officials public servants are engaged in an ongoing constructive fraud against the Constitutions along with the people, to deprive them of inalienable substantive rights secured and protected by the Bill of Rights for the United States and Pennsylvania Constitutions as well as the peace treaties.

**"Ordinances...are laws passed by the governing body of a municipal corporation for the regulation of the corporation." (emphasis added) Bills v. City of Goshen, 20 N.E. 115, 117.**
   **"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the State; but the individuals' Right to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." Corn v. Fort, 95 S.W.2d 620 (1936)**

**WHEREFORE :** The Plaintiff requests he be granted the above as well as such other relief as deemed proper.

   **Submitted and sworn Under Title 28, USC §1746(1) and executed "without the United States", I do hereby testify that the foregoing is true and accurate to the best of my knowledge and ability.**

Date:                                            Autograph: _____

   Owen Britton, Troxelle
To be called for at: c/o P.O. Box 458
   Elverson, -19520-
   Pennsylvania, United States of North America

April 23, 2007 A.D.                                                                                          Deliv

mailing location:
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pennsylvania 19520-9999

To:    Alberto Gonzales, Attorney General of the United States
       Paul J. McNulty, Deputy Attorney General for the United States
       and All Future Successors or Assigns
       U.S. Department of Justice
       950 Pennsylvania Avenue NW
       Washington, D.C. 20530-0001

RE:    Second Formal Notice of Complaint and Information, laws defining the Duties of
       the Attorney General and Motion to <u>Establish a Corporate Fraud Task Force</u> to
       Investigate State, county and Federal Employees for Significant Crimes;

Sir(s),

        As per previous filing: Let it be understood by the Attorney General Alberto
Gonzales as well as Deputy Attorney General Paul J. McNulty and all Successors and
Assigns, that I willfully volunteer to be a witness for the Criminal Complaint
Investigation arising from the **Formal Notice of Complaint and Information** the
**Affidavit of Probable Cause** of Owen Britton, Troxelle, with Exhibits "A" through "H",
and 2 **Notices of Acceptance of Constitutions and Oath of Office** that these private
people mailed to you on March 18, 2007 by priority certified mail, delivery confirmation
# 7005 1820 0007 3331 4716, and 7005 1820 0007 3331 4723, which the United States
Post Office shows was delivered to you;

        In Title 28 United States Code 509, Chapter 31 - The ATTORNEY GENERAL, Sec.
509.... Function of Attorney General we find... EXECUTIVE ORDER 13271.
ESTABLISHMENT OF THE CORPORATE FRAUD TASK FORCE, July 9, 2002,
where President George W. Bush orders in part that "... in order to strengthen the efforts
of the Department of Justice and Federal, **State**, and local agencies to **investigate and
prosecute significant <u>financial crimes</u>**, recover the proceeds of such crimes, and **ensure
just and effective punishment of those who perpetrate financial crimes...**Section 1.
The Attorney General shall immediately establish within the Department of Justice a
**Corporate Fraud Task Force** (Task Force). Without regard to any other provision of
this order, the Task Force **shall be subject to the authority of the Attorney General**
under applicable law...", and Section 2 goes on to state that the Deputy Attorney General
shall serve as chief and "... the **Deputy Attorney General** shall convene and direct the
work of the Task Force in fulfilling all its functions under this order... and **shall
thereafter convene the Task Force at such times as he deems appropriate...**" Section
3, states in part that **"...(a) provide direction for the investigation and prosecution of
cases of <u>securities fraud</u>,** accounting fraud, **mail and wire fraud, ... other related
financial crimes committed by <u>commercial entities</u> (such as the corporation known
as West Chester a.k.a. Chester County) and directors, officers, professional advisers,
and employees thereof (hereinafter "financial crimes")...** (b) provide recommendations

to the Attorney **General for allocation and reallocation of resources** of the Department of Justice **for investigation and prosecution of significant financial crimes, recovery of proceeds from such crimes to the extent permitted by law,...**" in which We find the functions of the Attorney General are clearly stated to investigate corporate fraud and to create a corporate fraud task force upon an information including evidence and an affidavit of probable cause I hereby notice the Attorney General Alberto Gonzales and Deputy Attorney General Paul J. McNulty and or the assigns Successors to perform their duties;

Notice was given to Alberto Gonzales, Attorney General of the United States, delivered by United States mail delivery confirmation of which fully require that all honor their oath of office to defend and support the Constitution for the de jure united States of America (if you still are loyal to that entity) and the Constitution for the de jure Pennsylvania Republic. And that by said Notice of the Acceptance of your Constitution Contract and Oath of Office, I formally accepted your sworn obligation to support and protect our Guaranteed protections/rights as mandated within the Constitutions named herein/therein. Those who have not received said Contract of acceptance of your oath I now hereby declare that I give formal notice and accept your oath of office and that I also respectfully require that all named or un-named public servants perform your duties of said oath to, but not limited to, secure and protect our guaranteed protections under the Bill of Rights of life, liberty, happiness, private property, our labor, our given appellations, safety, peace and justice, and all other protections/rights antecedent thereto, to stay within the limits of your Constitutions and to seek the facts and truth at all times;

The Primary Fiduciary Duty and obligations of the named public servants, and named within the "Formal Notice of Complaint and Information with Affidavit of Probable Cause" is to uphold and protect the Constitutions for the United States of America, its Bill of Rights and Treaties made under their authority and the Constitution for the Pennsylvania republic and its Bill of Rights as the **Supreme Law of the Land**, thus protecting all private people from the government interfering in, but not limited to, the enjoyment of life liberty, private property, acquiring, possessing and the use of private property, that whenever anyone, including when government/public uses/takes our private property they must provide just compensation ( pay money for it in the amount I declare) for the use of our private property, which includes our names, however it is spelled, as it is one of our most valuable private properties, of pursuing and obtaining happiness and safety, of locomotion, intellect and labor these private people/citizens, for not acting against/upon us without our consent, with the right of petitioning the government for the redress of grievances;

This primary duty consists of protecting and giving aid to the Pennsylvania republic private people, in our private capacity, as the basis and foundation of government, and in this instance, Owen Britton, Troxelle, in me private capacity, on the land known as Pennsylvania, a republic, to protect me from the Commonwealth of Pennsylvania corporate government Administrative Codes or Statutes, from invading, seizure of, interfering with and taking of my security, safety, private property protections and freedoms secured and guaranteed by the supreme laws of the land known as the Constitutions for the United States of America and its Bill of Rights and Treaties made under their authority, and the Pennsylvania republic Constitution and its Bill of Rights;

1. This duty is paramount, whereas the Commonwealth of Pennsylvania government via its public servants are bound by the **Permanent Injunction of the Bill of Rights** to protect and secure the safety of all private people from government invasion, seizure, interfering, denying or taking of any substantive unalienable private property protections/rights secured, guaranteed and protected by the Bill of Rights within said Constitutions;

2. As factually evidenced herein and within the Formal Notice of Complaint and Information, instead of the named public servants protecting me from the Commonwealth of Pennsylvania Administrative Code, Statutes and Regulations, the Commonwealth of Pennsylvania public servants are forcing the enforcement of those Corporate Administrative Code, Statutes and Regulations unlawfully upon me, without my consent, demanding involuntary servitude, unlawfully and maliciously taking of my guaranteed protections/rights by threats, terrorizing me, and deceptive business practices, by making false statement, **falsifying public and court records**, creating and possessing false records, creating and presenting **through the United States mail counterfeit obligation/securities**, to name a few;

By the facts, it is evident that the public servants identified herein of the Commonwealth of Pennsylvania have and are continuously breaching their Oath of Office and have abandoned their Public Trust Fiduciary Duty by their conduct consisting of numerous criminal offenses of federal and State statutes, State and federal Bill of Rights and Constitutions and the terms and conditions of Treaties which is clearly evidenced by State public servants actions and performance of their public servant duties, ascribed herein and within the Formal Notice of Complaint and Information the Affidavit of Probable Cause, evidencing criminal acts, which amounts to nothing less that insurrection and rebellion against their oath and official duties all are criminal acts and amount to treason as well;

**Therefore,** I Owen Britton, Troxelle, a private citizen, hereby **invoke** the Constitutions for these United States of America and of Pennsylvania as a **permanent injunction** under the **Bill of Rights against** the named and un-named State, city or county elected officials, judicial officers, circuit court, BAR attorneys and public servants **in order to arrive at the proper ends of Justice;**

I find that Title18 U.S.C.A. § 4 Misprision of felony states in part that: it is a felony to conceal a felony committed by another and fail to notify the authorities or if having knowledge of a felony you conceal the same and do not make known as soon as possible to a Judicial Officer or other civil or military authority would then be guilty of the federal crime of misprision of a felony. See also Misprision of treason 18 U.S.C.A. § 2382, Harbor and Obstructing Justice; I have tried to reveal the crimes committed, in Chester County all it did was to invoke further ridiculous charges by the DA's office.

Attorney General Alberto Gonzales and Deputy Attorney General Paul J. McNulty and all assigns or future officers, let this be formal notice that Owen Britton, Troxelle, a member of the Pennsylvania republic, private citizenry has made known by the herein declared Formal Notice of Complaint and Information with Affidavit of Probable Cause, including all exhibits A – H, and has performed the duty of making known to a

Governmental Officers Judicial Officer of the civil and criminal acts of the public servants named within said Notice and Affidavit who are employed with the corporation known as the Commonwealth of Pennsylvania.

I find that Title 18 U.S.C. § 3 Accessory after the fact states in part that: one who knowing a felony to have been committed by another, receives, relieves comforts or assists the felon to enable him to escape from punishment or the like. In Criminal Law it states in part: one who, without being present at the commission of a felonious offense, become guilty of such offense as a participator by concealment either before or after the fact is a contributor to. See also Accessory before the fact and Accessory during the fact;

Attorney General Alberto Gonzales and Deputy Attorney General Paul J. McNulty and all assigns and successors, let this be Notice of Penalties that should you fail to honor your oath of office and further to perform your obligated duty to investigate the significant willful and intentional criminal business practices of the Commonwealth of Pennsylvania, its executive and judicial officers, employees, elected officials, Pennsylvania BAR attorneys and agents to determine all violations of the United States civil/criminal laws of which you have been given evidence and information of the multiple violations within the Formal Notice of Complaint and Information with Affidavit of Probable Cause in support, including all exhibits A – H, which included the actors/violators names, positions, violations etc. therein, which, to list a few, are, but not limited to, creating, acting upon, and entering into the public record "false records" in violation of U.S.C. Title 18, § 2071 and 2073 (falsifying records) and further; uttering and possessing false obligations and counterfeit security/ies based upon the falsified records in violation of U.S.C. Title 18, § 471, 472, 473 and 513, and further: using corrupt business practices to make, utter  and possess false instrument or records and claims of false obligations, making claims of debts not substantiated by truth or facts and un-validated claims of debt in violation of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et. seq. And Title 18 USC 1961 et seq. - The Federal Racketeering Influence and Corrupt Organization (RICO), the Corrupt Business Practices Act, the United States Code Title 18, § 231 et. Seq and further using the US Mail to present such fraud and false instruments amounting to Mail Fraud, criminal conduct falling under Title 18 USC 1341- Frauds and Swindles Laws, and further: mailing mail with known false and fictitious names, a criminal conduct falling under Title 18 USC 1342- Fictitious names, of which then you will have participated and become guilty of such offenses by aiding and abetting another, condoning or acting in collusion with, by concealment as **accessory before the fact, after the fact, or during the fact** of which it will be necessary for me to take action against you/them and prosecute, as required, for one, in Title 18 of the criminal code, by informing, for one, the Military Authorities of anyone who participates in such felonious acts, in order to ensure a proper investigation into the heinous continual crimes and Constitutional violations, breeches of oaths of office all perpetrated by the multitude of employees of the corporation known as the Commonwealth of Pennsylvania, Chester County, West Chester and that I hold each party/public servant/public official named herein and are held liable for correcting the crimes herein named, as well as to uphold and honor their sworn oaths of office to guarantee my protections declared in the Constitutions, Bill of Rights and Treaties;

Counterfeit is defined in part as: to forge, fabrication of false representation, falsely making an instrument;

Security is defined in part as: a document that indicates evidence of indebtedness;

Within said Complaint and Information I respectfully requested that you, Attorney General Alberto Gonzales or / and Deputy Attorney General Paul J. McNulty, successors and or assigns reply to me in writing within 20 business days from receipt of the Formal Notice of Complaint and Information, **which expired as of April 20, 2007.** I stated that if you did not respond to me as stipulated, then by your silence, you fully agree and acquiesce by tacit procuration that everything stated within the Notice of Complaint and Information and the Affidavit of Probable Cause is true, correct and fully binding upon the above named Commonwealth of Pennsylvania executive, judicial officers, elected officials, employees, Pennsylvania BAR attorneys and agents in a court of the United States wherein I formally accept your acquiese by tacit procuration that everything stated in the Formal Notice of Complaint and Information and the Affidavit of Probable Cause is true, correct and fully binding upon the above named Commonwealth of Pennsylvania executive, judicial officers, elected officials, employees, Pennsylvania BAR attorneys and agents in a court of the United States of which I declared I will be available as witnesses for you in your cause of action to **"ensure just and effective punishment of those who perpetrate financial crimes"**; As well as acknowledging the above mentioned and therefore are allowed a suit to be filed against your office as well as the United States

I really do not think you would wish to get this honorable office charged with such conspirators, and understanding the present turmoil going on in office I now respectfully **request that within 10 business days from the date of receipt of this delivery** confirmation that you Attorney General Alberto Gonzales and / or Deputy Attorney General Paul J. McNulty successors and assigns **recognize this filing** and honor your oaths and perform your duties by taking proper corrective actions, including to convene a Corporate Fraud Task Force, to remedy the mail fraud, securities fraud, counterfeit obligations/securities fraud, willfully falsifying the records, breech of duty and oaths, etc. and other civil/criminal acts committed, to ensure that the grave injustice being forced and threatened upon me is thoroughly investigated and all violators forfeit their office and prosecuted to the fullest extent of the law; **Once again a notice for extension of time will be automatically granted.**

I respectfully request that you inform me of the initiation of an appropriate task force or other appropriate actions you deem necessary in order to ensure that the proper ends of justice are served and to ensure the corporate State employees/officers are punished for their multitude of said criminal acts and that the continual criminal acts cease to never arise again against me;

Your failure to respond to this second Complaint and Information timely and upon the merits of this demand and inquiry will be prima facie evidence that the Commonwealth of Pennsylvania executive, judicial officers, elected officials, employees, Pennsylvania BAR attorneys and agents are harming the good reputation of the Commonwealth of Pennsylvania adversely effecting the peace, safety, dignity and

government of the State, and are engaged in an ongoing constructive fraud by Transgression upon our unalienable protections/rights causing us further injury, and depriving us of the free exercise of our unalienable protection/rights, in violation of the permanent injunctions against you and set forth in the Bill of Rights, which violations are subject to injunctive relief of which we will fully seek;

**Wherefore,** I further respectfully request for all available assistance and aid from the Attorney General of the Commonwealth of Pennsylvania, who has in the past been silent, Governor Rendell or their subordinates/co-officers, who in the past have remained silent, to perform their sworn duty to honor and uphold their oaths of office by protecting our guaranteed protected protections/rights by placing a permanent injunction against all violators named in said Complaint and Information to forever cease the long train of willful and intentional abuses of our public servants/city employees in order to **arrive at the proper ends of Justice,** to arrive at a prompt resolution so as to advert any embarrassment to the State Government and its agencies as all actors are **biased, acting with out impartiality, all with a financial interests as they all work for and are all paid by the same employer** and that we bring your attention to well settled case law to wit:

The due process inhibition on judges who are interested in proceedings applies to state officers as well, by the application of the Fourteenth Amendment. In re Murchison, 349 U.S. 133;

A fair trial in a fair tribunal is a basic requirement of **due process.** Fairness of course **requires an absence of actual bias.** 349 U.S. 133, 136 (1955);

In West Virginia State Board of Education v. Barnette, 319 U.S. 624(1943), 63 S.Ct. 1178 - The United States Government was set up by the **consent of the governed,** and the Bill of Rights **denies** those in power any legal opportunity to **coerce that consent.** [637] The Fourteenth Amendment as applied to the states protects the private citizen against the state itself and all of its creatures. [638] The very **purpose of a Bill of Rights** was to **withdraw certain subjects** from the vicissitudes of political controversy, to **place** them **beyond the reach of** majorities and **officials** and to **establish** them as **legal principles to be applied by the courts. One's right to life, liberty and property** ... and other fundamental rights may **not** be submitted to vote, and they depend on the outcome of **no** election. The Supreme Court said that if the State **cannot** take away any inalienable right, the **City** or County **cannot,** either;

"The claim and exercise of a constitutional right **cannot** be converted into a crime." Miller v. US, 230 F 2d 486, 489, (1956);

