AO 240 (Rev. 10/03)

Owen –Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999
610-856-1053

# UNITED STATES DISTRICT COURT

District of ~~COLUMBIA~~

FILED
JUN 18 2008
Clerk, U.S. District and
Bankruptcy Courts

**Plaintiff**

v.

**United States Attorney General
Office of Alien Property Custodian
(Assistant Att Gen., U.S. Dept of Treasury)**

**Defendants**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 08 1049

I, _Owen-Britton, Troxelle_ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  self contracted  [X] Yes    [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)  Self Contracted
   pay varies on a good month $465

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   contracted  [X] Yes  [ ] No
   b. Rent payments, interest or dividends                          [ ] Yes  [X] No
   c. Pensions, annuities or life insurance payments                [ ] Yes  [X] No
   d. Disability or workers compensation payments                   [ ] Yes  [X] No
   e. Gifts or inheritances                                         [ ] Yes  [X] No
   f. Any other sources                                             [ ] Yes  [X] No

   RECEIVED
   MAY 27 2008
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

I have no direct security in my earnings.
I receive sporadic work. Take some work through a mission Harborgate Missions c/o P.O. Box 177 Elverson, Pa 19520-9999 The rest is is by self contracting.

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $241 before bills paid

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

I declare under penalty of perjury that the above information is true and correct.   under 28 USC 1746(1)

_May 23, 2008_                                    _[signature]_
Date                                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☒ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | | | | Grand Jury | |

IN THE CASE OF: Owen-Britton, Troxelle v. US Att Gen Alien Prop Custodian (Ast. AG, Dept Of Treasury)

FOR:
AT:

PERSON REPRESENTED (Show your full name): Owen-Britton, Troxelle

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other  Plaintiff

DOCKET NUMBERS
Magistrate:
District Court: ▶
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT** (N A)

Are you now employed? ☐ Yes  ☐ No  ☐ Am Self-Employed  XXXXX COntracted
Name and address of employer: _____

IF YES, how much do you earn per month? $ good month  465
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? contract ☒ Yes  ☐ No
RECEIVED: $ _ Varies    SOURCES: Harborgate Missions c/o P.O. Box 177 Elverson Pa. 19520-9999

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 21 before bills

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE: _____  DESCRIPTION: _____

**DEPENDENTS**

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| | HSBC Credit Card | $15  Total $234.80 | $15 |
| | D & C Communications – Harborgate | $75 | $75 |
| | Rent- Harborgate | $80 | $80 |
| | Transportation / fuel | $100 | $100 |
| | Groceries / Personal | $100 | $100 |
| | Health / check ups etc | at least $500 annually | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) May 23, 2008

SIGNATURE OF DEFENDANT Plaintiff
(OR PERSON REPRESENTED) ▶ 28 USC 1746(1) /s/ [signature]