Troxelle
v
USAG

# MOTION TO PERMIT MAILING RULE EXCEPTION

08 1049

**FILED**

JUN 1 8 2008

Clerk, U.S. District and
Bankruptcy Courts

   I hereby address this court on behalf of a Motion to Permit Mailing Rule Exception.
   I, Owen-Britton, Troxelle, am a native North American, a non resident to the U.S..
   Our Nation is considered an aboriginal or a transient nation. I, in addition, also travel quite a bit for labor through private contract, or under a church mission.
   I do not have a residential mailing contract, to receive postal matters from the post office where I presently am dwelling nor with any post office, other then a P.O. Box as taken in nature of general delivery.
   In the event I cannot access the P.O. Box, because of being out of the area, a friend or the mission will check on the mail and forward it to me.
   I usually receive all deliveries at: c/o Route 23 & South Pine Street, P.O. Box 458 Elverson, Pennsylvania 19520-9999. Or simply at P.O. Box 458 Elverson, Pa. 19520-9999. I may also be contacted at 610-856-1053
   I request that an exception be made to allow receival of mail at the P.O. Box stated above.

   I thank you for your consideration to this matter.


                    Owen-Britton, Troxelle
                    c/o P.O. Box 458
                    Elverson, Pa. 19520-9999

3

**Inability to Pay**

   Attached is a standard form of IFP (In Forma Pauperis).
   This note is attached for purpose of explanation.
   By filing the IFP this is not to be construed as a plea of indebtedness to the United States or any of their corporate entities.
   The inability to lawfully pay comes as a result of the negligence of the United States itself. In 1863, Abraham Lincoln, a former U.S. President, made a treaty with my people for payment for certain portions of what today is called the United States. Shortly after your President's assassination funds and payments stopped. But the U.S. people continue to this day to occupy our land.
   Our rights as a separate nation, however, were recognized, until recently. We have experienced infringements of our rights to own property, to function under our laws and more recently have been coerced and even threatened under your system (assimilation). These are clear violations of treaty law and the International Laws of Indigenous People.
   This is a summary of the case points to be brought in front of this court.

## FACTS

   United States Congressional Record March 17, 1993 Vol. #33, page H-1303 Speaker-Senator James Traficant, Jr.
   It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress in session June 5, 1933
      United States Congressional Record May 4, 1992, page H 2891, Senator and Chairman of the House of Representatives Committee on Banking, Finance and Urban Affairs, Senator Henry Gonzalez (Texas)
      "We are bankrupted. We are insolvent on every level of our national life, whether it is corporate, whether it is just plain you and I out there with the life of debt that we have all piled up, private debt, credit cards and what not, or whether it is the government. We are insolvent. How long will it take before that nasty Mega-truth is conveyed?"
      A dollar is a measure of weight defined by the Coinage Act of 1792 and 1900 which is still in force today. A "dollar" specifies a certain quantity, 24.8 grains of gold, or 371.25 grains of silver. In Black's Law Dictionary, sixth Edition, Dollar: "The money unit employed in the United States of the value of one hundred cents, or of any combination of coins totaling 100 cents." Cent: "A coin of the United States, the least in value of those now minted. It is the hundredth part of a dollar."
      Federal Reserve Notes do not comply with the coinage acts.
      Federal Reserve Notes make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money." The federal United States government and the U.S. Congress were not and have never

been authorized by the Constitution to issue currency of any kind, but only lawful money, -gold and silver coin.

In fact, the international bankers used a "Canon Law Trust" as their model, adding stock to establish The Federal Reserve and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), post-facto laws are strictly forbidden by the Constitution. [1:9:3]

Apparently this was well planned for U.S. was incorporated at, 16 statutes at large, 419, in 1871.

The Federal Reserve Note is then an illegal instrument for paying of a debt to a U.S. government body or any of it's entities.

### From the above stated facts:

1. The U.S. and State governments are debtors to the Red Lake, and Chippewa, Pembina, Little Shell Nations as per the 1863 Treaty
2. The United States and States have unlawfully obtained, by threat and coercion, use of the Plaintiff's private property.
3. Based on these facts, the United States and States are debtors to the Plaintiff
4. There is no possible way for the Plaintiff to pay in lawful U.S. Dollars
5. The Federal Reserve Note is unlawful tender for the Plaintiff to tender the Court without special relief.
6. As the Affidavit of In Forma Pauperis will show, even if special provisions were met, Plaintiff is incapable of paying in Federal Reserve Notes.
7. In Reference to HJR-192 (1933) and corresponding statutes, enclosed is an assignment of account, as is required by law to legally discharge a debt, in the event of lawful inability to pay, as a non debtor to the U.S..

If the Assignment of Account does not suffice, see attached In Forma Pauperis.

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson, Pa. 19520-9999