Owen Britton, Troxelle
c/o P.O. Box 458 Elverson, Pa. 19520-9999
610-856-1053
**Plaintiff**

: UNITED STATES DISTRICT COURT
: DISTRICT OF COLUMBIA
: CIVIL COMPLAINT IN EQUITY

v

**GRAND JURY DEMANDED**

UNITED STATES
ATTORNEY GENERAL -Office of Alien Property Custodian
(Assistant Attorney General, U.S. Secretary of Treasury)

CASE NO.

CIVIL COMPLAINT

## REQUEST FOR ENTRY OF EVIDENCE FILES

It is hereby requested by the Plaintiff, Owen – Britton, Troxelle that all Exhibits be entered into the evidence file.

Thank you,
Owen –Britton, Troxelle

RECEIVED
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK

4

AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| | NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| EXHIBIT A | Who the Plaintiff is | | |
| EXHIBIT B | Secured Interest with Sec. of State | | |
| EXHIBIT C | Constitutionality | | |
| EXHINIT D | Constructive Trust | | |
| EXHIBIT E | Oath of Office | | |
| EXHIBIT F | Social Security Communications | | |
| EXHIBIT G | DMV Communications | | |
| EXHIBIT H | Dept. of Vital Statistics Communications | | |
| EXHIBIT I | US Attorney General Communications | | |
| EXHIBIT J | Social Security HR 6000 | | |
| EXHIBIT K | Emergency Powers | | |
| EXHIBIT L | New Legal Fictions | | |
| EXHIBIT M | The Existence of the Omniglot | | |
| EXHIBIT N | Dept of Vital Stats. - Dept of Commerce | | |
| EXHIBIT O | Parens Patriae in PA | | |
| EXHIBIT P | License Offer for Use of Plaintiff's Private Property | | |

FILED

JUN 18 2008      08 1049

Clerk, U.S. District and
Bankruptcy Courts

## *Instructions to Process Assignment of Account*

1. Enclosed Are:
   a. Statement of Assignment of Account,
   b. Brief in Support,
   c. Letter of Advice,

2. Sign, date, place bank name, account number and bank location **on original Assignment of Account**, along with E.I.N. or SS Number.

3. **Sign and Date Original Letter of Advice** (on page 5 of 8 ) in space Accepted by:    (if you are the acting agent).

4. **Photocopy and keep the copy for your records**

5. **Send originals** (Statement of Assignment of Account, Brief in Support, Letter of Advice, Commitment to Guarantee Obligations) **To:**
   **U.S. Department of Transportation, Washington, D.C. ATTENTION Mr. Norman Mineta, 400 7th St. S.W., Washington, D.C. 20590.**

**\*\*\* If you are choosing not to apply the assignment of account, return it to the sender.**

## Statement of Assignment of Account

Know All Men By These Presents Owen Britton, Troxelle of c/o P.O. Box 458, Elverson, Pennsylvania, (Formerly c/o Box 4490, Mohnton, [near 19520] Pennsylvania) party of the first part, is the Secured Party of record named in a financing statement identified by UCC file number 31601676, Refiled June 14, 2005 file # 2005061600057 which statement was filed in the Office of Recorder of Deeds at Berks County, Pennsylvania on July 5, 2000, at 9:10 AM. File #00-1567 ST, continued in financing statement identified by UCC file number 2005061600057, filed 6/14/2005 8AM.

That the party of the first part, in consideration of the sum up to the limited amount of the enclosed claim of **$380.00** is assigning an interest in his UCC Contract U.S. Treasury Account Number |:031000040|:2031||. 171482203 as tender of payment thereof, to: **The United States District Court, District of Columbia** at or before the ensealing and delivery of these presents, receipts whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and set over to the said party of the second part that is in accordance with the terms of the Indemnity Clause contained within the enclosed Commercial Security Agreement and executed by a real, live, flesh and blood man, together with the Claim or Obligation described in said Claim and the money due and to become due thereon, with interest accrued and owing thereon upon demand in accord with H.J.R. –192 at par

To Have and To Hold the same unto the said party of the second part, it's successors and assigns forever or until payment, the said party of the first part has caused these presents to be signed in it's name without recourse.

