**FILED**

JUN 18 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Owen Britton Troxelle, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  08 1049 |
| ) | |
| United States, ) | |
| ) | |
| Defendant. ) | |

## TRANSFER ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff, a resident of Pennsylvania, sues under the Fifth Amendment's Takings Clause and the Trading with the Enemy Act, 50 U.S.C. App. §§ 9, 10, for the return of property presumably located in Pennsylvania. Because neither the events giving rise to the claim nor the subject property is connected to the District of Columbia, this Court is the wrong venue for litigating plaintiff's claim. *See* 28 U.S.C. § 1391(b) (establishing proper venue). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 16th day of June 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania. Whether plaintiff should be permitted to proceed further without prepayment of fees and with a P.O. Box address are determinations to be made by the transferee court.

*Ricardo M. Urbina*
United States District Judge