FILED
JUN 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 22, 2008 A.D.

Mr. Ricardo M. Urbina and concerned parties;

   Your presentment is being returned (See Attached) for immediate attention to presumed mistakes in your assumptions as to the details of this suit marked as 08-1049.

1.  My name is Owen Britton, Troxelle, I am not a corporation or ward, nor do I bare or use a corporate title. I do not represent myself, I am myself.
2.  I am not a resident or ward of the Commonwealth of Pennsylvania corporation or the United States corporation, I am an indigenous native American, a national of the land.
   Please notice the following definitions are taken from the POINTS & AUTHORITIES posted with and pursuant to this case.

> **"RESIDENT"** - Resident (in tax law) means alien. Bowring vs. Bowers 24 Fed. 2nd 918.
>    Nonresidents may include citizens. Robinson vs. Ocean Steam Naval Co. 112 N.Y. 315, 19 N.E. 625, 32 ALR 22, 74 ALR 720, 100 ALR 1152.
>    "Resident as distinguished from citizens, residents are aliens who are permitted to take up permanent abode in the country." Law of Nations, Emerich De Vattel, 1758, sect. 213. Backed by United Nations Treaty U.N.T.S. No. 14668, vol. 999 (1976) pg. 171.
>    That under the laws of war all such residents are considered enemies. 2 Black pg. 674, 92 U.S. 194. 92 U.S. 194. U.N.T.S. No. 14668, vol. 999 (1976) pg. 171.
>    " statutes are intended to be applied to those who are here as 'residents' in this State under the Interstate Commerce Clause of the Federal Constitution and the so called Fourteenth Amendment" U.S. v. United Mine Workers of America (1947) 67 S. Ct. 677, 686, 330 U.S. 258
>    Alien enemy cannot maintain an action during war, in his own name. alien - Wharton's Pa. Digest Sec. 20.94 cited in Oxford English Dictionary 2d Ed. , 1989, Clarendon Press

. In assuming the current statement this court will also be in violation of the laws of Indigenous people's rights - particularly against assimilation.

3. Assumption of residency to the United States or any sub corporation is an insult on my family name, heritage and nationality not to mention my freedoms. And if proceeded on as such may be interpreted as blasphemy, attempted miscegination as well as a hostile action of this court

> **"CAPITIS DIMINUTIO MAXIMA"** - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept

away with it all rights of citizenship and all family rights. Black's Law Dictionary 4th ed.

4. Exhibit K  U.S. Congressional report, clearly shows that I was born during a time of War & Emergency Powers re enactment and therefore, such definitions are fit in this situation
5.  You are in error assuming that my private property is in Pennsylvania.. No where in my suit did I state this. Under Title 50 The Alien Property Custodian and or the U.S. Treasury take possession of such property, initially through the State Departments. Both The Alien Property Custodian and the U.S. Dept. of Treasury are in the District of Columbia and are presently believed to have current information, after monetizing the collateral, my private property, per title 50, and following sections thus pertaining to.

"RESPONDEAT SUPERIOR "- Master is liable for certain cases of wrongful acts of his servant, and a principal for those of his agent  Black's Law Dictionary 4th ed.
6. Last but not least, this suit is for a Constitutional hearing and review, or investigation by Grand Jury under Constitutional law. This is not a request for an administrative hearing. To my understanding, the District of Columbia is the only branch having this authority

   I do not wish to believe that this court is trying to undermine and bias this case and hope your records will be corrected immediately and this case remanded to the proper court. Even so, please take notice

Thank you,

Owen Britton, Troxelle

```
                                                                    FILED
         UNITED STATES DISTRICT COURT                              JUN 18 2008
         FOR THE DISTRICT OF COLUMBIA
                                                              Clerk, U.S. District and
                                                                Bankruptcy Courts
```

Owen Britton Troxelle,            )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    Civil Action No.   08 1049 UNA
                                  )
United States,                    )
                                  )
          Defendant.              )

### TRANSFER ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff, a resident of Pennsylvania, sues under the Fifth Amendment's Takings Clause and the Trading with the Enemy Act, 50 U.S.C. App. §§ 9, 10, for the return of property presumably located in Pennsylvania. Because neither the events giving rise to the claim nor the subject property is connected to the District of Columbia, this Court is the wrong venue for litigating plaintiff's claim. *See* 28 U.S.C. § 1391(b) (establishing proper venue). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 16th day of June 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania. Whether plaintiff should be permitted to proceed further without prepayment of fees and with a P.O. Box address are determinations to be made by the transferee court.

                                        /s/ Ricardo M. Urbina
                                        United States District Judge

08-1049

## **ADDENDUM TO IN FORMA PAUPERIS**

    Today being June 24, 2008 A.D., in lieu of payment by assignment of account, I do hereby give the following information of the loss of labor as well as loss of monetary compensation.

    One of the places I was performing miscellaneous services has closed because of high fuel costs. My present earnings stand as follows:

Between $105 and $150 dollars a month
My travel costs have been reduced to $15 a week  $60 per month.

As per 28 USC 1746(1) I do hereby give testimony that the above is true and accurate.