UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Owen Britton Troxelle, )
)
      Plaintiff, )
)
v. ) Civil Action No. 08-1049
)
United States, )
)
      Defendant. )

ORDER

Plaintiff has submitted a document that the Court will construe as a motion to reconsider the Order filed June 18, 2008, transferring this case to the Eastern District of Pennsylvania. A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 59 or 60. Accordingly, it is this 18 day of July 2008,

ORDERED that plaintiff's construed motion for reconsideration [Dkt. No. 6] is DENIED.

                                                                       United States District Judge

7