Mr. Lewis in his work on Eminent Domain, third edition, section 11, says: "A law which authorizes the taking of private property **without compensation,** ... **cannot be considered as due process of law in a free government.**";

Virginia's Attorney General Bob McDonnell, in part said, **"Our Founders believed that the protection of life, liberty and property was the first duty of government. ..."**;

"The petitioners stand in this litigation as the agents of the State, and they cannot assert their good faith as an excuse for delay in **implementing the respondents' constitutional rights, when vindication of those rights has been rendered difficult or impossible by the actions of other State officials.** Pp. 15-16." Cooper v. Aaron, 358 U.S. 1 (1958);

**Failure to prevent a deprivation of a constitutionally secured right is a Criminal Offense,** 18 U.S.C. 241, 242, etc....;

"Fraud vitiates the most solemn contracts, documents and even judgements." U.S. v. Throckmorton 98 U.S. 61

Evidence shows that all involved employees of the corporation known as the Commonwealth of Pennsylvania, are acting purposefully and maliciously with known false and falsified records, entering known false records into the public records and courts to slander our titles, steal our identity, deny our protection of just compensation for the taking of private property, deny substantive property protections/rights, deny the protection of the permanent injunction under the Bill of Rights against invasion and molestation by our public servants, to name a few, all to rush to judgment, deny substantive due process and perform an **"unfair hearing"** defined in Blacks 6th, page 1529 as "Where the **defect,** or the **practice complained of,** was such as might have led to a **denial of justice,** or where there was **absent one of the elements deemed essential to due process**...";

## Judicial Notice

I, Owen Britton, Troxelle, of the private citizenry, am **not** schooled in law and remind the Attorney General, Assistant and Deputy Attorney General and/or all touching this cause, to take notice that I am unschooled in law and notice the Attorney General of enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes these embodied information/notices in the herein referenced matter without waiver of any defenses;

Court errs if court dismisses these private people's Motion/s without instructions of how pleadings are deficient and how to repair pleadings, reference Platsky v. CIA 953 F.2d.25;

The judge has an explicit duty to advise these private people of the proper procedure for the action he or she is obviously attempting to accomplish, reference Breck v.Ulmer745P.2d66(1987);

An obligation on the part of the court to make reasonable allowances to protects these private peoples protections/rights from inadvertent forfeiture of important protections/rights because of their lack of legal training, reference <u>Traguth v. Zuck</u>, 710 F.2d90(2dCir.1983);

**Wherefore, I, Owen Britton, Troxelle, a member of the private people, request that both the Deputy as well as the Attorney General of the United States, or assigns / successors honor and will settle the case law above and extend to the private people the principles, instruction to repair any deficiency of the proper** procedure for the action/s I am obviously attempting to accomplish, to make reasonable allowances to protect from inadvertently forfeiting my Constitutionally protected protections/rights;

In closing, should you require additional information to effectuate the sanctions and/or charges against the named violators please contact me at the above non-domestic mailing location;

**Notice to agent is notice to principal, notice to principal is notice to agent**

In the truth, Owen Britton, Troxelle, is known as the Secured Party of record;

I declare under penalties of perjury of the Laws of the united states of America **(without the "United States")** Title 28 USC 1746 (1) the forgoing is true and correct, to the best of my knowledge, is made in good faith and is admitted when not rebutted so help us;

Respectfully Submitted,

In my private capacity,

All rights reserved

_____

Owen Britton, Troxelle
UCC 1-207, 1-308

Deliv

General of the United States
orney General for the United States
Assigns

W
1

CERTIFIED MAIL RECEIPT

Second Formal Notice of Complaint and Information, laws defining the Duties of
the Attorney General and Motion to <u>Establish a Corporate Fraud Task Force</u> to
Investigate State, county and Federal Employees for Significant Crimes;

Sir(s),

As per previous filing: Let it be understood by the Attorney General Alberto
Gonzales as well as Deputy Attorney General Paul J. McNulty and all Successors and
Assigns, that I willfully volunteer to be a witness for the Criminal Complaint
Investigation arising from the **Formal Notice of Complaint and Information** the
**Affidavit of Probable Cause** of Owen Britton, Troxelle, with Exhibits "A" through "H",
and 2 **Notices of Acceptance of Constitutions and Oath of Office** that these private
people mailed to you on March 18, 2007 by priority certified mail, delivery confirmation
# 7005 1820 0007 3331 4716, and 7005 1820 0007 3331 4723, which the United States
Post Office shows was delivered to you;

In Title 28 United States Code 509, Chapter 31 - The ATTORNEY GENERAL, Sec.
509.... Function of Attorney General we find... EXECUTIVE ORDER 13271.
ESTABLISHMENT OF THE CORPORATE FRAUD TASK FORCE, July 9, 2002,
where President George W. Bush orders in part that "... in order to strengthen the efforts
of the Department of Justice and Federal, **State**, and local agencies to **investigate and
prosecute significant <u>financial crimes</u>**, recover the proceeds of such crimes, and **ensure
just and effective punishment of those who perpetrate financial crimes...**Section 1.
The Attorney General shall immediately establish within the Department of Justice a
**Corporate Fraud Task Force** (Task Force). Without regard to any other provision of
this order, the Task Force **shall be subject to the authority of the Attorney General**
under applicable law...", and Section 2 goes on to state that the Deputy Attorney General
shall serve as chief and "... the **Deputy Attorney General** shall convene and direct the
work of the Task Force in fulfilling all its functions under this order... and **shall
thereafter convene the Task Force at such times as he deems appropriate...**" Section
3, states in part that **"...(a) provide direction for the investigation and prosecution of
cases of <u>securities fraud</u>,** accounting fraud, **mail** and wire **fraud, ... other related
financial crimes** committed by **commercial entities** (such as the corporation known
as West Chester a.k.a. Chester County) and **directors, officers, professional advisers,
and employees thereof** (hereinafter "financial crimes")... (b) provide recommendations

Deliv



General of the United States
orney General for the United States
Assigns

W
]

Second Formal Notice of Complaint and Information, laws defining the Duties of the Attorney General and Motion to <u>Establish a Corporate Fraud Task Force</u> to Investigate State, county and Federal Employees for Significant Crimes;

Sir(s),

As per previous filing: Let it be understood by the Attorney General Alberto Gonzales as well as Deputy Attorney General Paul J. McNulty and all Successors and Assigns, that I willfully volunteer to be a witness for the Criminal Complaint Investigation arising from the **Formal Notice of Complaint and Information** the **Affidavit of Probable Cause** of Owen Britton, Troxelle, with Exhibits "A" through "H", and 2 **Notices of Acceptance of Constitutions and Oath of Office** that these private people mailed to you on March 18, 2007 by priority certified mail, delivery confirmation # 7005 1820 0007 3331 4716, and 7005 1820 0007 3331 4723, which the United States Post Office shows was delivered to you;

In Title 28 United States Code 509, Chapter 31 - The ATTORNEY GENERAL, Sec. 509.... Function of Attorney General we find... EXECUTIVE ORDER 13271. ESTABLISHMENT OF THE CORPORATE FRAUD TASK FORCE, July 9, 2002, where President George W. Bush orders in part that "... in order to strengthen the efforts of the Department of Justice and Federal, **State**, and local agencies to **investigate and prosecute significant** <u>financial crimes</u>, recover the proceeds of such crimes, and **ensure just and effective punishment of those who perpetrate financial crimes...**Section 1. The Attorney General shall immediately establish within the Department of Justice a **Corporate Fraud Task Force** (Task Force). Without regard to any other provision of this order, the Task Force **shall be subject to the authority of the Attorney General** under applicable law...", and Section 2 goes on to state that the Deputy Attorney General shall serve as chief and "... the **Deputy Attorney General** shall convene and direct the work of the Task Force in fulfilling all its functions under this order... and **shall thereafter convene the Task Force at such times as he deems appropriate...**" Section 3, states in part that **"...(a) provide direction for the investigation and prosecution of cases of** <u>securities fraud</u>**, accounting fraud, mail** and wire **fraud, ... other related financial crimes committed by** <u>commercial entities</u> **(such as the corporation known as West Chester a.k.a. Chester County) and directors, officers, professional advisers, and employees thereof (hereinafter "financial crimes")...** (b) provide recommendations

April 23, 2007 A.D.                                                                                    Deliv

mailing location:
Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pennsylvania 19520-9999

To:    Alberto Gonzales, Attorney General of the United States
       Paul J. McNulty, Deputy Attorney General for the United States
       and All Future Successors or Assigns
       U.S. Department of Justice
       950 Pennsylvania Avenue NW
       Washington, D.C. 20530-0001

RE:    Second Formal Notice of Complaint and Information, laws defining the Duties of
       the Attorney General and Motion to <u>Establish a Corporate Fraud Task Force</u> to
       Investigate State, county and Federal Employees for Significant Crimes;

Sir(s),

       As per previous filing: Let it be understood by the Attorney General Alberto
Gonzales as well as Deputy Attorney General Paul J. McNulty and all Successors and
Assigns, that I willfully volunteer to be a witness for the Criminal Complaint
Investigation arising from the **Formal Notice of Complaint and Information** the
**Affidavit of Probable Cause** of Owen Britton, Troxelle, with Exhibits "A" through "H",
and 2 **Notices of Acceptance of Constitutions and Oath of Office** that these private
people mailed to you on March 18, 2007 by priority certified mail, delivery confirmation
# 7005 1820 0007 3331 4716, and 7005 1820 0007 3331 4723, which the United States
Post Office shows was delivered to you;

       In Title 28 United States Code 509, Chapter 31 - The ATTORNEY GENERAL, Sec.
509.... Function of Attorney General we find... EXECUTIVE ORDER 13271.
ESTABLISHMENT OF THE CORPORATE FRAUD TASK FORCE, July 9, 2002,
where President George W. Bush orders in part that "... in order to strengthen the efforts
of the Department of Justice and Federal, **State**, and local agencies to **investigate and
prosecute significant** <u>financial crimes</u>, recover the proceeds of such crimes, and **ensure
just and effective punishment of those who perpetrate financial crimes...**Section 1.
The Attorney General shall immediately establish within the Department of Justice a
**Corporate Fraud Task Force** (Task Force). Without regard to any other provision of
this order, the Task Force **shall be subject to the authority of the Attorney General**
under applicable law...", and Section 2 goes on to state that the Deputy Attorney General
shall serve as chief and "... the **Deputy Attorney General** shall convene and direct the
work of the Task Force in fulfilling all its functions under this order... and **shall
thereafter convene the Task Force at such times as he deems appropriate...**" Section
3. states in part that **"...(a) provide direction for the investigation and prosecution of
cases of** <u>securities fraud</u>**, accounting fraud, mail and wire fraud, ... other related
financial crimes committed by** <u>commercial entities</u> **(such as the corporation known
as West Chester a.k.a. Chester County) and directors, officers, professional advisers,
and employees thereof** (hereinafter "financial crimes")... (b) provide recommendations

to the Attorney General for allocation and reallocation of resources of the Department of Justice **for investigation and prosecution of significant financial crimes, recovery of proceeds from such crimes to the extent permitted by law,..."** in which We find the functions of the Attorney General are clearly stated to investigate corporate fraud and to create a corporate fraud task force upon an information including evidence and an affidavit of probable cause I hereby notice the Attorney General Alberto Gonzales and Deputy Attorney General Paul J. McNulty and or the assigns Successors to perform their duties;

Notice was given to Alberto Gonzales, Attorney General of the United States, delivered by United States mail delivery confirmation of which fully require that all honor their oath of office to defend and support the Constitution for the de jure united States of America (if you still are loyal to that entity) and the Constitution for the de jure Pennsylvania Republic. And that by said Notice of the Acceptance of your Constitution Contract and Oath of Office, I formally accepted your sworn obligation to support and protect our Guaranteed protections/rights as mandated within the Constitutions named herein/therein. Those who have not received said Contract of acceptance of your oath I now hereby declare that I give formal notice and accept your oath of office and that I also respectfully require that all named or un-named public servants perform your duties of said oath to, but not limited to, secure and protect our guaranteed protections under the Bill of Rights of life, liberty, happiness, private property, our labor, our given appellations, safety, peace and justice, and all other protections/rights antecedent thereto, to stay within the limits of your Constitutions and to seek the facts and truth at all times;

The Primary Fiduciary Duty and obligations of the named public servants, and named within the "Formal Notice of Complaint and Information with Affidavit of Probable Cause" is to uphold and protect the Constitutions for the United States of America, its Bill of Rights and Treaties made under their authority and the Constitution for the Pennsylvania republic and its Bill of Rights as the **Supreme Law of the Land**, thus protecting all private people from the government interfering in, but not limited to, the enjoyment of life liberty, private property, acquiring, possessing and the use of private property, that whenever anyone, including when government/public uses/takes our private property they must provide just compensation ( pay money for it in the amount I declare) for the use of our private property, which includes our names, however it is spelled, as it is one of our most valuable private properties, of pursuing and obtaining happiness and safety, of locomotion, intellect and labor these private people/citizens, for not acting against/upon us without our consent, with the right of petitioning the government for the redress of grievances;

This primary duty consists of protecting and giving aid to the Pennsylvania republic private people, in our private capacity, as the basis and foundation of government, and in this instance, Owen Britton, Troxelle, in me private capacity, on the land known as Pennsylvania, a republic, to protect me from the Commonwealth of Pennsylvania corporate government Administrative Codes or Statutes, from invading, seizure of, interfering with and taking of my security, safety, private property protections and freedoms secured and guaranteed by the supreme laws of the land known as the Constitutions for the United States of America and its Bill of Rights and Treaties made under their authority, and the Pennsylvania republic Constitution and its Bill of Rights;

1   This duty is paramount, whereas the Commonwealth of Pennsylvania government via its public servants are bound by the **Permanent Injunction of the Bill of Rights** to protect and secure the safety of all private people from government invasion, seizure, interfering, denying or taking of any substantive unalienable private property protections/rights secured, guaranteed and protected by the Bill of Rights within said Constitutions;

2   As factually evidenced herein and within the Formal Notice of Complaint and Information, instead of the named public servants protecting me from the Commonwealth of Pennsylvania Administrative Code, Statutes and Regulations, the Commonwealth of Pennsylvania public servants are forcing the enforcement of those Corporate Administrative Code, Statutes and Regulations unlawfully upon me, without my consent, demanding involuntary servitude, unlawfully and maliciously taking of my guaranteed protections/rights by threats, terrorizing me, and deceptive business practices, by making false statement, **falsifying public and court records**, creating and possessing false records, creating and presenting **through the United States mail counterfeit obligation/securiti**es, to name a few;

By the facts, it is evident that the public servants identified herein of the Commonwealth of Pennsylvania have and are continuously breaching their Oath of Office and have abandoned their Public Trust Fiduciary Duty by their conduct consisting of numerous criminal offenses of federal and State statutes, State and federal Bill of Rights and Constitutions and the terms and conditions of Treaties which is clearly evidenced by State public servants actions and performance of their public servant duties, ascribed herein and within the Formal Notice of Complaint and Information the Affidavit of Probable Cause, evidencing criminal acts, which amounts to nothing less that insurrection and rebellion against their oath and official duties all are criminal acts and amount to treason as well;

**Therefore,** I Owen Britton, Troxelle, a private citizen, hereby **invoke** the Constitutions for these United States of America and of Pennsylvania as a **permanent injunction** under the **Bill of Rights against** the named and un-named State, city or county elected officials, judicial officers, circuit court, BAR attorneys and public servants **in order to arrive at the proper ends of Justice;**

I find that Title18 U.S.C.A. § 4 Misprision of felony states in part that: it is a felony to conceal a felony committed by another and fail to notify the authorities or if having knowledge of a felony you conceal the same and do not make known as soon as possible to a Judicial Officer or other civil or military authority would then be guilty of the federal crime of misprision of a felony. See also Misprision of treason 18 U.S.C.A. § 2382, Harbor and Obstructing Justice; I have tried to reveal the crimes committed, in Chester County all it did was to invoke further ridiculous charges by the DA's office.