This statement is executed and filed pursuant to PaCS Title 13, section 9405 (UCC 9-405).

May 23, 2008

Sworn to and subscribed before me this 23 day of May, 2008

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carolyn A. Donaghue, Notary Public
Caernarvon Twp., Lancaster County
My Commission Expires Dec. 27, 2009
Member, Pennsylvania Association of Notaries

---

Acknowledgment of Assignee:_____  Date:

EIN / SS # of Assignee:_____  Bank Name and Account Number to which

Deposit is to be Made:_____

## Brief in Support

The purpose of showing assignment of record is to give notice that any inquiries relating to the transaction should be made to the assignee. (Alabama: Opinion of the Attorney General 1967 Ala. 4 UCCRS 132)

Partial assignments or special assignments for a particular creditor U.S. Iowa 1892. Code Iowa 2115, providing that no general assignment for the benefit of creditors shall be valid unless made for the benefit of all creditors in proportion to their respective claims, does not prevent partial assignments with preferences, or sales, or mortgages of any or all of the Debtor's property in payment or security for indebtedness. (South Branch Lumber Co. vs. Ott 12 S. Ct. 318, 142 US 622 35 L. Ed. 1136.

In general U.S. District Col. 1842. An assignment by debtor under the insolvent laws of Pennsylvania passes to the assignee a claim of the Debtor on the United States for extra services as a public officer where such claim is presented before the assignment in a memorial to congress, although not granted by an act until after the Debtor has received his discharge under those laws; and the Assignee, and not the Debtor, will be entitled to receive the amount from the government. ( Miller vs. Metz 41 U.S. 221, 16 Pet. 221, 10 L. Ed. 943).

Also U.S. Wis. 1869. A valid deed of assignment, for the benefit of creditors, generally places the property so assigned beyond the touch of the ordinary process of attachment or execution directed against the property of the Assignor. ( McGoon vs. Scales 76 U.S. 23, 9 Wall. 23, 19 L. Ed. 545).

U.S. Iowa 1884. The assignment of a claim for current expenses of a railroad company in the hands of a receiver carries with it the right to claim payment out of the fund on which it is a charge. ( Burnham vs. Bowen 4 S. Ct. 675, 111 U.S. 776, 28 L. Ed. 596).

U.S. N.Y. 1919. Assignment to a certain amount by the obligee in a bond of the principal's obligation thereon carries with it the obligation of the surety given to secure the faithful performance of the duty required of the principal. ( Brainerd, Shaler & Hall Quarry Co. vs. Brice 39 S. Ct. 458, 250 U.S. 229, 63 L. Ed. 951).

Also U.S. Dist. Col. 1878. If the thing be assigned, the right to collect the proceeds adheres to it, and travels with it whithersoever the property goes. They are inseparable. (Phelps vs. McDonald 99 U.S. 298, 25 L. Ed. 473).

Nature and Extent of the Rights of the Assignee in general. U.S. Ky. 1830. Where an act of Congress authorizes the assignment to the United States of all of a party's rights to money mentioned in a certain receipt when the assignment was made, the legal right was vested in the government, and a charge against the party who had executed the receipt on the books of the Treasury was authorized. (U.S. vs. Buford 28 U.S. 12, 3 Pet. 12, 7 L. ed. 585).

Also in an action by the United States to recover $10,000 (Ten Thousand) allegedly received by defendant to the use of the United States, Where declaration was special on a Treasury Account, and account was raised on the Assignment of a receipt, the claim of the United States could not be considered as existing prior to the Assignment. ( U.S. vs. Buford 28 U.S. 12, 3 Pet. 12, 7 L. Ed. 585).

Including U.S. District Col. 1854. Generally, a purchaser of a chosen action or of an equitable title must abide by case of person from whom he buys, and is entitled to that person's remedy, but in some instances, a purchaser, by sustaining character of a bona fide Assignee, will

be in a better situation then the seller. ( Judson vs. Corcoran  58 U.S. 612, 17 How. 612, 15 L. ed. 231).