Attorney General Alberto Gonzales and Deputy Attorney General Paul J. McNulty and all assigns or future officers, let this be formal notice that Owen Britton, Troxelle, a member of the Pennsylvania republic, private citizenry has made known by the herein declared Formal Notice of Complaint and Information with Affidavit of Probable Cause, including all exhibits A – H, and has performed the duty of making known to a

Governmental Officers Judicial Officer of the civil and criminal acts of the public servants named within said Notice and Affidavit who are employed with the corporation known as the Commonwealth of Pennsylvania

I find that Title 18 U.S.C. § 3 Accessory after the fact states in part that one who knowing a felony to have been committed by another, receives, relieves comforts or assists the felon to enable him to escape from punishment or the like. In Criminal Law it states in part: one who, without being present at the commission of a felonious offense, become guilty of such offense as a participator by concealment either before or after the fact is a contributor to. See also Accessory before the fact and Accessory during the fact;

Attorney General Alberto Gonzales and Deputy Attorney General Paul J. McNulty and all assigns and successors, let this be Notice of Penalties that should you fail to honor your oath of office and further to perform your obligated duty to investigate the significant willful and intentional criminal business practices of the Commonwealth of Pennsylvania, its executive and judicial officers, employees, elected officials, Pennsylvania BAR attorneys and agents to determine all violations of the United States civil/criminal laws of which you have been given evidence and information of the multiple violations within the Formal Notice of Complaint and Information with Affidavit of Probable Cause in support, including all exhibits A – H, which included the actors/violators names, positions, violations etc. therein, which, to list a few, are, but not limited to, creating, acting upon, and entering into the public record "false records" in violation of U.S.C. Title 18, § 2071 and 2073 (falsifying records) and further; uttering and possessing false obligations and counterfeit security/ies based upon the falsified records in violation of U.S.C. Title 18, § 471, 472, 473 and 513, and further: using corrupt business practices to make, utter and possess false instrument or records and claims of false obligations, making claims of debts not substantiated by truth or facts and un-validated claims of debt in violation of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et. seq. And Title 18 USC 1961 et seq. - The Federal Racketeering Influence and Corrupt Organization (RICO), the Corrupt Business Practices Act, the United States Code Title 18, § 231 et. Seq and further using the US Mail to present such fraud and false instruments amounting to Mail Fraud, criminal conduct falling under Title 18 USC 1341- Frauds and Swindles Laws, and further: mailing mail with known false and fictitious names, a criminal conduct falling under Title 18 USC 1342- Fictitious names, of which then you will have participated and become guilty of such offenses by aiding and abetting another, condoning or acting in collusion with, by concealment as **accessory before the fact, after the fact, or during the fact** of which it will be necessary for me to take action against you/them and prosecute, as required, for one, in Title 18 of the criminal code, by informing, for one, the Military Authorities of anyone who participates in such felonious acts, in order to ensure a proper investigation into the heinous continual crimes and Constitutional violations, breeches of oaths of office all perpetrated by the multitude of employees of the corporation known as the Commonwealth of Pennsylvania, Chester County, West Chester and that I hold each party/public servant/public official named herein and are held liable for correcting the crimes herein named, as well as to uphold and honor their sworn oaths of office to guarantee my protections declared in the Constitutions, Bill of Rights and Treaties;

Counterfeit is defined in part as to forge, fabrication of false representation, falsely making an instrument.

Security is defined in part as a document that indicates evidence of indebtedness,

Within said Complaint and Information I respectfully requested that you, Attorney General Alberto Gonzales or / and Deputy Attorney General Paul J. McNulty, successors and or assigns reply to me in writing within 20 business days from receipt of the Formal Notice of Complaint and Information, **which expired as of April 20, 2007.** I stated that if you did not respond to me as stipulated, then by your silence, you fully agree and acquiesce by tacit procuration that everything stated within the Notice of Complaint and Information and the Affidavit of Probable Cause is true, correct and fully binding upon the above named Commonwealth of Pennsylvania executive, judicial officers, elected officials, employees, Pennsylvania BAR attorneys and agents in a court of the United States wherein I formally accept your acquiesce by tacit procuration that everything stated in the Formal Notice of Complaint and Information and the Affidavit of Probable Cause is true, correct and fully binding upon the above named Commonwealth of Pennsylvania executive, judicial officers, elected officials, employees, Pennsylvania BAR attorneys and agents in a court of the United States of which I declared I will be available as witnesses for you in your cause of action to **"ensure just and effective punishment of those who perpetrate financial crimes"**; As well as acknowledging the above mentioned and therefore are allowed a suit to be filed against your office as well as the United States

I really do not think you would wish to get this honorable office charged with such conspirators, and understanding the present turmoil going on in office I now respectfully **request that within 10 business days from the date of receipt of this delivery** confirmation that you Attorney General Alberto Gonzales and / or Deputy Attorney General Paul J. McNulty successors and assigns **recognize this filing** and honor your oaths and perform your duties by taking proper corrective actions, including to convene a Corporate Fraud Task Force, to remedy the mail fraud, securities fraud, counterfeit obligations/securities fraud, willfully falsifying the records, breech of duty and oaths, etc. and other civil/criminal acts committed, to ensure that the grave injustice being forced and threatened upon me is thoroughly investigated and all violators forfeit their office and prosecuted to the fullest extent of the law; **Once again a notice for extension of time will be automatically granted.**

I respectfully request that you inform me of the initiation of an appropriate task force or other appropriate actions you deem necessary in order to ensure that the proper ends of justice are served and to ensure the corporate State employees/officers are punished for their multitude of said criminal acts and that the continual criminal acts cease to never arise again against me;

Your failure to respond to this second Complaint and Information timely and upon the merits of this demand and inquiry will be prima facie evidence that the Commonwealth of Pennsylvania executive, judicial officers, elected officials, employees, Pennsylvania BAR attorneys and agents are harming the good reputation of the Commonwealth of Pennsylvania adversely effecting the peace, safety, dignity and

government of the State, and are engaged in an ongoing constructive fraud by Transgression upon our unalienable protections/rights causing us further injury, and depriving us of the free exercise of our unalienable protection/rights, in violation of the permanent injunctions against you and set forth in the Bill of Rights, which violations are subject to injunctive relief of which we will fully seek,

**Wherefore,** I further respectfully request for all available assistance and aid from the Attorney General of the Commonwealth of Pennsylvania, who has in the past been silent, Governor Rendell or their subordinates/co-officers, who in the past have remained silent, to perform their sworn duty to honor and uphold their oaths of office by protecting our guaranteed protected protections/rights by placing a permanent injunction against all violators named in said Complaint and Information to forever cease the long train of willful and intentional abuses of our public servants/city employees in order to **arrive at the proper ends of Justice,** to arrive at a prompt resolution so as to advert any embarrassment to the State Government and its agencies as all actors are **biased, acting with out impartiality, all with a financial interests as they all work for and are all paid by the same employer** and that we bring your attention to well settled case law to wit:

The due process inhibition on judges who are interested in proceedings applies to state officers as well, by the application of the Fourteenth Amendment. In re Murchison, 349 U.S. 133;

A fair trial in a fair tribunal is a basic requirement of **due process.** Fairness of course **requires an absence of actual bias**. 349 U.S. 133, 136 (1955);

In West Virginia State Board of Education v. Barnette, 319 U.S. 624(1943), 63 S.Ct. 1178 - The United States Government was set up by the **consent of the governed,** and the Bill of Rights **denies** those in power any legal opportunity to **coerce that consent.** [637] The Fourteenth Amendment as applied to the states protects the private citizen against the state itself and all of its creatures. [638] The very **purpose of a Bill of Rights** was to **withdraw certain subjects** from the vicissitudes of political controversy, to **place** them **beyond the reach of** majorities and officials and to **establish** them as **legal principles to be applied by the courts. One's right to life, liberty and property** ... and other fundamental rights may **not** be submitted to vote, and they depend on the outcome of **no** election. The Supreme Court said that if the State **cannot** take away any inalienable right, the City or County **cannot,** either;

"The claim and exercise of a constitutional right **cannot** be converted into a crime." Miller v. US, 230 F 2d 486, 489, (1956);

Mr. Lewis in his work on Eminent Domain, third edition, section 11, says: "A law which authorizes the taking of private property **without compensation,** ... **cannot be considered as due process of law in a free government**.";

Virginia's Attorney General Bob McDonnell. in part said, "**Our Founders believed that the protection of life, liberty and property was the first duty of government. ...**";

"The petitioners stand in this litigation as the agents of the State, and they cannot assert their good faith as an excuse for delay in **implementing the respondents' constitutional rights, when vindication of those rights has been rendered difficult or impossible by the actions of other State officials.** Pp 15-16." Cooper v. Aaron, 358 U.S. 1 (1958),

**Failure to prevent a deprivation of a constitutionally secured right is a Criminal Offense**, 18 U.S.C. 241, 242, etc. ..;

"Fraud vitiates the most solemn contracts, documents and even judgements." U.S. v. Throckmorton 98 U.S. 61

Evidence shows that all involved employees of the corporation known as the Commonwealth of Pennsylvania, are acting purposefully and maliciously with known false and falsified records, entering known false records into the public records and courts to slander our titles, steal our identity, deny our protection of just compensation for the taking of private property, deny substantive property protections/rights, deny the protection of the permanent injunction under the Bill of Rights against invasion and molestation by our public servants, to name a few, all to rush to judgment, deny substantive due process and perform an "**unfair hearing**" defined in Blacks 6th, page 1529 as "Where the **defect, or the practice complained of**, was such as might have led to a **denial of justice**, or where there was **absent one of the elements deemed essential to due process** ...",

## Judicial Notice

I, Owen Britton, Troxelle, of the private citizenry, am **not** schooled in law and remind the Attorney General, Assistant and Deputy Attorney General and/or all touching this cause, to take notice that I am unschooled in law and notice the Attorney General of enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes these embodied information/notices in the herein referenced matter without waiver of any defenses;

Court errs if court dismisses these private people's Motion/s without instructions of how pleadings are deficient and how to repair pleadings, reference Platsky v. CIA 953 F.2d.25;

The judge has an explicit duty to advise these private people of the proper procedure for the action he or she is obviously attempting to accomplish, reference Breck v.Ulmer745P.2d66(1987),

An obligation on the part of the court to make reasonable allowances to protects these private peoples protections/rights from inadvertent forfeiture of important protections/rights because of their lack of legal training, reference Traguth v Zuck, 710 F.2d90(2dCir 1983).

**Wherefore, I, Owen Britton, Troxelle, a member of the private people, request that both the Deputy as well as the Attorney General of the United States, or assigns / successors honor and will settle the case law above and extend to the private people the principles, instruction to repair any deficiency of the proper procedure** for the action/s I am obviously attempting to accomplish, to make reasonable allowances to protect from inadvertently forfeiting my Constitutionally protected protections/rights;

In closing, should you require additional information to effectuate the sanctions and/or charges against the named violators please contact me at the above non-domestic mailing location;

**Notice to agent is notice to principal, notice to principal is notice to agent**

In the truth, Owen Britton, Troxelle, is known as the Secured Party of record,

I declare under penalties of perjury of the Laws of the united states of America **(without the "United States")** Title 28 USC 1746 (1) the forgoing is true and correct, to the best of my knowledge, is made in good faith and is admitted when not rebutted so help us;

Respectfully Submitted,

In my private capacity,

All rights reserved

Owen Britton, Troxelle
UCC 1-207, 1-308

U.S. Attorney General / Department of Treasury,
**U.S. Dept. of Commerce, U.S. Department of Transportation**:

In the past, several offices have been contacted in relation to the accounts with their companies entities etc..

As per the attached Final Affidavit of Commercial Notice I do hereby terminate any assumed liability of myself towards any accounts named or unnaned, known or unknown, registered with your office and demand that my private property be returned.

Main notices were sent to: Social Security Departments, Pennsylvania Department of Motor Vehicles, U.S. Dept. of Transportation, U.S. Dept. of Commerce, Selective Services, Naturalization and Immigration, Pa. Governor, Pa. Dept of Revenue, Departments of Vital Statistics, Berks County Revenue, Post Office, Office of Elections, Governor of Pennsylvania, Pennsylvania Attorney General,

No refusals were received. On this fact I hereby restate and fully Revoke, ab initio, all "signatures" of any form or shape as well as any assumed or granted powers of attorney.

July 18, 2007

U.S. Department of Justice Criminal Division
Correspondence Management Staff Office of Administration;

I received your reponse dated July 12, 2007.

I am not sure how to proceed. Your office has responded outside of the time limits given under Title 50 Appendix 9 & 10 and this complaint has already been forwarded to the Secretary of Treasury and the President of the United States as instructed . The Attorney General's response was due on the 11th of May.

Unfortunately your office has failed to include an investigation or case number or any particular officer's name or any other form of reference for further contact. I need to file further papers into this complaint.

As stated, I do not wish to sue anyone but wish this to be settled as amicably as possible

Unfortunately, after the past ten years of being run around in circles, by many government branches who have used like responses, my time, as well as patience, is wearing thin and I refuse to pay for anymore damages caused by false records.

I will wait 30 days for a definate response from your department. If I do not hear from you I will assume that your departments purpose for giving me a generic form with no officer named and no case or invesigation number is much on the same lines as to give me a run around.

I will then continue to file this case myself.

Thank you,
Owen Britton, Troxelle

## DEFAULT NOTICE OF FAILURE TO REPLY

To the Office of the U.S. Attorney General (Alien Property Custodian), as well as all related branches and Assigns:

   Whereas pertaining to the initial contact with the Office of the U.S. Attorney General as Alien Property Custodian March 2, 2007. Later forwarded to the U.S. Department of Justice. I have not to this date received a response from any department pertaining to the return of my private property believed in the custody of the United State by or through the office of The Alien Property Custodian.
   You are now being given this final notice pertaining to these matters.

1. Whereas the Constitution(s) only authorize government(s) to exist in order to protect people's private lives, private liberty, and private property "free from infringement" by government, other people / entities, and

2. Whereas the Constitutions reveal that such "authorization" is only existent "with the consent of the governed", (see Declaration of Independence),

**Therefore,**
3. I, a living, actual, free, non resident, disenfranchised, natural, private  man,  Owen Britton, Troxelle, hereby serve NOTICE (Administrative and Mandatory Judicial) that I do  Not, did not nor do I have any intention to  consent to government contract or/and presumption of government contract; and

4. Further, I do Not consent, nor ever did consent,  I have no intention to consent or agree to any jurisdiction or presumption of any authority or jurisdiction based upon any contract or presumption of such contract, and

5. I never intended and Do Not Ever Intend to contract or grant authority or jurisdiction over any of my private property, private life, and/or private liberty to any corporate  FICTION, Government or men/agents thereof, and

6. Any presumption to the contrary is/was a "Mistake" (per government's UCC 1-103 "Supplementary General Principles of Law"), and

7.  Further, as all contracts, in order to be valid, require "acceptance" of the offer and "fair" or "just" compensation, and, as I have never received any such "just compensation" (per Constitution Fifth Amendment),

**I Therefore make this DECLARATION (of Independence)**
8. I declare that any and all contracts/applications, actual or presumed, with any and all corporate government office, agency, or other, are null and void from inception/origin (ab initio) due to no intent/consent/acceptance on my part and no "just compensation", and

9. I declare this includes, but is not limited to:  Birth Certificate, Driver/Operator License, Automobile/Vehicle Registration, Land property Registration, any and all other private property (registered or unregistered), Marriage License, live baby child (and/or) Birth Certificate, Social Security Number/I.R.S. Taxpayer I.D., and application of any of the above to declarant's/my individual private singular actual physical body, the labor from, of, or by my/declarant's private physical actual body, and I

**Therefore, I hereby  DEMAND**

10. That the above-named government office/agency to TERMINATE, immediately, any and all applications and contract(s), actual or presumed, and that any and all office/agency Records, whether paper and/or electronic, immediately reflect this fact, and regarding said government office/agency and its chief agent(s), and

11. That , such offices and agencies, immediately serve NOTICE to all their underlings/subordinates and/or superiors that all/any such contracts/applications have been TERMINATED and that all government records, paper and electronic, accurately reflect same, and

12. That said government offices/agencies immediately provide to me "Written NOTICE" that it/they have complied with this ADMINISTRATIVE NOTICE and  MANDATORY JUDICIAL NOTICE, or

13.  In the alternative, immediately sign and return to me, with payment "compensation of value" (no I.O.U. notes), see  invoice.

**NOTE: You are being given an extra 30 days, from date of delivery,  to contact me in efforts to settle this issue. If no response is received I will have no other choice then to pursue a lawsuit under 50 USC Appendix 9 & 10 guidelines).**

### THIS IS YOUR FINAL NOTICE

Dated October _____, in the year of our Lord 2007.

declarant; non-domestic
   without U.S., per 28 USC, §1746 (1)

autograph, _____

Owen Britton, Troxelle
non-domestic mail
location, care of P.O. Box 458
Elverson, 19520-9999

**Notice of Claims as is required under 50 USC Appendix 9**

INVOICE ACCOUNTING

**CLAIM FOR RELIEF:** U.S. Attorney General / Secretary of Treasury

**All private property be returned**

**All records be corrected to reflect such as well as Plaintiff's proper status as non resident, nuetral.**

**Commercial Value for** Intrusion on Secured Property rights posted with Secretary of State (of Pa.). Posted value, agents of PA acting without license, $500,000 per violation. Per EXHIBIT B filing number 2005061600057 posted continuing as 31601676. Also for the use of private property used without permission including, but not limited to, use of name for publicity and profit.