As affected by Notice of Assignment. Pa. 1776. The Assignee of a chosen action not negotiable takes it subject to all the equities which existed between the Assignor and the Maker thereof at the time of the Assignment, and all such equities as may attach in favor of the Maker, before notice of such Assignment by the Assignee to the Maker. (Wheeler vs. Hughes 1 U.S. 23, 1 Dall. 23, 1 L. Ed. 20).

So the overall effect of filing a separate Assignment is that after the filing of a statement or a copy of the Assignment, the Assignee is now the Secured Party of record. (UCC 9-405 (3)). See also  9 -405:1. Also filing a Notice of Assignment does not in itself terminate any rights that the Assignor may have in the assigned Security Interest. ( Minn. : Van Deist Supply Co. vs. Adrian State Bank (1981) 305 NW2d 342, 31 UCCRS 420. And if a financing statement shows the Assignment of the Security Interest, the Secured Creditor-Assignor has no standing to bring an action for the conversion of the collateral. ( Ill. Art Signs, Inc. vs. Schaumburg State Bank (1987 1st Dist. 162 Ill. App. 3d 955.516 NE2d 341.5 UCCRS2d. Which also can be an  Assignment without Recourse, once a transfer is made by a dealer to a bank without recourse is Significant in showing that the transfer of Assigned the Rights of the dealer in Contract. (Ariz. : Empire Machinery Co. vs. Union Rock & Materials Corp. (1978 App.) 119 Ariz. 145, 579 P2d 1115, 24 UCCRS 232.

The Purpose and Effects section of this Brief in support were taken from Secured Transactions, Sect. 9-405.

Assignment of Account is the transfer to the Assignee giving him a right to have moneys when collected applied to payment on his debt. (Nanny vs. H. E. Pogue Distillery Co. 56 Cal. App. 2d 817, 133 P 2d  686, 688. Also Black's Law Dictionary.

Without Recourse, this phrase, used in making a qualified endorsement of a negotiable instrument, signifies that the indorser means to save himself from liability to subsequent holders, and is a notification that, if payment is refused by the parties primarily liable, recourse cannot be had to him. ( Thompson vs. First State Bank 102 Ga. 696, 29 SE 610; Binswanger vs. Hewitt 79 Misc. 425, 140 N.Y. S. 143, 145. Also Black's Law Dictionary.

## Letter of Advice

Address:

To whom it may concern:

Dear Sir / Madam;

This is a letter of advice to inform you that a transaction from the assignor's UCC Contract Treasury Account has taken place.
All documentation shall be satisfactory to the U.S. Secretary of Transportation in form and substance, as sole trustee or receiver in proceedings related to Bankruptcy, Equity, or Admiralty and in accord with U.S. Title 46, Sect. 1247.
    A.) Found and Determined that the Ens Legis or named in the enclosed Commercial Security Agreement is a citizen of the United States within the meaning of Section 2 of the Shipping Act 1916 as amended.
    B.) Found and Determined that the Ens Legis Debtor named in the enclosed Commercial Security Agreement is a documented vessel of the United States for the purpose of Foreign Trade, Coasting Trade or Home traffic due to the registered and recorded Certificate of Birth or Certificate of Live Birth.
    Found and Determined that the vessel is a preferred mortgage, that includes the whole and has as the mortgagee: a State, the United States government, a federal insured depository institution, an individual who is a citizen of the United States, a person qualifying as a citizen of the United States under Section 2 of the Shipping Act 1916 as amended.
    C.) Found and Determined that the Secured Party named in the enclosed Commercial Security Agreement, as beneficiary is a person qualifying as a citizen of the United States as defined in Section 2 of the 1916 Act. ( 46 App. U.S.C. 802).
    D.) Found and Determined that the vessel will be held in trusts established as a Commercial Business Entity (Ens Legis) conducting business within the United States from Puerto Rico, Guam or the Virgin Islands under an assigned Entity Account, Number as shown in the attached commercial Security Agreement.
    E.) Found and Determined that the United States Guarantees the obligations of the Secured Party named herein on the attached Commercial security Agreement undercover of a separate Security Agreement in the form of a Commitment To Guarantee Obligations by the United States of America and Executed by the Secretary of Transportation for the United States.
    F.) Required that the Debtor shall not merge or consolidate with any other Entity or sell, lease, transfer, or otherwise dispose of all, or substantially all, of it's assets to any person or entity without the prior consent of the Secured Party named herein on the attached Commercial Security Agreement.
    G.) The Secured Party named herein on the attached Commercial Security Agreement is authorized by law to make any and all transfers.