  **Damages** are now in excess of $1,500,000 for false registration pertaining to the three main instruments.

============================================================================

**Proof of Service**

I, Owen Britton, Troxelle, certify that I am over the age of twenty-one years and I did in fact serve the parties by USPS Delivery Confirmation a copy of the attached Default Notice:

**1. United States Attorney General Alien Property Custodian** Alberto Gonzales, Attorney General and All Future Successors or Assigns 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001
Attorney General and All Future Successors or Assigns.
**Defendant** (Official capacity) in suit for property improperly registered in your department and for liability of agents under your authority

**2. NOTICE    U.S. Department of Justice**- Criminal Division Washington, D.C. 20530-0001 in representative capacity for U.S. Attorney General

**3. Paul J. McNulty Deputy Attorney General** of the United States and All Future Successors or Assigns 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001 Attorney General and All Future Successors or Assigns.
**Co-Defendant** (Official capacity) in suit for property improperly registered in your department and for liability of agents under your authority

**4. United States Department of Treasury** 1500 Pennsylvania Ave, NW Wash., D.C. 20220 Attorney General and All Future Successors or Assigns.

### 60 DAY DEFAULT NOTICE OF FAILURE TO REPLY

In notice to branches in or related to the U.S. Government. The Commonwealth of Pennsylvania or any of their subsidiaries: You are now being given this **60 day** (**or more**) notice pertaining to these matters.

As per notice sent to the Office of the U.S. Attorney General (Alien Property Custodian), as well as all related branches and Assigns:

Whereas pertaining to the initial contact with the agents of the U.S. and the Commonwealth of Pennsylvania as delivered to the Office of the U.S. Attorney General as Alien Property Custodian March 2, 2007. Later forwarded to the U.S. Department of Justice.

I have not to this date received a response from any department pertaining to the return of my private property believed in the custody of the United State by or through the office of The Alien Property Custodian dealt, collected or credited to, by, or through alternate Federal or State Depts. Entities herein named.

**Be Aware:**
1. Whereas the Constitution(s) only authorize government(s) and their agencies to exist in order to protect people's private lives, private liberty, and private property "free from infringement" by government, other people / entities, and

2. Whereas the Constitutions reveal that such "authorization" is only existent "with the consent of the governed", (see Declaration of Independence).

**Therefore,**
3. I, a living, actual, free, non resident, disenfranchised, natural, private man, Owen Britton, Troxelle, hereby serve NOTICE (Administrative and Mandatory Judicial) that I do Not, did not nor do I have any intention to consent to government contract or/and presumption of government contract; and

4. Further, I do Not consent, nor ever did consent, I have no intention to consent or agree to any jurisdiction or presumption of any authority or jurisdiction based upon any contract or presumption of such contract, and

5. I never intended and Do Not Ever Intend to contract or grant authority or jurisdiction over any of my private property, private life, and/or private liberty to any corporate FICTION, Government or men/agents thereof, and

6. Any presumption to the contrary is/was a "Mistake" (per government's UCC 1-103 "Supplementary General Principles of Law"), and

7. Further, as all contracts, in order to be valid, require "acceptance" of the offer and "fair" or "just" compensation, and, as I have never received any such "just compensation" (per Constitution Fifth Amendment).

**I Therefore make this DECLARATION (of Independence)**
8. I declare that any and all contracts/applications, actual or presumed, with any and all corporate government office, agency, or other, are null and void from inception/origin (ab initio) due to no intent/consent/acceptance on my part and no "just compensation", and

9. I declare this includes, but is not limited to: Birth Certificate, Driver/Operator License, Automobile/Vehicle Registration, Land property Registration, any and all other private property (registered or unregistered), Marriage License, live baby child (and/or) Birth Certificate, Social Security Number/I.R.S. Taxpayer I.D., and application of any of the above to declarant's/my individual private singular actual physical body, the labor from, of, or by my/declarant's private physical actual body, and I **Therefore, I hereby DEMAND**

10. That the named government offices/agencies TERMINATE, immediately, any and all applications and contract(s) and personal liability, actual or presumed, and that any and all office/agency Records, whether paper and/or electronic, immediately reflect this fact, and regarding said government office/agency and its chief agent(s), and

11. That , such offices and agencies, immediately serve NOTICE to all their underlings/subordinates and/or superiors that all/any such contracts/applications have been TERMINATED and that all government records, paper and electronic, accurately reflect same, and

12. That said government offices/agencies immediately provide to me "Written NOTICE" that it/they have complied with this ADMINISTRATIVE NOTICE and MANDATORY JUDICIAL NOTICE, or

13. In the alternative, immediately sign and return to me, with payment "compensation of value" (no I.O.U. notes), see invoice.

**NOTE: You are being given an extra 30 days, from date of delivery, to contact me in efforts to settle these issue. If no response is received I will have no other choice then to pursue a lawsuit under 50 USC Appendix 9 & 10 guidelines).**
   **BE AWARE that ALL Correspondence is to be in written form and mailed to the _exact_ location as posted below.**

   **THIS IS YOUR FINAL 60-day NOTICE**

Dated January _30_, in the year of our Lord 2008.

autograph,  _al Che ___ ___

Owen Britton, Troxelle
non-domestic mail
c/o P.O. Box 458
Elverson, 19520-9999

**Notice of Claims as required under  50 USC Appendix 9**

INVOICE ACCOUNTING

<u>1.   FIRST CLAIM FOR RELIEF:</u>  U.S. Attorney General / Secretary of Treasury

I hereby demand that : All private property be returned. All records be corrected to reflect such as well as Plaintiff's proper status as non-resident, neutral.

   <u>The Commercial Value for</u>  Intrusion on Secured Property rights posted with Secretary

of State (of Pa.). Posted value, agents of PA and U.S. for acting without license, $500,000

per violation. Per EXHIBIT B filing number  2005061600057 posted continuing as 31601676.

Also for the use of private property used without permission including, but not limited to, use

of name for publicity and profit.

   **Damages** are now in excess of  **$1,500,000** for false registration pertaining to the three main

instruments indicated below.

<u>2.   SECOND CLAIM FOR RELIEF:</u>  **Social Security Department, Pennsylvania Department of Motor Vehicles, Dept of Vital Statistics**

I hereby demand that: All private property be returned. All records be corrected to reflect

such as well as Plaintiff's proper status as non-resident, neutral.

   <u>The Commercial Value for</u>  Intrusion on Secured Property rights posted with Secretary

of State (of Pa.). Posted value, agents of PA and U.S. acting without license, $500,000 per

violation. Per EXHIBIT B filing number  2005061600057 posted continuing as 31601676. Also

for the use of private property used without permission including, but not limited to, use of

name for publicity and profit as well as mortgaging.

   **Damages**

   A.   <u>Pa Department of Vital Statistics</u> keeping of improper records to defraud

       at least 1 count **$500,000 + 18% interest compounded per annum since Nov. 6, 2001**

       **Totaling at least: $1,349,777**

   B.   <u>Social Security Department</u> keeping of improper records to defraud at least

           1 count **$500,000 + 18% interest compounded per annum since July 12, 2001**

           **Totaling at least: $1,349,777**

   C.  <u>Pa Department of Motor Vehicles / Drivers License Department</u>

For keeping of improper records to defraud application and use of false records

on the Plaintiff at least 3 counts    = **$1,500,000  + 18% interest compounded**

**per annum since Oct. 31, 2001**

**Totaling at least: $6,176,945**

-------------------------------------------------------------------------------------------------------

**GRAND TOTAL: $9,376,499**

====================================================================

**Proof of Service**


**1. PA Social Security Dept.** 201 Penn St. Suite 200 Reading, Pa. 19601 (formerly Wyomissing)
**Defendant** (Official capacity) in suit for improper registration and failure to correct / cancel records and return personal property and interest also for distribution of falsified information.

**2. U.S. Central Social Security Dept.** SSA Commissioner 6401 Security Blvd. Baltimore, Md. 21235
**Defendant** (Official capacity) in suit for improper registration and failure to correct / cancel records and return personal property and interest also for distribution of falsified information.

**3. Governor of Pennsylvania** 308 Main Capitol Bldg., Harrisburg, Pa. 17120
**Co Defendant** (Official Capacity - for Commonwealth) in suit for improper registration and failure to correct / cancel records and return personal property and interest also for distribution of falsified information.

**4. Pennsylvania Attorney General** Thomas Corbett 16th Floor, Strawberry Square Harrisburg, Pa. 17120,
**Co Defendant** (Official Capacity for Commonwealth) in suit for property improperly registered in your department and for liability of agents under your authority

**5. Pa. Deputy Attorney General's Office (2)** (Official Capacity for Commonwealth) Eastern Regional Office Lawrence Barth 21 South 12th Street, 3rd Floor Phila. Pa. 19107
**Co Defendant** (Official Capacity) in suit for property improperly registered in your department and for liability of agents under your authority

**6. PA Departments of Vital Statistics** P.O. Box 90  - Health and Welfare Harrisburg, Pa. 17108
**Defendant** (Official Capacity) in suit for improper registration and failure to correct / cancel records and return personal property and interest also for distribution of falsified information.

**7. PA Departments of Vital Statistics (2)** 101 S. Mercer, P.O. Box 1528 Newcastle, Pa. 76104
**Defendant** (Official Capacity) in suit for improper registration and failure to correct / cancel records and return personal property and interest also for distribution of falsified information.

**8. PA Dept of Motor Vehicles - Individual Licensing Department** P.O. Box 68611 Harrisburg, Pa. 17106-8611
**Defendant** (Official Capacity) in suit for improper registration and failure to correct / cancel records and return personal property and interest also for distribution of falsified information.

**9. PA Department of General Services** Bureau of Risk and Insurance Management
**General Notice of pending suit** Room G-10  221 Forster St., P.O. Box 1365 Harrisburg, Pa.
17105 Management

## VERIFICATION

I, Owen Britton, Troxelle, certify that I am over the age of twenty-one years and I did in fact serve

the named parties by USPS  Delivery Confirmation.

I hereby affirm all facts stated in this document are true and accurate to the best of my own

knowledge, belief and ability under penalty of Perjury per 28 USC 1746(1).

On the _____ day of the _____ month in the year of our Lord

Two-Thousand and Eight A.D.

All rights reserved,

<u>DEFAULT NOTICE OF FAILURE TO REPLY</u>

# FINAL NOTICE

1.  **United States Attorney General U.S. Alien Property Custodian**
    **Defendant** as primary Alberto Gonzales, Attorney General and All Future Successors or
    Assigns 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001

2.  **Paul J. McNulty Deputy Attorney General** of the United States and All Future Successors or
    Assigns 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001
    **Co-Defendant** under the Alien Property Custodian

3.  **United States Department of Treasury** 1500 Pennsylvania Ave, NW Wash., D.C. 20220
    **Co Defendant** under the Alien Property Custodian

4.  **U. S. Department of Justice** Washington, D.C. 20530
    **Third Party** Answering on behalf of U.S. Attorney General – Alien Property Custodian

   **NOTE:** If you are receiving a copy of this notice and are not directly named above you a
Co-defendant or co-party and have been noticed separately

   I have been more then generous in my allowance of time for the Attorney General's Department to
answer my complaint. Filed on or about April 23rd of 2007. The Office of the Attorney General was
contacted in pursuant to property I believe was taken by the U.S. Attorney General as the Alien Property
Custodian as stated in 50 USC . Appendix ( 9 & 10)
   The other parties involved have already been contacted in a separate notice.

   As per notice sent to the Office of the U.S. Attorney General (Alien Property Custodian), as well as all
related branches and Assigns:
   Whereas pertaining to the initial contact with the agents of the U.S. and the Commonwealth of
Pennsylvania as delivered to the Office of the U.S. Attorney General as Alien Property Custodian March 2,
2007. Later forwarded to the U.S. Department of Justice.
   I have not to this date received a response from any department pertaining to the return of my private
property believed in the custody of the United State by or through the office of The Alien Property
Custodian dealt, collected or credited to, by, or through alternate Federal or State Depts. Entities herein
named.

**NOTE:** *You are being given an extra 10 days,* **from date of delivery, estimated to be 5 days from
mailing, to contact me in efforts to settle these issues. If no response is received I will have no other
choice then to pursue a lawsuit under 50 USC Appendix 9 & 10 guidelines).**
   **BE AWARE that ALL Correspondence is to be in written form and mailed to the** *exact* **location as
posted below.**

**THIS IS YOUR FINAL NOTICE**

Dated February ___ in the year of our Lord 2008.

autograph, _____

Owen Britton, Troxelle
non-domestic mail
c/o P.O. Box 458
Elverson, 19520-9999

Notice of Claims as required under 50 USC Appendix 9

INVOICE FOR ACCOUNTING

<u>1.   FIRST CLAIM FOR RELIEF:</u>   U.S. Attorney General / Secretary of Treasury

I hereby demand that : All private property be returned. All records be corrected to reflect such as well as Plaintiff's proper status as non-resident, neutral.

   <u>The Commercial Value for</u>  Intrusion on Secured Property rights posted with Secretary of State (of Pa.). Posted value, agents of PA and U.S. for acting without license, $500,000 per violation. Per EXHIBIT B filing number  2005061600057 posted continuing as 31601676. Also for the use of private property used without permission including, but not limited to, use of name for publicity and profit.

   **Damages** are now in excess of  **$1,500,000** for false registration pertaining to the three main instruments indicated below.

In the event of the failure or refusal to terminate records and liability the sum shall take effect from the time of birth. Totaling **$968,462,652** and as secured at least $500,000 licensing fee for each year used thereafter and holding myself liable


<u>2.   SECOND CLAIM FOR RELIEF:</u>   **Social Security Department, Pennsylvania Department of Motor Vehicles, Dept of Vital Statistics**

I hereby demand that: All private property be returned. All records be corrected to reflect such as well as Plaintiff's proper status as non-resident, neutral.

   <u>The Commercial Value for</u>  Intrusion on Secured Property rights posted with Secretary of State (of Pa.). Posted value, agents of PA and U.S. acting without license, $500,000 per violation. Per EXHIBIT B filing number  2005061600057 posted continuing as 31601676. Also for the use of private property used without permission including, but not limited to, use of name for publicity and profit as well as mortgaging.

   **Damages**

   **A.   <u>Pa Department of Vital Statistics</u>** keeping of improper records to defraud

      at least 1 count **$500,000 + 18% interest compounded per annum since Nov. 6, 2001**

**Totaling at least: $1,349,777**

In the event of the failure or refusal to terminate records and liability the sum shall take effect from the time of birth. Totaling **$968,462,652** and as secured at least $500,000 licensing fee for each year used thereafter and holding myself liable

    **B.** <u>**Social Security Department**</u> keeping of improper records to defraud at least

        1 count **$500,000 + 18% interest compounded per annum since July 12, 2001**

        **Totaling at least: $1,349,777**

In the event of the failure or refusal to terminate records and liability the sum shall take effect from the time of birth. Totaling **$968,462,652** and as secured at least $500,000 licensing fee for each year used thereafter and holding myself liable

    **C.** <u>**Pa Department of Motor Vehicles / Drivers License Department**</u>

        For keeping of improper records to defraud application and use of false records on the Plaintiff at least 3 counts  = **$1,500,000  + 18% interest compounded per annum since Oct. 31, 2001**

        **Totaling at least: $6,176,945**

        In the event of the failure or refusal to terminate records and liability the sum shall take effect from the time of birth. Totaling **$33,370,665** and as secured at least $500,000 licensing fee for each year used thereafter and holding myself liable

-------------------------------------------------------------------------------------------

**GENERAL GRAND TOTAL: $9,376,499**

===================================================================

**Proof of Service**


1. **United States Attorney General U.S. Alien Property Custodian**
   **Defendant** as primary **Alberto Gonzales.** Attorney General and All Future Successors or
   Assigns 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001

2. **Paul J. McNulty Deputy Attorney General** of the United States and All Future Successors or
   Assigns 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001
   **Co-Defendant** under the Alien Property Custodian

3. **United States Department of Treasury** 1500 Pennsylvania Ave, NW Wash., D.C. 20220
   **Co Defendant** under the Alien Property Custodian

4. **U. S. Department of Justice** Washington, D.C. 20530
   **Third Party** Answering on behalf of U.S. Attorney General – Alien Property Custodian


<div align="center">VERIFICATION</div>

I, Owen Britton, Troxelle, certify that I am over the age of twenty-one years and I did in fact serve

the named parties by USPS Delivery Confirmation.

I hereby affirm all facts stated in this document are true and accurate to the best of my own

knowledge, belief and ability under penalty of Perjury per 28 USC 1746(1).


On the _____ day of the _____ month in the year of our Lord

Two-Thousand and Eight A.D.

All rights reserved,

## FINAL AFFIDAVIT OF COMMERCIAL NOTICE

Owen Britton, Troxelle
c/o P.O  Box 458
Elverson, 19520-9999
Pennsylvania, United States of North America

To: Alberto Gonzales, **Attorney General of the United States**
      Paul J. McNulty **Deputy Attorney General of the United States**
      and All Future Successors or Assigns
      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, D.C. 20530-0001
      **United States Department of Treasury**
      1500 Pennsylvania Ave, NW
      Wash., D.C. 20220
      **U.S. Dept. of Commerce**
      14 Constitution Ave., Suite 5854
      Washington, D.C
      **U.S. Department of Transportation**
      400 Seventh Street S.W.
      Washington, D.C. 20590


Terms and conditions of Transaction
Return of  All Private Property or
Standard Terms – 18%,  Per Annum
Effective Date of Transaction: February 7, 1971
Due Date:_____

   Unless specifically indicated on the transaction, the price does not include any taxes (including excise, privileges, occupation, use, sales, etc. – Federal, State or local).