Please indicate your acceptance of the foregoing actions by signing and returning the enclosed copy of this letter, to the mailing location **exactly as shown below,** noting the date and signing thereon.

Sincerely,

Owen Britton, Troxelle
c/o P.O. Box 458
Elverson [near 19520]
**Pennsylvania,** United States of America


Accepted by:_____

for: _____

Date:_____

Signature (seal):_____

**U.S. Government form: Exhibit 1, Document 1**

# COMMITMENT TO GUARANTEE OBLIGATIONS

by

# THE UNITED STATES OF AMERICA

Accepted by

Shipowner

(Under Title XI, Merchant Marine Act, 1936
as amended, and in effect on the
date of this Guarantee Commitment)

## TABLE OF CONTENTS

| Doc. no. | Document |
|---|---|
| 1. | Commitment to Guarantee Obligations |
| 2. | Schedule One - Form of Opinion of Counsel |
| 3. | Appendix I- Form of Bond Purchase Agreement |
| 4. | Appendix II- Form of Trust Indenture |
| 5. | Schedule A- Schedule of Definitions to Trust Indenture |
| 6. | Exhibit 1- General Provisions Incorporated into the Trust Indenture by Reference |
| 7. | Exhibit 2- Forms of Obligation, Guarantee and Trust Authentication Certificate |
| 8. | Exhibit 3 - Form of Authorization Agreement |
| 9. | Appendix III - Form of Security Agreement |
| 10. | Exhibit 1 - General Provisions Incorporated into the Security Agreement by Reference |
| 11. | Schedule X - Schedule of Definitions |
| 12. | Exhibit 2- Form of Secretary's Note |
| 13. | Exhibit 3 - Form of First Preferred Fleet Mortgage |
| 14. | Exhibit 4 - Form of Title XI Reserve Fund and Financial Agreement |
| 15. | Exhibit 5 - Form of Consents of Shipyards |
| 16. | Exhibit 6 - Construction Contracts |
| 17. | Exhibit 7 - Form of Depository Agreement |

**U.S. Government form: Exhibit 1, Document 1 (continued)**

Contract No. MA-_____

# COMMITMENT TO GUARANTEE OBLIGATIONS

## by

## THE UNITED STATES OF AMERICA

**Accepted by:**

**Shipowner**

THIS COMMITMENT TO GUARANTEE OBLIGATIONS dated _____ ( the "Guarantee Commitment"), made and entered into by THE UNITED STATES OF AMERICA (the "United States"), represented by the SECRETARY OF TRANSPORTATION, acting by and through the MARITIME ADMINISTRATOR ( the "Secretary"), and accepted on said date by _____, a (the "Shipowner").

## RECITALS

A. The Shipowner is the sole owner of the _____ and _____, Vessels built pursuant to the Construction Contract with _____ (the "Shipyard").

B. To aid in the financing of the Construction of the Vessels, the Shipowner will borrow an aggregate principal amount equal to, _____% of the Depreciated Actual Cost or Actual Cost of the Vessels, as the case may be, as of the Closing Date. To accomplish such financing the Shipowner has accepted this Guarantee Commitment subject to the terms and conditions set forth herein.

C. The Shipowner has erected into the Bond Purchase Agreement providing for the sale and delivery, on the Closing Date, of obligations in the aggregate principal amount of

**U.S. Government form: Exhibit 1, Document 1 (continued)**

$_____ to be designated " United States Government Guaranteed Ship Financing Obligations Series" (the "Obligations") having the maturity date and interest rate set forth herein.

    D.  As Security for the Guarantees and the Secretary's Note, the Shipowner will execute and deliver the Security Agreement, Contract No. MA ___, and the following agreements shall be executed and delivered: the Indenture, The Authorization Agreement, Contract No. MA____, the Secretary's Note, the Mortgage, Contract No. MA ____, the Financial Agreement, Contract MA____, and the Depository Agreement, Contract No. MA____.