 All property must be returned / released otherwise all payments deferred after the due date as specified above shall bear interest at the rate of eighteen percent (18% ) per annum. If the invoice is placed in the hands of an attorney for collection, or if collected by any legal proceedings, the State / United States agrees to pay Owen Britton, Troxelle the initial value plus 18% interest and reasonable attorney's fees and cost incurred in the collection of sum owed to the original creditor Owen Britton, Troxelle by the State / United States for the registered property described on The Security Agreement, on account of principal, interest or other charges. Initial value is being billed as $500,000 and per violation. Interest accumulated 36 years at 18% per anum Total: $1,391,069,596.

The States, as well as the United States, by the initial transaction in the registration of any and all private property, without just compensation, does by these presents grant to Owen Britton, Troxelle and Owen Britton, Troxelle has and does hereby retain a secured interest in all goods, inventory, equipment, fixtures, proceeds, general intangibles, account, contract rights, chattel papers or after the acquired property described in and being a part of the transaction accepted by the State / United States pursuant to this agreement and described below and retained by Owen Britton, Troxelle is to secure payment of the value and interest on the investment of the property described on The Security Agreement, filed with the Secretary of State and all other charges due and owing to Owen Britton, Troxelle by the State and the United States under the terms of this agreement. The security interest constitutes a "purchase money security interest"  pursuant to the Uniform Commercial Code. This instrument is a part of the transaction of the registration of any and all property and is a contract, security agreement and financing statement between the parties hereto or in the alternative to declare my rights under 15 United States Statutes at Large to expatriate absolute my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a.k.a. United States, United States of America and all of  municipal

corporations therefore associated. Further, that all past and present contracts for registration of the property described, implied by operation of law or otherwise in trust with the above municipal corporation(s), States, United States are hereby revoked, dissolved and terminated FOR FAILURE OF FAIR CONSIDERATION Ab initio.

NOTICE OF TERMINATION and WAIVER, FORFEITURE, AND REJECTION OF ADMIRALTY MARITIME CONTRACTS is hereby given to the United States and the States by and through it's agents, The Secretary of Transportation of the United States, the United States Attorney General, the United States Treasury, United States Dept of Commerce and any or all appointees / subsidiaries that any and all hidden contracts and/or commercial agreements between the United States a.k.a. the District of Columbia, and Owen Britton, Troxelle, who declares his status as **stranger to the public trust** created under the 14th amendment to the Constitution for the United States of America, and who has voluntarily severed, waived, rejected, forfeited, and refused to accept any and all enfranchisement benefits / liabilities.
    This termination of any personal liability applies to the Federal Reserve Account, TIN, EIN, IMF, BMF, Social Security, Birth Certificate or any accounts generated from these accounts.

Furthermore, Owen Britton, Troxelle, Ab initio, reserves the right not to be compelled to perform under any contracts and/or commercial agreements in which he did not enter knowingly, intentionally, and voluntarily, with full disclosure of all facts, and meeting of the minds, and by such "Reservation of Rights", Owen Britton, Troxelle does not and will not accept the liability associated with the compelled benefits of such unrevealed contracts and/or commercial agreements or any corporations or trusts, be they Admiralty or otherwise.

**This instrument is transmission of a notice of the above retained security interest delivered by certified mail and it matters not whether you file in your records, return it to the sender or throw it in the trash, by these presents you have been given notice.**

**Notice to Principle is notice to agent**

**Transactions Involved:**
All contracts / properties registered with the UNITED STATES, DISTRICT OF COLUMBIA, it's corporate agents, including, but not limited to, THE COMMONWEALTH OF PENNSYLVANIA and it's agents counties, townships, boroughs or any other subsidiaries.

**Warranties:**
The private properties / contracts described above and secured under the UCC with The Secretary of State and delivered to the State or any of it's instrumentality('s) by Owen Britton, Troxelle have no warranties. Resold property will be covered by the original no warranty. Owen Britton, Troxelle warrants that at the time of delivery, this property conforms to applicable product specifications and descriptions. **This warranty is in lieu of all other warranties express or implied, including warranties of merchantability and fitness for any particular purpose, which warranties are specifically excluded.** Damages occurring during shipping, handling, storage, installation, investment or use is excluded. Owen Britton, Troxelle shall not be liable for any claim for injury, loss or damage, direct or indirect, consequential or otherwise, arising out of any defect or nonconformity of this property.

Hand Seal: _____

Flag / Banner:        **23rd Judicial District**        **Great Seal:**
                      **county: Berks**
                      **country: Pennsylvania**
                       **Nation: United state of North America**



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20220

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.45 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here
FEB 16
02/16/2008
ELVERSON PA

Sent To United States Dep. of Treasury
Street, Apt No. or PO Box No. 1500 Pa. Ave. NW
City, State, ZIP+4 Washington DC 20220

PS Form 3800, August 2006        See Reverse for Instructions

7007 2680 0000 7741 7967

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

US Dept. of Treasury
1500 Penn. Ave. NW
Wash. D.C. 20220

Postmark Here

DEC 19

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER:
0307 0020 0003 7760 1778

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark Here

Sent To US Attorney General - Alien Property Custodian
Street, Apt No. or PO Box No. 950 Pa. Ave. NW
City, State, ZIP+4 Wash. D.C. 20530-001

PS Form 3800, August 2006        See Reverse for Instructions

7007 0220 0004 2140 0858

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here
FEB 16
02/16/2008
ELVERSON PA

Sent To US Attorney General
Street, Apt No. or PO Box No. 950 Pa. Ave. NW
City, State, ZIP+4 Wash. D.C. 20530

PS Form 3800, August 2006        See Reverse for Instructions

7007 2680 0000 7741 7837

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

Paul J. McNulty
950 Penn. Ave. NW
Wash. DC. 20530-0001

Postmark Here

DEC 19

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER:
0307 0020 0003 7760 1785

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here
FEB 16
02/16/2008

Sent To Dennis Alien Finance
Street, Apt No. or PO Box No. 950 Pa Ave NW
City, State, ZIP+4 Washington DC 20530

7007 2680 0000 7741 7936

# **FEDERAL EXHIBIT J**
## Social Security- HR 6000

# SOCIAL SECURITY REVISION

# HEARINGS

BEFORE THE

## COMMITTEE ON FINANCE
## UNITED STATES SENATE

EIGHTY-FIRST CONGRESS

SECOND SESSION

ON

# H. R. 6000

AN ACT TO EXTEND AND IMPROVE THE
FEDERAL OLD-AGE AND SURVIVORS
INSURANCE SYSTEM, TO AMEND THE
PUBLIC ASSISTANCE AND CHILD WELFARE
PROVISIONS OF THE SOCIAL SECURITY
ACT, AND FOR OTHER PURPOSES

## PART 2

JANUARY 23, 24, 25, 26, 27, 28, 30, 31,
FEBRUARY 1, 2, 3, 6, 7, 8, 9, 10, AND 13, 1950

Printed for the use of the Committee on Finance



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1950

## 526    SOCIAL SECURITY REVISION

neglected and dependent children, the needy aged, some of the blind, some of those who are otherwise permanently and totally disabled, and the chronically ill who are needy. These several groups comprise roughly 10 percent of the population at present. These people constitute the hard core of dependency. As Sir William Beveridge pointed out, we have them with us always, in good times and bad. The number shrinks during periods of high employment and increases when job opportunities decline. They are a more or less constant charge on society and must be supported by family and friends or by the taxpayers to the extent their own savings are inadequate.

Our legislative and administrative difficulties with the Social Security Act have arisen largely from the fact that the act sets up two competing methods for tackling dependency: social assistance and social insurance. The latter is a cruel hoax. Workers are not buying insurance; they are not paying premiums; they are paying an ordinary income tax.[1] And I cite there as my reference the Supreme Court brief for the petitioners, in *Helvering* versus *Davis*, the brief prepared in the Department of Justice, in which the argument was made over and over again, in defending the act before the Supreme Court, that these were taxes. Well, if they were taxes in 1937 to win the case before the Supreme Court, they are taxes today, and they have not become anything else.

Senator MILLIKIN. It was suggested at the time that to call them taxes was the only way that the thing could be done constitutionally; therefore they were called taxes, and the argument was based on the premises of taxes, just as we call many streams navigable which in fact would not float a toothpick.

Dr. SHEARON. That is correct. But at any rate, it was the argument, it was the thing that was used by Mr. Jackson. The claim was made over and over again that they were taxes, as the only way to get the thing through and uphold the validity. If they were taxes then, they are still taxes. They have not become insurance premiums or any other fancy name to sell an idea to the public, and also to Congress, perhaps.

The workers of this country do not have a contractual agreement that for such and such a premium they will be entitled to a certain annuity at age 65. The workers of this country think they are paying for old-age annuities which will become payable at age 65. In reality they will not get anything unless they stop work, and unless they have had a specified number of years in covered employment. What they will get, if they get it, is a small wage-loss retirement annuity which will come to them as a gift from the Government, that is, from other taxpayers. These facts should be explained to the people so that we may have an end to all this talk about "benefits as rights."

The fact to be borne in mind is that millions of workers are destined to be fooled. Even now they are being cheated right and left, while the Government pockets the taxes without either paying benefits or returning what the individual has paid in. Thus a woman may work for 8 or 9 years before marriage and may never again return to the labor market. At age 65, if her husband has qualified under OASI, she will be insured by virtue of her married status and will be entitled to the fractional benefits accruing to her as wife or widow of an in-

[1] Supreme Court of the United States, *Helvering v. Davis*, brief for petitioners, 910, p. 40, 1937.

## SOCIAL SECURITY REVISION    527

sured worker. However, she would have been entitled to those benefits even had she paid no taxes herself. She has thus been cheated out of 8 or 9 years' taxes for which she receives nothing at all. In the aggregate, the Government saves large sums by the scheme. In leave it to you to decide what name to apply to that sort of sharp practice.

I wish to call to your attention still another form of saving which Federal officials have in mind. There are now 3.5 million persons 65 and over who are entitled to benefits. Of this number 1.5 million have not applied for OASI benefits, presumably because they do not know their rights or are still working. During the next 50 years millions of workers will be cheated in this way. They will pay taxes for years but never collect anything. This is part of the Federal plan, not an accident. The Council of Economic Advisers to President, in discussing this matter, states:

The following table illustrates, for the next quarter century, the probable growth of the total aged population and of the numbers eligible for and receiving retirement benefits under proposed legislation.

I will give you a copy of this table. I did not have it incorporated in the text. That is from the report of the President, the Economic Report of the President, transmitted to the Congress January 6, 1950. May I have that inserted in the record?

Senator KERR. You may.

(The table referred to follows:)

*Estimated proportion of the aged population eligible for and receiving old-age insurance benefits, 1960–75[1]*

| Year | Total (millions) | Eligible for benefits upon retirement of earner | | Retired and receiving benefits | | |
|---|---|---|---|---|---|---|
| | | Number (millions) | Percent of total aged population | Number (millions) | Percent of total aged population | Percent of total eligible |
| 1950 | 11.5 | 2.9 | 30 | 2.0 | 17 | 17 |
| 1955 | 12.4 | 6.9 | 52 | 4.9 | 40 | 33 |
| 1960 | 14.3 | 11.2 | 78 | 5.9 | 41 | 41 |
| 1965 | 15.7 | 13.2 | 79 | 7.7 | 49 | 49 |
| 1970 | 17.2 | 14.9 | 78 | 9.3 | 54 | 54 |
| 1975 | 18.7 | | | 11.2 | 60 | 60 |

[1] Source: The Economic Report of the President, Jan. 6, 1950, p. 122, from FSA, Social Security Administration.

Dr. SHEARON (reading):

The estimates are based on our belief that many aged individuals will not retire voluntarily in an economy with abundant job opportunities. Accordingly, the number of individuals receiving benefits is estimated to be well below the number eligible under the insurance system.[1]

Just what does this mean to the old folks? It means that the law has been so written that 1.5 million persons 65 and over, or 43 percent of all who are now eligible for OASI benefits, are not collecting them. To that extent the Government is profiting. Five years hence, according to the Government planners, there will be nearly 3 million

[1] The Economic Report of the President, transmitted to the Congress Jan. 6, 1950, p. 121.

528    SOCIAL SECURITY REVISION

persons 65 and over who will have paid their social-security taxes and will be eligible for benefits, but who will not apply. Twenty-five years from now 25 percent of the eligible aged will probably not be receiving any cash benefits and 40 percent of all the aged will not be retired and will not pay. If 25 years from now two-fifths of the aged are still going to be without old-age insurance, what possible justification can be found for perpetuating the system? Furthermore, if a man pays social-security taxes for 40 years is he or is he not entitled to something for his money?

The Social Security Act has not accomplished any of its major purposes. Mr. Altmeyer himself has admitted that. It has not rid the country of destitution. It has not resulted in better labor-management relationships. There is certainly a greater feeling of insecurity among mature and aged workers than there has ever been. To be sure, a few have retired on lush OASI benefits for which they did not pay. They are receiving a dole under another name—social insurance. Thus, after 15 years of Social Security we find the country groaning under an increasing tax load for public aid. We find the trust fund $7,000,000,000 in the red. Employers, bedeviled to set up welfare funds, are urging more and larger benefits with a view to getting organized labor off their necks. No one is satisfied.

Under the present multiple system of public-aid programs there is no way to get around the anomalies and inequities of the act. Millions now old or approaching old age would not be helped were the Government to bring additional groups under the insurance system. Millions still would not be provided for either now or 25 years hence. H. R. 6000 does not now and never will provide old-age insurance for the great bulk of the aged. Millions will continue to fall between programs as bureaucratic and legislative casualties. If all taxpayers must pay for the benefits, then all taxpayers should share in the benefits on some consistent basis. If the Government insists on getting into this field of old-age annuities—and I sincerely wish it would stay out—then at least the plan should be universal in scope.

Current efforts now being made in Congress to patch up the unworkable Social Security Act are based, in the main, on statistical and actuarial predictions projected to the year 2000. Obviously such predictions have no validity. We cannot foresee events 50 years hence any more than we could, in the year 1900, have foreseen the great depression of the thirties or the calamity of two world wars. Estimates of cost and coverage which have been presented to you are weighted on the favorable side. They assume an expanding economy with rising wages, controlled unemployment, no major depression, and no wars. If any or all of these factors materialized, the estimates would collapse. It is, as a matter of fact, wholly unreasonable for the Congress to attempt to legislate for the future. Has the Congress any right to impose tax burdens on generations yet unborn? No Congress thus far has been willing to ask this generation to pay what the proposed social-security scheme is costing. Why, then, should tomorrow's children be compelled to shoulder larger taxes than this generation can bear?

IT IS NOT TOO LATE

The dilemma faced by Congress is a serious one. The longer you postpone coming to grips with it the worse the situation becomes.

SOCIAL SECURITY REVISION    529

Patching up the Social Security Act is no final solution. It will still bankrupt the country. Fortunately, it is not too late to undo the damage that has been done. Nearly half the working population is still free of the social-security taxing system. Benefits are still low. You could repeal the act, or at the very least, titles I and II and the former title VIII, now subchapter A of Chapter 9 of the Internal Revenue Code. Money thus far paid in in taxes could be credited to employers and employees. A fresh start could be made. It is better to admit than perpetuate a legislative error.

RECOMMENDATIONS

I wish to make the following concrete suggestions to this committee:

1. *Look into the philosophy of social security.*—You will find the scheme was evolved by Bismarck and his economic adviser in the 1880's. The primary purpose then, as now, was to tap new sources of revenue. A dual scheme was proposed: on the one hand the government was to take over control of banking, communications, and insurance; on the other, it was to set up compulsory state insurance to provide extremely small cash benefits and free medical care to the very poorest part of the population. The cash benefits were to cover part of the wage loss occasioned by industrial accidents, old age, sickness, and disability. Bismarck's adviser stated that these compulsory laws were designed not only to raise revenues and redistribute wealth but also to control the personal expenditures of the working class through regulative interference. Since the laws would enable the state to exercise such supervision over the workers, they were termed "social insurance" laws. In the beginning there was no state subsidy. Labor and management footed the bill and the government furnished the compulsion. The benefits 60 years ago were aptly referred to as "small bribes," and the total scheme of state control was called "the high watermark of state socialism." That was back in the nineties, and it was so recognized.

Social insurance was taken up by other ministers of finance who were looking for new sources of revenue. In 1911 both Great Britain and Russia adopted compulsory health insurance and other parts of Bismarck's plan. In 1919 the International Labor Organization was formed as an arm of the League of Nations. We did not join either organization. The ILO adopted Bismarck's program as its own during the ensuing 15 years. Under the directorship of the leading French Socialist of that time, Albert Thomas, the ILO carried the gospel of Geneva to all parts of the world, not overlooking the United States. In 1934, through the activities of Frances Perkins and with the approval of President Roosevelt, the United States became a member of the ILO. In so doing we agreed thenceforth to make our social legislation conform to the socialist principles laid down in Geneva. The President immediately appointed the Committee for Economic Security. Two men were brought over from Geneva to help draft our Social Security Act. The law as passed in 1935 was something wholly foreign in concept and philosophy. It did not belong on American soil. Probably few people at that time, save the planners who designed it that way, knew about the socialist structure of the Social Security Act.

## 530    SOCIAL SECURITY REVISION

Before we become any more deeply involved, I think the committee might advisedly review the origin of our Social Security Act, look into its philosophy, and recommend repeal.

2. *Investigate the activities of the International Labor Organization, and consider the desirability of having the United States withdraw from that organization.*—At present we are definitely committed, as a member nation, to conform our social legislation in the fields of labor, health, and welfare, to Old World patterns that are entirely out of keeping with the traditional beliefs of freedom-loving Americans. The principles underlying H. R. 6000, for instance, were laid down in Montreal in 1943 during discussions between Commissioner Altmeyer, Cradle-to-Grave Sir William Beveridge, Wilbur Cohen, and other social planners. The principles they developed were adopted in 1944 at the ILO Conference in Philadelphia and were given the blessing of President Roosevelt.[4] I refer to this Official Bulletin of the ILO, in which these principles were enunciated.

Senator MILLIKIN. For the sake of the record, will you describe the bulletin accurately?

Dr. SHEARON. It was the Official Bulletin of the ILO, June 1, 1944, volume XXVI, No. 1, and the contents relate to the declaration, recommendations, and resolutions adopted by the International Labor Conference at its twenty-sixth session in Philadelphia.

The legislation was then drafted in the Social Security Administration, and today, 6½ years later, we are discussing adoption of this socialist-inspired bill. I might say I have a transcript of the conversations in 1943 right here, with Sir William Beveridge and Mr. Altmeyer and Mr. Cohen and other members from this Government, laying down the principles on a very broad basis for this Socialist scheme throughout the world, country by country; and after these discussions in 1943, they had the official meeting in 1944, approved the recommendations, and then, we being a member nation, of course, we have agreed to conform our social legislation to those recommendations.

Senator MILLIKIN. I believe, Doctor, that it is not quite that rigorous. The Council, the International Conference, has the right to recommend. We have the right to reject. But there is a certain pressure to accept the recommendations, since we are leading spirits in the organization.

Dr. SHEARON. That is right.

Senator MILLIKIN. I mean, technically, we still have our freedom.

Dr. SHEARON. Technically, you still have, but it is a technicality, or getting to be so, more and more.

That is perfectly true. The Congress of course has the final word in saying what legislation shall be passed. But year after year you have legislation brought out to you to consider, like this bill, H. R. 6000, which is drafted along the line of the principles laid down in Geneva.

After the 1943 Montreal meeting, Beveridge pushed his plan through Parliament in Great Britain. It resulted in Socialism. The same plan, if pushed through in the United States, would likewise result in Socialism, for national compulsory all-embracing social security is the very heart of Socialism.

[4] Official Bulletin, ILO, vol. VI, No. 1, June 1, 1944. Also Doc. 26, H. R. 74th Cong., 2d sess. May 29, 1944.

## SOCIAL SECURITY REVISION    531

3. *Make a thorough study of the Social Security Administration.*—Consistent and oft-repeated complaints have been made against this agency because of maladministration. It would appear the committee has a duty to the people to ascertain what foundation there is for the charge that Federal funds have been misused and Federal laws broken. It has been demonstrated by witnesses before the Senate Committee on Labor and Public Welfare that false and misleading research reports and statistics have been given to Congress by Commissioner Altmeyer and members of his staff with a view to influencing legislation. Furthermore, in 1947 a considerable number of Social Security officials were charged by a subcommittee of the House Expenditures Committee with having used Federal funds for lobbying.[5] The FBI investigated the charges and reported to the Department of Justice. The case has not yet been prosecuted in the Federal courts.

Finally, I wish to bring to the attention of the committee a charge of a serious character which has recently been reported to me. The source of the information is exceptionally reliable, but I cannot reveal it lest reprisals be instituted by the Social Security Administration. This particular infringement of the law occurred in the Bureau of Old-Age and Survivors Insurance during 1949. It involves the preparation of data of a confidential nature derived from the wage records of individual workers. Tabulations were prepared for John L. Lewis over the protests of the Director of the Bureau of OASI, Oscar C. Pogge. Pressure was put on him by Commissioner Altmeyer. Estimates of the cost of these tabulations range from $190,000 to $225,000, with unofficial estimates running as high as $500,000.

You will recall that the Social Security Act stipulates:

Sec. 1106. No disclosure of any return or portion of a return (including information returns and other written statements) filed with the Commissioner of Internal Revenue under title VIII of the Social Security Act or the Federal Insurance Contributions Act or under regulations made under authority thereof, which has been transmitted to the Administrator by the Commissioner of Internal Revenue, or of any file, record, report, or other paper, or any information, obtained at any time by the Administrator or by any officer or employee of the Federal Security Agency in the course of discharging the duties of the Administrator under this title, or in the course of any investigation conducted under authority of this title, and any abstract thereof, shall be made except as the Administration may by regulations prescribe. Any person who shall violate any provision of this section shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not exceeding $1,000, or by imprisonment not exceeding 1 year, punished or both.

Now I call to your attention that the Social Security Administration is trying to have that sec. 1106 changed so as to permit the revelation of confidential material from the wage records to anyone who seeks it. Note the wording of section 1108 (a) (2) as it was inserted in H. R. 2893, and carried over into H. R. 6000.

At the request of any agency, person, or organization, the Administrator is authorized, to the extent consistent with efficient administration of this act and subject to such conditions or limitations as he deems necessary, to furnish special reports on the wage and employment records of individuals and to conduct special statistical studies of, and compile special data with respect to, any matters related to the programs authorized by this act.

[5] House Report No. 788, 80th Cong., 1st sess.

Senator KERR. I think it is a matter of our experience that it is seldom that the American wife, seldom if ever, approaches her husband in quest of knowledge. [Laughter.]

Dr. SHEARON. I mean, as a practical person, you really ought to look into this stamp book thing and look into it for a long time. They now worked out methods for handling farmers and the self-employed. There is nothing new about the stamp book.

6. Abandon the work test as an eligibility requirement.—This is socially undesirable and economically wasteful. We should encourage people to work as long as they possibly can. With the rapid increase in the number of the aged we will find it more and more difficult for the working segment of the population to support this older group. Therefore for economic reasons, if for no others, we should as a matter of national policy encourage every one to work instead of retiring. Part-time jobs should be developed. The aged will be happier and in better health if they are gainfully occupied.

7. The self-employed should not be compelled to enter the social-security system.—It would be a great injustice to the majority of self-employed persons to force them to pay heavy taxes all their lives for benefits that, in most instances, they would never collect. Farmers, professional men, and the owners of small businesses would generally not wish to stop work at age 65. A farmer does not wish to sell his farm or to cease operating it simply because he reaches age 65. A physician does not ordinarily wish to stop practicing medicine. The occupation which is rewarding in many ways in order to receive a small Government annuity. I think many a self-employed person would prefer to have his money to invest in his business over the years than he would to be compelled to pay higher taxes. My husband and I are self-employed. We do not want anything from the Federal Government. We just want to be let alone, and I think that is the sentiment of millions of other self-employed persons, and perhaps others, too, who are not organized and who do not come here as pressure groups. Self-employed groups that are highly organized, such as farmers and physicians, have protested vehemently that they do not wish to be included in the taxing system. That was said in the Ways and Means Committee: that the farmers in particular have said they did not wish to be included, and the physicians said the same thing. In strange contrast, social workers have appeared before you asking that you cover all self-employed persons. What interest do social workers have in compelling independent groups to submit to Government control? Why should a social worker want to have me covered into this system? I just cannot understand it.

Senator KERR. Maybe she thinks that you are "social."

Dr. SHEARON. Well, I don't mind that word, except that it has an awful connotation.

Senator MILLIKIN. Not a social worker, but "social."

Dr. SHEARON. I am not a social worker. My training is in mathematics and—

Senator MILLIKIN. He smiled when he said that, you know.

Dr. SHEARON. I know it. He is all right. For instance, you are lawyers—

Senator KERR. That would not be too violent an assumption.

Dr. SHEARON. And would you want to come in under the Social Security Act? Would you want to see a son of 25 come in under the Social Security Act?

Senator KERR. I remind you that we are listening to statements, not giving them.

Dr. SHEARON. That is a rhetorical question, too.

Senator MILLIKIN. We are both under the retirement system.

Dr. SHEARON. A different kind of retirement system. It really pays you something.

I don't think we have heard anywhere near enough from the self-employed. I think it is extremely unfair. If you suddenly put this now, it would put a heavy burden on me, and I have no security system. I have been taxed 2 years already under the social security system. I have been gypped out of $60, and I will never get a cent out of it. I resent it. I resent it a lot. And I don't want to be brought in under the self-employed. It might put me out of business.

8. Abandon the fiction that social insurance is either social insurance.—It is a clever taxing device and nothing more.

9. Abandon the trust-fund concept.—According to Commissioner Altmeyer's own testimony, the social security taxes are being used to finance present day Government operations. The taxpayers of some future date will be compelled to pay twice—once for their own social security taxes, which will be higher in the future than they are today, and in addition they will have to pay for the redemption of bonds which are being issued today. In other words, since the Government today does not dare to tax the people enough to pay for their welfare state, it is passing on the charges to the next generation. Put more baldly, we are going on a national binge today which this has been admitted, to be squeezed out of tomorrow's taxpayers. Although about a trust fund and would lead the workers of the country to believe that their money is being saved for them by the Government. I time to tell the truth about these matters.

Social security trust funds are a temptation. It is said Hitler used them to finance his operations. There is nothing to prevent dictators in other countries—here for instance—from getting a start in life even as Hitler did.

I think this committee would do well to consider whether the Government has a right to charge all taxpayers, even those not under the social security system, to pay interest on the I O U's in the OASI trust fund.

I am being compelled to pay out of my income tax for that $200,000,000 a year interest that is being paid, and that interest is awful lot on that trust fund, and the social planners counted an awful lot on that subsidy, on the interest on the money that isn't there.

Senator MILLIKIN. You are going to have to pay for the bonds in the trust fund some day.

Dr. SHEARON. Certainly. That will be left for the next generation. But I am glad to see that Mr. Folsom, with whom I hear I disagree on most things, has finally come around to saying that we do need a pay-as-you-go system. That is a great concession, and I am glad to hear him say that; but he says to put it off in the future. All of

based upon the natural law, the law of God, which exists prior to and independent of the power of other men, whether organized or unorganized. Government nowhere has any fight or mandate to violate this natural law, and if it does so it is the duty of the individual to resist it. If this is not so the long struggle of the Anglo-Saxon peoples for liberty was a mockery and the Declaration of Independence and our Constitution were pious shams. Both those great documents are based squarely upon the assertion of inalienable rights. The robbery which this legislation pretends to legalize is beyond the power of man to make moral.

The only way in which government can deny that it is in effect breaking the moral law when it taxes me in order to give my earnings to somebody else, is to make the one, all-embracing assumption underlying the society of status—that rights are not inherent in the citizen, but flow from the permission of the state, that the rights of the state are primary and as such prior to all other rights. Shrink from it if you will. If you vote for this bill you vote for that assumption.

But this is the foundation upon which all absolutisms rest. It is the foundation upon which only absolutism may rest. It is a principle fatal to the continued existence of a free society. Once granted, all natural rights are swept away so far as mere naked power can do it, and no man has armor with which to defend himself against the state.

Once grant this assumption and henceforth no minority can live under the protection of law, for the state has asserted its own will to be the supreme obligation, and what the state decrees is anything that those who rule say it shall decree.

If you vote for this bill, then, you vote to declare that stealing is not stealing when it is done by government and under the form of law. You vote to end the social, political and economic consequences of the American Revolution, and to turn back the clock of human history. You vote to abandon the society of contract, of inalienable freedom. You vote to return to the dark ages of status, of bondage, to the lower energy output of a society that doles out subsistence to serfs. You, vote to liquidate the free society which offers opportunity, rewards the inalienable right of every man to enjoy the fruit of energy, intelligence, and frugality.

*3. What this bill offers is not really insurance.*

The American people believe in insurance and are bound to have a favorable opinion of something presented to them as "insurance." But this legislation is not really insurance at all; it fails to distinguish between what is really insurance and what is really maintenance of the needy.

Insurance, properly understood, is an economic and actuarial transaction. It is based, not upon benevolence or need, but upon payments for contracted benefits, which are guaranteed by reserves kept inviolate for payment of such benefits. Anything less than this is not insurance and to call anything less "insurance" is fraud upon those who imagine themselves to be insured.

When government goes into what it calls the insurance business, it almost invariably commits this fraud. And it gets away with it by repeated assertions of noble intentions which have nothing to do with what it professes to offer as "insurance." As a matter of fact, while government has no real function in the field of insurance at all, it

does have a proper function in the maintenance of those who may be in dire need and without means to meet it. (Under our constitutional system, this function resides in the States and local communities, not in the Federal Government.) But when government gets into insurance of society, it is fatally confused about the nature of what it is doing. The result is, that it provides neither real insurance nor does it confine itself to its proper functions in relation to the needy and the distressed. Bit by bit, it adopts portions of the doctrine of status, and proposes direct maintenance or supplementary grants to persons who are not indigent, but who some bureaucrat may decide do not have enough income to make them feel socially secure.

This tendency is not peculiar to the United States. It is peculiar to the confused bureaucratic mind. In Germany, the cradle of so-called social insurance, the same confusion took place—with drastically bad results for the whole economy. The great German insurance authority, Walter Kaskel, saw in 1922 a tendency—

to increasingly emphasize the public relief character of the institution, to make the state guarantor of the minimum subsistence level of its citizens and to transform the contribution into a kind of tax levied on those most concerned, in order to raise the needed means.

The state was moving then in the disastrous direction of general maintenance of the whole population. When Hitler moved in, he found the system agreeable to Nazi totalitarianism, and highly useful in the enforced Nazification of Germany.

Senator KERR. May I ask a question there?

Dr. GRIFFITH. Yes, sir.

Senator KERR. You state, "the taxes collected are spent for general purposes of the Government." You are aware of the fact that is not correct in view of the fact that the taxes or contributions or whatever you may call them are collected and then invested by the agency in Government bonds, are you not?

Dr. GRIFFITH. I am not aware of the interpretation you are putting on that transaction being a correct interpretation, sir.

Senator KERR. When you use the word "spent" do you have a different meaning in mind than when you use the word "invest" or "purchase?"

Dr. GRIFFITH. In this particular case, yes.

Senator KERR. Describe to me the way you understand the transaction takes place.

Dr. GRIFFITH. I understand that the money is collected, sent to the Treasury, that the social-security system then notifies the Treasury that it wants credit on a certain number of bonds. Sometimes that is done over the telephone, as I understand.

Senator KERR. Does it all add up to a transaction whereby the Social Security Agency as such becomes the owner of Government bonds?

Dr. GRIFFITH. It gives the appearance of that, but I do not believe it is a real transaction.

Senator KERR. They either have bonds or they do not.

Dr. GRIFFITH. I understand that no physical bonds change hands.

Senator KERR. When you write a check on a bank you do not transfer the physical money, as I understand it. You transfer the ownership of money located in a central institution for safe keeping

Case 1:08-cv-01049-US Document 1 Filed 08/18/2008 Page 122 of 145

from yourself to the one to whom the check is given and the Social Security Agency either becomes the owner of Government bonds or it does not. Now if you are telling us that it does not, that is one thing. I would like to know what you are telling us.

Dr. GRIFFITH. I think, sir, that both the Treasury and the social-security system are different agencies of the same Government.

Senator KERR. I think that probably the committee will take official notice of that fact.

Dr. GRIFFITH. Yes; and, therefore, when one branch of the Government goes through the form of selling an obligation of the Government to another branch of the Government, there is no real transaction.

Senator KERR. Does the one branch of the Government that sells the bond have the right to sell it?

Dr. GRIFFITH. It has the right to sell it if it is being sold to something other than itself.

If you will let me put it this way, I think the transaction is just as if I put an IOU to myself in my own bank account and tried to consider that as an asset.

Senator KERR. If that is the way it is, then you or I do not understand what takes place; and if I do not understand it, I want to be advised. If you do not, I would think that you would want to be advised.

Dr. GRIFFITH. I think we are agreed on that, sir.

Senator KERR. Yes. Now the Federal Reserve bank is a creature of the Government, is it not?

Dr. GRIFFITH. That is right, it is a creature—

Senator KERR. The Social Security Agency is a creature of the Government?

Dr. GRIFFITH. No, sir; it is a part of it.

Senator KERR. Is it created by the Congress?

Dr. GRIFFITH. Yes, sir.

Senator KERR. Is it a part of the Congress?

Dr. GRIFFITH. No, sir.

Senator KERR. Then it has an identification, does it not, an identity and you have been using the word here which I think might be applicable in one of its broad meanings, it has a "status."

Dr. GRIFFITH. That is right.

Senator KERR. It receives money and it pays out money?

Dr. GRIFFITH. Yes, sir.

Senator KERR. Now are you saying to me that it does not have that identity which permits it to become the owner as an agency of a bond belonging to this Government?

Dr. GRIFFITH. I think, sir, that it does not have the kind of identity which would permit it to be considered separate from the identity—

Senator KERR. Does it have the right to buy bonds?

Dr. GRIFFITH. I would think it has the right to buy private securities.

Senator KERR. Does it have the right to sell the bond?

Dr. GRIFFITH. It might have the right to sell the bond, sir.

Senator KERR. If it has the right to buy the bond and sell the bond, then it has the right of operation and with it the corresponding responsibility of operation, does it not?

Dr. GRIFFITH. If I grant that, sir, I still cannot grant——

Senator KERR. I am not asking you to grant anything; I am just asking you a question of fact. I mean that is either correct or it is

not. I ask you to do nothing for me and you ask me to do not for you in recognition of whether or not a certain thing is a fact, either a fact or it is not. If it is, I recognize it, and if it is not, I cannot make it so, and vice versa.

Dr. GRIFFITH. That is right, but I do not think the conclusion your mind as the result of the facts you have just stated is the conclusion. If my right hand owes my left hand something, I do not owe it to anybody else but myself.

Senator KERR. If you follow that to its logical conclusion, in view of the fact that the people are sovereign, then whatever their Government owes, they owe and whatever their Government owns they own; therefore, they owe themselves and do not owe anything.

Dr. GRIFFITH. No, sir; I would not say that because I put the entity. The people are sovereign. It is a fountain of power.

Senator KERR. You mean form of entity in a different sense than the people.

Dr. GRIFFITH. The people have formed their Government into an entity.

Senator KERR. You do not think, though, that the Government has formed the Social Security Agency into an entity?

Dr. GRIFFITH. I think it has formed the Social Security Agency into what we might call a subentity which is a portion of the Government itself.

Senator KERR. Is not the Government a portion of the people?

Dr. GRIFFITH. No.

Senator KERR. All right, proceed.

Dr. GRIFFITH. We have said that unless proper and adequate reserves are kept for the meeting of contracted obligations, the transaction should not and cannot honestly be described as "insurance." Every member of this committee knows that the so-called reserves kept by the Government of the United States for social-security benefits are not really reserves at all.

Senator KERR. Let the record show that the member of the committee who is present does not have that knowledge.

Dr. GRIFFITH. They are book entries only of an obligation of the Government to itself. The taxes collected are spent for general purposes of the Government. This is a fraud upon the American people who generally assume that Government insurance, of course, lives up to legal standards set for insurance companies. In this respect what the Government of the United States is doing is to call If any insurance company in any State showed only such entries and no real assets set aside and untouchable to meet contractual obligations, it would be closed overnight and its officers would be prosecuted. They would be prosecuted rightly, for they would be lacking in fundamental honesty.

Earnestly, we say to you that the whole social-security fabric in this country reeks with this transparent fraud. Maintaining the outward forms of insurance it lacks the fundamental integrity and character of insurance. To extend this to millions of people now said to be "uncovered" is to extend the fraud. In any real insurance sense, nobody is "covered" now and nobody else will be "covered" if the bill before you should be passed, unless you also enact legislation requiring that adequate, actual, reserves be created——

Case 3:07-cv-01949-WNA   Document 1-1   Filed 05/18/2008   Page 123 of 145

We are taxing private enterprise out of business—unnecessarily. We could collect the revenue more easily by the simple tax system recommended by Adam Smith in the Wealth of Nations. Here's his tax philosophy, condensed:

The people should be taxed in proportion to their incomes, at the time and in the manner most convenient for them. The amount, time, and manner of payment ought to be clear and plain to the contributor. The tax should not require a great army of officers which would eat up the greater part of the revenues; nor should it obstruct the industry of the people; nor discourage business from employing the multitudes; nor set up temptations to evade, with ruinous penalties for evasion; nor require frequent, odious, oppressive, or vexatious examinations by tax gatherers.

Let us pray (from the Book of Common Prayer):

Almighty and most merciful Father, we have erred and strayed from thy ways like lost sheep. We have left undone those things which we ought to have done, and we have done those things which we ought not to have done; and there is no health in us. But Thou, O Lord, have mercy upon us, miserable offenders. Spare Thou those, O God, who confess their faults; and restore Thou those who are penitent.

Time for us, in America, to be humbly penitent. The Prosperity Revenue Act, H. R. 6453, would repeal the Karl Marx tax laws, and leave the code clean and brief as though written by Adam Smith. Chapter 3, on social security, has been recently rewritten, to include more detail of the essential features of your social-security problem.

May I read, briefly, the essential features of this bill, with especial reference to chapter 3, which sets up an honest and adequate social security system?

Here is a bill with a preamble so outstanding as to make most people think it is a joke. It is not.

To equalize taxes; to provide adequate social-security benefits for all American citizens; to solve both the wage problem and the pension problem; to untax private enterprise and thus stimulate efficient production and full employment; to cut the hidden sales taxes out of prices and reduce the high cost of living; to provide the entire pay for Government employees and reduce the efficiency and reduce the cost of Government; to collect enough revenue to balance the budget, retire the national debt, and in due course revalue the dollar; to make the tax rate automatically adjustable to stabilize the economy on a rising standard of living; and to correct the two basic faults of capitalism, the cause of socialization, and to achieve honest and general economic freedom.

This act may be cited as the "Prosperity Revenue Act."

The following chapters of the Internal Revenue Code are hereby repealed and replaced as indicated in the following table of contents:

I need not read the table, but it repeals 95 percent of the Code, about 800,000 words, and sets up in less than 5,000 words, four new chapters.

Chapter I, definitions. In 25 definitions it defines a free and honest economy, one that would operate without any strikes, without unemployment, or depressions, because it corrects the two basic faults of capitalism which cause all this trouble.

May I read some of the more important definitions, especially:

Money: The common capital asset; the accepted medium of exchange, in currency or credit; a measure of value and convenient means for storing wealth.

Life: The personal and primary capital asset, more valuable than money. Life as capital is the summation between birth and death of skill with respect to time.

Common ownership: The exclusive rights and responsibilities of possession of material assets—property—which derive from the investment or equivalent.

---

employed with employment taxes, and for other purposes. It is not a bill to extend and improve social security. You cannot extend and improve a rotten egg.

The concept of social security as an insurance system is a phony, not even constitutional. Insurance is a business, properly handled by private enterprise, not by Government. It is not the duty, it is not the right, of Government to compel its citizens to buy inadequate insurance. If an American citizen wants to buy an annuity, he is still free to do so, and he can choose from a number of reliable insurance companies. The free competition between them assures him that he will receive, in full, the best possible return for his premiums. But there is no such assurance when the insurance is compulsory and handled by a political monopoly, the biggest and worst monopoly of all, whose trustees can, and do, waste and dissipate the trust funds in a way which would land the trustee of a private insurance company in the penitentiary.

Our old age and survivors' insurance system is a fraud. H. R. 6000 would extend and improve a fraud. It would cover some more, who are not employees, with employment taxes—not with benefits— 200 pages of double-talk, "quarters of coverage," "primary insurance amount," "base amount," "average monthly wage," "self-employment income," "continuation factor years," "recomputation of benefits." And a three-page definition of "employee," printed twice, two of the four sections of which begin with the profound observation that "an employee is one who has the status of an employee * * *."

No two out of five Philadelphia lawyers could figure your benefits under this amazing piece of socialized lunacy and come up with the same answer. Yet this bill is the product of 8 months of hard labor by the Committee on Ways and Means, egged on by the unregistered lobbyists from the Social Security Agency who invited themselves into the executive sessions of the committee, all working madly and with the best of intentions to give some more voters some more of nothing for something. Social security? None. Hell is paved with good intentions.

The contributory principle in social security is wrong, wasteful, expensive to administer, not even workable. The assistance part of the program already tends to run ahead of it in many States. There must be a better way. We, as people, do not like to see hunger and misery in our midst. We are willing, as a society, to take care of the unfortunate. We all pay taxes; let's take care of all needy citizens. That is genuine social security. How can we do it efficiently, at lowest cost to the taxpayers?

The right answer to this social security problem would be easy, starting from scratch; it is impossible under the Internal Revenue Code. What is wrong with the code? It is the most sinister Communist conspiracy in America today.

In the Communist Manifesto, Karl Marx said:

These 10 measures will be pretty generally applicable to bring about the abolition of private property—

in other words, the destruction of freedom. And we, in free America, use 8 of his 10 commandments of communism in our Federal tax system. For details, see my forthcoming book, the Honest Road to Economic Freedom, chapter V, Karl Marx has his Hand in Your Pocket.

# FEDERAL EXHIBIT K
Emergency Powers

| 93D CONGRESS<br>1st Session | SENATE | REPORT<br>No. 93–549 |
|---|---|---|

# EMERGENCY POWERS STATUTES:

## Provisions of Federal Law Now in Effect Delegating to the Executive Extraordinary Authority in Time of National Emergency

### REPORT

#### OF THE

## SPECIAL COMMITTEE ON THE TERMINATION ON THE NATIONAL EMERGENCY UNITED STATES SENATE



### NOVEMBER 19, 1973

U.S. GOVERNMENT PRINTING OFFICE

WASHINGTON : 1973

24–509 O

SPECIAL COMMITTEE ON THE
TERMINATION OF THE NATIONAL EMERGENCY

FRANK CHURCH, Idaho     *Co-Chairmen*     CHARLES McC. MATHIAS, Jr., Maryland
PHILIP A. HART, Michigan                 CLIFFORD P. CASE, New Jersey
CLAIBORNE PELL, Rhode Island             JAMES B. PEARSON, Kansas
ADLAI E. STEVENSON III, Illinois         CLIFFORD P. HANSEN, Wyoming

WILLIAM G. MILLER, *Staff Director*
THOMAS A. DINE, *Professional Staff*

(II)

y. 4;

# FOREWORD

Since March 9, 1933, the United States has been in a state of declared national emergency. In fact, there are now in effect four presidentially proclaimed states of national emergency: In addition to the national emergency declared by President Roosevelt in 1933, there are also the national emergency proclaimed by President Truman on December 16, 1950, during the Korean conflict, and the states of national emergency declared by President Nixon on March 23, 1970, and August 15, 1971.

These proclamations give force to 470 provisions of Federal law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by the Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers, taken together, confer enough authority to rule the country without reference to normal constitutional processes.

Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and, in a plethora of particular ways, control the lives of all American citizens.

With the melting of the cold war—the developing détente with the Soviet Union and China, the stable truce of over 20 years duration between North and South Korea, and the end of U.S. involvement in the war in Indochina—there is no present need for the United States Government to continue to function under emergency conditions.

The Special Committee on the Termination of the National Emergency was created [1] to examine the consequences of terminating the declared states of national emergency that now prevail; to recommend what steps the Congress should take to ensure that the termination can be accomplished without adverse effect upon the necessary tasks of governing; and, also, to recommend ways in which the United States can meet future emergency situations with speed and effectiveness but without relinquishment of congressional oversight and control.

In accordance with this mandate, the Special Committee—in conjunction with the Executive branch, expert constitutional authorities, as well as former high officials of this Government—is now engaged

---

[1] S. Res. 9, 93d Cong., 1st Sess.

in a detailed study to determine the most reasonable ways to restore normalcy to the operations of our Government.

A first and necessary step was to bring together the body of statutes, which have been passed by Congress, conferring extraordinary powers upon the Executive branch in times of national emergency. This has been a most difficult task. Nowhere in the Government, in either the Executive or Legislative branches, did there exist a complete catalog of all emergency statutes. Many were aware that there had been a delegation of an enormous amount of power but, of how much power, no one knew. In order to correct this situation, the Special Committee staff was instructed to work with the Executive branch, the Library of Congress, and knowledgeable legal authorities to compile an authoritative list of delegated emergency powers.

This Special Committee study, which contains a list of all provisions of Federal law, except the most trivial, conferring extraordinary powers in time of national emergency, was compiled by the staff under the direction of Staff Director William G. Miller, and Mr. Thomas A. Dine; utilizing the help of the General Accounting Office, the American Law Division of the Library of Congress, the Department of Justice, the Department of Defense, and the Office of Emergency Planning.

The Special Committee is grateful for the assistance provided by Jack Goldklang of the Office of Legal Counsel, Department of Justice; Lester S. Jayson, the director of the Congressional Research Service of the Library of Congress; Joseph E. Ross, head of the American Law Division of CRS; and especially Raymond Celada of the American Law Division and his able assistants, Charles V. Dale and Grover S. Williams; Paul Armstrong of the General Accounting Office; Linda Lee, Patrick Norton, Roland Moore, William K. Sawyer, Audrey Hatry, Martha Mecham, and David J. Kyte.

The Special Committee will also publish a list of Executive Orders, issued pursuant to statutes brought into force by declared states of emergency, at a later date.

CHARLES McC. MATHIAS, JR.
FRANK CHURCH,
*Co-Chairmen.*

| 93d Congress | SENATE | Report |
|---|---|---|
| 1st Session | | No. 93–549 |

## EMERGENCY POWERS STATUTES:

### Provisions of Federal Law
### Now in Effect Delegating to the
### Executive Extraordinary Authority
### in Time of National Emergency

---

November 19, 1973.—Ordered to be printed

---

Mr. Mathias (for Mr. Church) as co-chairman of the Special Committee on the Termination of the National Emergency, submitted the following

# REPORT

### [Pursuant to S. Res. 9, 93d Cong.]

# INTRODUCTION

### A—A Brief Historical Sketch of the Origins of Emergency Powers Now in Force

A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency. The problem of how a constitutional democracy reacts to great crises, however, far antedates the Great Depression. As a philosophical issue, its origins reach back to the Greek city-states and the Roman Republic. And, in the United States, actions taken by the Government in times of great crises have—from, at least, the Civil War—in important ways shaped the present phenomenon of a permanent state of national emergency.

American political theory of emergency government was derived and enlarged from John Locke, the English political-philosopher whose thought influenced the authors of the Constitution. Locke argued that the threat of national crisis—unforeseen, sudden, and potentially catastrophic—required the creation of broad executive

(1)

should have known of the existence and extent of the restrictions or order and that his act was in violation thereof, be fined not more than $5,000 or imprisoned not more than one year, or both.

18 U.S.C. 1383 does not appear on its face to be an emergency power. It was used as the basis for internment of Japanese-Americans in World War II. Although it seems to be cast as a permanent power, the legislative history of the section shows that the statute was intended as a World War II emergency power only, and was not to apply in "normal" peacetime circumstances. Two years ago, the Emergency Detention Act was repealed, yet 18 U.S.C. 1383 has almost the same effect.

Another pertinent question among many, that the Special Committee's work has revealed, concerns the statutory authority for domestic surveillance by the FBI. According to some experts, the authority for domestic surveillance appears to be based upon an Executive Order issued by President Roosevelt during an emergency period. If it is correct that no firm statutory authority exists, then it is reasonable to suggest that the appropriate committees enact proper statutory authority for the FBI with adequate provision for oversight by Congress.

What these examples suggest and what the magnitude of emergency powers affirm is that most of these laws do not provide for congressional oversight or termination. There are two reasons which can be adduced as to why this is so. First, few, if any, foresaw that the temporary states of emergency declared in 1933, 1939, 1941, 1950, 1970, and 1971 would become what are now regarded collectively as virtually permanent states of emergency (the 1939 and 1941 emergencies were terminated in 1952). Forty years can, in no way, be defined as a temporary emergency. Second, the various administrations who drafted these laws for a variety of reasons were understandably not concerned about providing for congressional review, oversight, or termination of these delegated powers which gave the President enormous powers and flexibility to use those powers.

The intense anxiety and sense of crisis was contained in the rhetoric of Truman's 1950 proclamation:

Whereas recent events in Korea and elsewhere constitute a grave threat to the peace of the world and imperil the efforts of this country and those of the United Nations to prevent aggression and armed conflict; and

Whereas world conquest by communist imperialism is the goal of the forces of aggression that have been loosed upon the world; and

Whereas, if the goal of communist imperialism were to be achieved, the people of this country would no longer enjoy the full and rich life they have with God's help built for themselves and their children; they would no longer enjoy the blessings of the freedom of worshipping as they severally choose, the freedom of reading and listening to what they choose, the right of free speech, including the right to criticize their Government, the right to choose those who con-

# FEDERAL EXHIBIT L
## New Legal Fictions

Case 1:08-cv-01049-UNA     Document 1     Filed 06/18/2008     Page 132 of 145

SOCIAL SCIENCE RESEARCH NETWORK
Tomorrow's Research Today

# New Legal Fictions

**George Washington University Law School**

Georgetown Law Journal, Vol. 95, p. 1435, 2007
GWU Legal Studies Research Paper No. 283
GWU Law School Public Law Research Paper No. 283

**Abstract:**

There was a time when judges routinely deployed legal fictions, which Lon Fuller famously defined as false statements not intended to deceive, in order to temper the disruptive effect of changes in legal doctrine. In an age of positive law, such classic legal fictions are significantly less common. But they have been replaced by new legal fictions.

In fashioning legal rules, judges rely with surprising frequency on false, debatable, or untested factual premises. At times, of course, such false premises simply reflect judicial ignorance. But there is an increasingly large body of empirical research available to judges, and more often than not judges' reliance on false premises is not the result of ignorance. Instead, judges often rely on false factual suppositions in the service of other goals.

In this article, Professor Smith discusses a broad range of examples of new legal fictions, false factual suppositions that serve as the grounds for judge-made legal rules. The examples, drawn from diverse areas of doctrine, suggest a set of reasons, albeit generally unexpressed, why judges rely on new legal fictions. Sometimes judges rely on new legal fictions to mask the fact that they are making a normative choice. Other times, judges rely on new legal fictions to operationalize legal theories that are not easily put into practice. Still other times, judges deploy new legal fictions to serve functional goals and to promote administrability in adjudication. Finally, new legal fictions often serve a legitimating function, and judges rely on them - even in the face of evidence that they are false - to avoid what they perceive as de-legitimating consequences.

Judges rarely acknowledge that their ostensible factual suppositions are in fact new legal fictions, and they rarely articulate the reasons for relying on them. Even assuming one concludes that judges' apparent rationales for relying on them are valid, therefore, there is a serious question whether those rationales outweigh the general interest in judicial candor. After all, a general requirement of judicial candor - which permits the academy and the public to debate, criticize, and defend judges' grounds for decision - is essential to constraining judicial power. To be sure, whether any particular reason for judicial reliance on a new legal fiction is justified turns in part on an empirical judgment about the extent to which the new legal fiction actually achieves the end that the judge deployed it to achieve. But even when we can satisfactorily answer such empirical questions, we are still faced with a normative judgment about the relative desirability of candor and the goal served by dispensing with candor. Professor Smith concludes that the ends served by reliance on new

**Administrative Law**
Your Shortcut To The Top
Sites For Administrative
Law Here
Law.PanelGeeks.com

**Business Directory**
Find vendors and
businesses in our
business directory.
www.allbusiness.com

**Attorneys at Law**
Personal Injury &
Wrongful Death Serving
Las Vegas & Henderson
Areas
www.PersonalInjuryLawlv.com/

**Black's Law Dictionary**
New 8th Ed Black's Law
Dictionary only $61.95
with Free Shipping!
www.BarristerBooks.com

**Ask Your Law Question Now**
34 Lawyers Are Online.
Ask a Question, Get an
Answer in Minutes
www.JustAnswer.com/Law

legal fictions usually are not sufficient to overcome the presumption in favor of judicial candor, but that in rare cases dispensing with judicial candor might be justified

Keywords: Legal Fictions, Judicial Candor, Social Science and Law

Accepted Paper Series

**Suggested Citation**

Smith, Peter J., "New Legal Fictions" . Georgetown Law Journal, Vol. 95, No. 1435, 2007 Available at SSRN:

Export in:  EndNote        **Export**  What's this?

**Contact Information for PETER J. SMITH (Contact Author)**

    address for PETER J. SMITH
George Washington University Law School
2000 H Street, N.W.
Washington , DC 20052
United States
202-994-4797 (Phone)

# SSRN Electronic Paper Collection

**Download the document from:**



# FEDERAL- EXHIBIT M

## The Existence of the Omniglot
**(False Personation)**

Small Business
Solutions

Home | Contact D&B | Business Credit Education | My Account | Log In/Register

View order

| Get Credit Reports | Manage My Business Credit | Subscriptions | Find New Customers | Collect Debt | View My Reports/Alerts |

## Company Search Results

Don't see the company you are looking for? Try an advanced search.

Looking for your own company and it is not listed? You may need to Get a D-U-N-S number.

Already a member? Log in now
First time here? Register to get
special offers and updates from
D&B Small Business Solutions

Unlimited
Credit Reports!
Call 1-877-753-1444
(8am  7pm EST)

< Previous                                    Showing 1 of 1                                    Next >

**TROXELLE, OWEN BRITTON**      635 KURTZ MILL RD, MOHNTON, PA      ▸ Select

Also Traded as OWEN TROXELLE

< Previous                                    Page 1                                    Next >

## Refine your search

| Business name: | Country: |
|---|---|
| owen Troxelle | United States |
| City (optional): | State: |
| | Pennsylvania |

Advanced search                                    ▸ Search

D&B Home | About D&B | Contact D&B | Site Map | Privacy Policy | Customer Survey
Refund & Cancellation Policy | FAQs | Glossary | D&B Data Quality | Terms of Use | Product List
© 2008 Dun & Bradstreet, Inc.

NAME:_____OWEN B. TROXELLE _____

DATE:_____04/18/96 _____

1.  TC 148 HOLD IS P_____N/A _____

2.  _9212_TAX YEAR _199 2 TYPE-_S_-_30_MASTER FILE TAX CODE
    TYPE S- SPECIFIC PLAN

3.  MFR-_05__SCHEDULES A, B, C, D & E _____

4.  VAL-__01_SOMEONE MAY BE USING YOUR SS NUMBER _____

5.  CRINV- No crim. investg. _____

6.  FREEZE CODE No crim. investg. _____

7.  SAME AS FIVE  Yes

8.  DLN DEFINED FOR LIEN (DOCUMENT LOCATOR NUMBER)

    __28___ DISTRICT OR SERVICE CENTER
    ___2___ TAX CLASS, INDIV. INCOME TAX (GUAM)
    __21___ DOCUMENT CODE NUMBER, filed 1040 return

    __088__ JULIAN DATE, ___88TH_ DAY OF THE YEAR (LEAP YR)
    __497__ BLOCKING SERIES, Gasohol claim  with form 843.
    __75___ DOCUMENT NUMBER #__76____ IN SERIES OR BATCH OF 100
    ____3__ YEAR TRANSACTED __1993____

9.  SAME AS SIX   Yes

10. SEE ANS. ON IMF

11. SEE ANS. ON IMF

12. DLN DEFINED FOR FILING (DOCUMENT LOCATOR NUMBER)
        SAME DLN #'S AS # 8
    _____ DISTRICT OR SERVICE CENTER
    _____ TAX CLASS, INDIV. INCOME TAX (GUAM)
    _____ DOCUMENT CODE NUMBER,

    _____ JULIAN DATE,_____ DAY OF THE YEAR
    _____ BLOCKING SERIES,

    _____ DOCUMENT NUMBER #_____ IN SERIES OR BATCH OF 100
    _____ YEAR TRANSACTED _____

Same as # 8

**\*IMF MCC TRANSCRIPT-SPECIFIC\***

EMP NO 29-990-057

```
ACCOUNT NO                        12-07-95
NAME CONT- TROX                   CYCLE-9549
```
→ N/A

(1)

**********************************************************

```
FOR-2999005798 BY-2999005798 ON-120795     TYPE-S-30-9212  (2)
TIME-10:02 SRC-I                           PROCESSED ON-341
                                           REQUESTED TAX MODULE FOUND ON MF

90 1 OWEN B TROXELLE
     R D 4 BOX 4490
3821 MOHNTON                   PA 19540-9251-905

                               PRIOR NAME CONTROL-                    FZ>        CAF-
LOC-2301                      (3) MFR-05   VAL-1  IRA-                           (6)
YEAR REMOVED-    ENT EXT CYC-     FYM-12   SCS- (4) CRINV- 130-                  BLLC-
                          RUF     RPTR-    PMF-    SHELT-(5) BNKRPT-             MIN SE-
                                  ACCRETION-
                                  JUSTIFICATION-           IRS EMPL-

LAST RET-94 M/E-       COND-R FLC-28 9513
**********************************     DLN #
* TAX PERIOD 30      9212 *          (8) REASON CD-              MOD EXT CYC-
**********************************        NO LIEN
FS-1          CRINV- (7)           LIEN- 28221-088-49775-3   CAF-    FZ>
            INT TOLERANCE-   MATH INCREASE-   TDI COPYS-                    (9)
    INT TOLERANCE-           MATH INCREASE-   HISTORICAL DO-23 BWNC-   BWI-
MF MOD BAL-                   0.00
ACCRUED INTEREST-            0.00      050393
ACCRUED PENALTY-            0.00      050393   (10) CSED-050303
VIRG. IS. TRANS.                      DLN #         RSED-041596
→150 050393         RCC-                      (11) ARDI-0                    ASED-04159
RET RCVD DT-041593                  (54.00)    9316 28221-088-49775-3 D CRD-      SRC-
                            ERR-              TAX PER T/P-           54.00
                                                                    54.00
  SELF ASSESS. IND. INC.         (12)
    TAX ASSESS,             FOREIGN-           F/C-1 AGI-          →2,023.00
                            XRF-                     FARM-  MF P-3
                            PIA-4614 EXEMPT-   AEIC-            0.00
                            LTEX-              ENRGY-          0.00
                            PENALTY SUPP-0004  TAXABLE INC-    →351.00
                                               SET-           0.00
                            MDP-               TOTAL WAGES-    →4,399.00
                                               TOTAL INC TX-   54.00
                                               EST TAX BASE-   54.00
                                               PR YR BASE-     47.00
                            SHORT YR CD-       ES FORGIVENESS %-  0
                            1ST SE-    0.00    2ND SE-       0.00
                            ROUTG TRANSIT NUM-            ACCT TYPE-
                            BANK ACCT NUM-                EFT-0
```

**********************************CONTINUED ON NEXT PAGE********************************

SELF ASSESS. IND INC TAX.

1

## Exhibit M Testimony

I, Owen-Britton, Troxelle, do hereby  given testimony, that I, to the best of my knowledge, have never been involved, nor am I involved or made claims of involvement, nor received any profits from gasohol, gasohol claims, the Virgin Islands or Guam, nor did I register myself or any title corporation etc. with any entity that would receive or be included on a Dunn & Bradstreet rating sheet. I also give testimony that I am not involved in any other activity falling under title 27, or any other privileged activity.

``I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. "

Date:

# FEDERAL  - EXHIBIT N
## Dept. of Vital Statistics – Dept. of Commerce

# FEDERAL - EXHIBIT O
## *Parens Patriae* in PA

# Five



# Years of

# Crimes

# Hate

*in*

# Pennsylvania

## *1988 - 1993*

*Prepared by the*

orney General
Corbett, Jr., Attorney General

Pennsylvania Human Relations Commission
Homer C. Floyd, Executive Director

COURTESY OF

**SEN. JIM GERLACH**

**44TH DISTRICT**

## Authority and Role of the Office of Attorney General

Attorney General Ernest D. Preate, Jr., has continued to expand the Office's long-standing commitment to protecting individual rights making it a top priority of his administration. He is concerned with the reemergence of overt acts of bigotry, the emergence of new, violent skinhead racist gangs, and the resurgence of cross-burnings as the KKK and other White supremacist groups increase their recruiting efforts.

The authority of the Office of Attorney General to protect all of our citizens against bigotry and prejudice derives in part from the ancient legal concept of _parens patriae_. Under _parens patriae_, the sovereign -- the state -- retains the power and duty in the capacity of the "father of the country" to prevent or repair harm to the health and welfare of its citizenry. As the state official designated by the Constitution and the Commonwealth Attorneys Act to represent the Commonwealth in litigation, the Attorney General continues to have a special responsibility in protecting citizens' right to be free from discrimination.

Prior to Attorney General Preate assuming office, the _parens patriae_ authority had been exercised primarily on an _ad hoc_ basis. When he became Attorney General, General Preate decided that the area of civil rights needed to be addressed by the Office in a more comprehensive and systematic manner. So, he created a new section -- the Civil Rights Enforcement Section

40

# FEDERAL  - EXHIBIT P
## License Offer for Use of Plaintiff's Private Property

# APPLICATION FOR LICENSE

----**NOTICE:** ALL  WILL BE HELD LIABLE FOR THE USE OF THE PRIVATE CITIZENS PRIVATE PROPERTY, THOSE NOT LICENSED, WILL BE HELD LIABLE PER USE.

APPLICATION FOR GOVERNMENT UNIT  TO USE MY PRIVATE PROPERTY FOR PUBLIC USE AND COMMERCIAL GAIN.
PLEASE PRINT OR TYPE CLEARLY-YOU MUST COMPLETE EACH SECTION OF EACH PART.

## PART A

NAME OF GOVERNMENT (STATE OF FORUM)

DATE OF BIRTH OF INCORPORATION AND PLACE

IDENTIFYING NUMBER        PHONE NUMBER        E-MAIL ADDRESS

PHYSICAL ADDRESS OF GOVERNMENT APPLICANT

NAME OF GOVERNMENT AGENT APPLICANT

FIRST                MIDDLE                LAST

GOVERNMENT AGENCY BUSINESS ADDRESS

NAME OF AGENCY THAT AGENT REPRESENTS

SOCIAL SECURITY NUMBER      PHONE NUMBER            DATE OF BIRTH

E-MAIL ADDRESS OF AGENCY

## PART B – CONSENT OF EXECUTIVE OFFICER OF THE GOVERNMENT UNIT.  COMPLETE IF APPLICANT IS NOT AN EXECUTIVE OFFICER.

I HEREBY CERTIFY THAT I AM THE EXECUTIVE OFFICER OF THE ABOVE NAMED GOVERNMENT UNIT AND I :

1.   /_/ DO HEREBY GIVE CONSENT FOR APPLICANT TO PAY FOR THIS LICENSE;

2.   /_/ DO NOT GIVE CONSENT FOR APPLICANT TO PAY FOR THIS LICENSE; AND I HEREBY CERTIFY THAT THE GOVERNMENT UNIT NAMED ABOVE WILL PAY THE LICENSE FEE WHETHER THIS APPLICATION IS SIGNED OR NOT IF THE AGENT [APPLICANT] ACCEPTS THIS OFFER TO LICENSE THE USE OF THE PRIVATE

CITIZEN'S PRIVATE PROPERTY FOR COMMERCIAL GAIN BY THE GOVERNMENT UNIT NAMED ABOVE, BY SIGNING THIS APPLICATION OR BY THEIR CONDUCT OF USING THE PRIVATE PROPERTY OF THE PRIVATE CITIZEN WITHOUT BENEFIT OF THIS LICENSE.

SIGNATURE OF EXECUTIVE OFFICER

## PART C – NAME OF PRIVATE CITIZEN OFFERING LICENSE

T,o/w/e/ n/  /  B/r/ i/ t/ t/o/n/  /  T/ r/o/ x/e/ T/– Y/ e/  /  /  /  /  /  /

AND BONIFIED PURCHASER FOR VALUE OF THE ITEMS OF PRIVATE PROPERTY LISTED BELOW

## PART D – LIST OF PRIVATE PROPERTY TO BE LICENSED FOR USE BY GOVERNMENT UNIT NAMED ABOVE AND COST PER ITEM

| ITEMS OF PRIVATE PROPERTY | LICENSE COST PER YEAR |
|---|---|
| 1) IDENTITY | |
| 2) TIME | $500,000.00 |
| 3) CREDIT | $100,000.00 |
| 4) LAND AND HOME | $100,000.00 |
| 5) AUTOMOBILE OR TRUCK | $500,000.00 |
| 6) LABOR, PHYSICAL OR MENTAL | $ 50,000.00 |
| 7) FIREARMS | $500,000.00 |
| 8) PETS OR LIVESTOCK | $ 50,000.00 |
| 9) CHILDREN | $ 10,000.00 |
| 10) BODY | $100,000.00 |
| | $500,000.00 |
| TOTAL: | |

## PART E – ACCEPTANCE BY APPLICANT OF PRIVATE CITIZENS OFFER TO LICENSE USE OF PRIVATE PROPERTY FOR COMMERCIAL BENEFIT OF THE ABOVE NAMED GOVERNMENT UNIT.

SIGN _____    DATE _____

RETURN COMPLETED APPLICATION TO:
c/o P.O. Box 458 Elverson, 19520, Pennsylvania

THIS SECTION TO BE FILLED OUT ONLY BY PRIVATE CITIZEN

Upon review of your application for license, your application has been:

_____ Accepted

Full payment is due within _____ days, upon which license will be enacted. Renewal due within one year.

_____ Rejected

Authorization: